**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISIION**

| | |
|---|---|
| TIMOTHY HARTER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>M.A. FRD MFG. CO., INC. dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation | Case No.: 3:24-cv-00056<br><br>**<u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u>** |

Defendant M.A. Ford Manufacturing Company, Inc. ("Defendant") respectfully requests an extension of time to its Response to Plaintiff's Class Action Complaint ("Complaint"). In support thereof, Defendant states the following:

1. Plaintiff filed his Class Action Complaint on July 8, 2024.

2. Defendant was served with a copy of the Complaint on July 25, 2024.

3. Defendant respectfully requests a 21-day extension from August 15, 2024, extending the deadline to respond to Plaintiff's Complaint to September 5, 2024.

4. Defendant has advised Plaintiff of the existence of a related matter, *Kevin Hays, individually and on behalf of all others similarly situated, v. M.A. Ford Manufacturing Company, Inc..*, Case No. 3:24-cv-00057-SMR-HCA, filed in the United States District Court for the Southern District of Iowa, Eastern Division on July 11, 2024.

5. Defendant seeks a modest extension in response time in order to further confer with Plaintiff as well as counsel in the *Hays* Action regarding potential consolidation of both matters.

6.  This request is not brought for purpose of delay or prejudice.

7.  Defendant has conferred with Plaintiff and Plaintiff does not oppose this request. Defendant respectfully requests a 21-day extension on its deadline to file August response to Plaintiff's Class Action Complaint.

Dated:  September 3, 2024                 Respectfully submitted,

_____
Rubina S. Khaleel # AT0010806
Hennessy & Roach, P.C.
14301 FNB Pkwy, Suite 308
Omaha, NE  68154
Telephone:  402-933-8851
Fax:  402-933-9379
Email: rkhaleel@hennessyroach.com

and

Jill H. Fertel, *pro hac vice forthcoming*
Jonathan D. Tobin, *pro hac vice forthcoming*
CIPRIANI & WERNER, PC
450 Sentry Parkway, Suite 200
Blue Bell, PA  19422
Telephone: 610-567-0700
Fax: 610-567-0712
jfertel@c-wlaw.com
jtobin@c-wlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 3, 2024, the foregoing document was filed electronically utilizing the Pacer ECF system, which sent notification of such filing to the following:

Jeffrey O'Brien, AT0014827
Bryan L. Bleichner*
Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Ave., Ste. 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Facsimile: (612) 336-2940
jobrien@chestnutcambronne.com
bbleiclmer@chestnutcambronne.com
pkrzeski@ chestnutcambronne.com

Jarrett L. Ellzey*
Texas Bar No. 24040864
jarrett@ellzcylaw.com
Leigh S. Montgomery*
Texas Bar No. 24052214
leigh@ellzeylaw.com
Alexander G. Kykta*
Texas Bar No. 24107841
alex@ellzeylaw.com
**ELLZEY & ASSOCIATES, PLLC**
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

***ATTORNEYS FOR PLAINTIFF***
*(\* denotes **pro hac vice** forthcoming)*

Rubina S. Khaleel # AT0010806
Hennessy & Roach, P.C.
14301 FNB Pkwy, Suite 308
Omaha, NE  68154
Telephone:  402-933-8851
Fax:  402-933-9379
Email: rkhaleel@hennessyroach.com