**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| TIMOTHY HARTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>M.A. FRD MFG. CO., INC. dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation | Case No.: 3:24-cv-00056-SMR-SBJ<br><br><br>**BRIEF IN SUPPORT OF UNOPOSSED MOTION TO CONSOLIDATE AND STAY CASE DEADLINES** |

| | |
|---|---|
| KEVIN HAYS, individually and on behalf of all others similarly situated,<br><br>v.<br><br>M.A. FORD MANUFACTURING COMPANY, INC. | Case No.:  3:24-cv-00057-SMR-SBJ<br><br>**BRIEF IN SUPPORT OF UNOPOSSED MOTION TO CONSOLIDATE AND STAY CASE DEADLINES** |

Defendant, M.A. Ford Manufacturing Company, Inc., ("M.A. Ford"), relies on the facts and arguments set forth in its Unopposed Motion to Consolidate and Stay Case Deadlines. Dated: September 4, 2024.

Respectfully Submitted,

 */s/ Rubina S. Khaleel*
Rubina S. Khaleel # AT0010806
Hennessy & Roach, P.C.
14301 FNB Pkwy, Suite 308
Omaha, NE  68154
Telephone:  402-933-8851
Fax:  402-933-9379
Email: rkhaleel@hennessyroach.com

and

Jill H. Fertel* *pro hac vice forthcoming*
Jonathan D. Tobin* *pro hac vice forthcoming*
**CIPRIANI & WERNER PC**
450 Sentry Parkway, Suite 200
Blue Bell, Pennsylvania 19422
Telephone:  (610) 567-0700
jfertel@c-wlaw.com
jtobin@c-wlaw.com

*Attorneys for Defendant*