# EXHIBIT A

Courts Amina A. Thomas' is Admitted To

| Court Name | Date Admitted | Bar Number | In Good Standing |
|---|---|---|---|
| State of Indiana | 05/17/2017 | 34451-49 | Yes |
| U.S. District Court Northern District of Indiana | 05/20/2019 | 34451-49 | Yes |
| U.S. District Court Southern District of Indiana | 07/24/2019 | 34451-49 | Yes |

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

AMINA ANNE THOMAS

is a member of the bar of the Supreme Court of Indiana since admission on May 17, 2017, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 17th day of September, 2024.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court