# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| TIMOTHY HARTER, individually and on behalf of all others similarly situated,<br><br>                 Plaintiff,<br>v.<br><br>M.A. FRD MFG. CO., INC. dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation | Case No.: 3:24-cv-00056-SMR-SBJ<br><br>CLASS ACTION COMPLANT |
| KEVIN HAYS, individually and on behalf of all others similarly situated,<br><br>v.<br><br>M.A. FORD MANUFACTURING COMPANY, INC. | Case No.: 3:24-cv-00057-SMR-SBJ<br><br>CLASS ACTION |

## [JOINT PROPOSED] SCHEDULING ORDER

NOW THEREFORE, in light of the Court's September 4, 2024, Order consolidating *Kevin Hays v. M.A. Ford Manufacturing Company, Inc.*, 3:24-cv-00057-SMR-SBJ with *Timothy Harter v. M.A. Ford MFG. CO., INC dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa corporation*, 3:24-cv-00056-SMR-SBJ, the Parties, through their respective counsel and subject to the Court's approval, AGREE to the following:

    1.    Plaintiffs shall file a single consolidated complaint in the Consolidated Action on or before October 18, 2024.

2. Defendant need not respond to any of the complaints previously filed in the Related Actions. Defendant shall have up to and including forty-five (45) days to respond to Plaintiffs' consolidated complaint.

3. In the event Defendant files a dispositive motion in response to the consolidated complaint, Plaintiffs shall have 30 days to file their opposition, and Defendant shall have 14 days to file a reply.

4. If counsel for any of the parties becomes aware of another case that is filed in this Court in the future that may relate to these consolidated proceedings, such counsel will bring the case to the Court's attention via a filing of a Notice of Related Case (with a copy to plaintiffs' counsel in the new case) within 10 days of becoming aware of the new case. Any such case will be automatically consolidated with the above captioned matter unless, within 10 days of receipt of the Notice of Related Case, any party files an objection to consolidation. If an objection to consolidation is filed, responding parties shall have 10 days to respond, at which point the Court shall determine whether consolidation is appropriate.

5. Oral arguments on any Motion to Dismiss to be scheduled in accordance with the Court's calendar.

6. A case management conference shall be scheduled by the Court after oral arguments.

7. Defendant has conferred with Plaintiffs and Plaintiffs do not oppose this request.

8. There are no other deadlines set by this Court.

**SO ORDERED:**

_____
                                                                                                    J.

Dated: _____, 2024