

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Helen Lamphier Fitzpatrick, Esq.*

**DATE OF ADMISSION**

*November 10, 2008*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: September 24, 2024**

_____
Elizabeth E. Zisk
Chief Clerk