UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TIMOTHY HARTER and KEVIN HAYS, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>M.A. FORD MFG. CO., INC. dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation<br><br>　　　　　　　Defendant. | Case No. 3:24-cv-00056-SMR-SBJ<br><br>**CONSOLIDATED CLASS ACTION**<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

### A. Applicant's Information and Certification

Pursuant to Southern District of Iowa Local Rule 83(d)(3) and (4), I, Jonathan D. Tobin, respectfully moves to appear *pro hac vice* for the purpose of appearing as counsel on behalf of, M.A. Ford Mfg. Co., Inc. dba M.A. Ford Manufacturing Company, Inc., an Iowa Corporation, in the above case. In support of this motion, the undersigned states:

　　1. I am admitted to practice and in good standing in the following United States District Court and/or a state's highest court: Commonwealth of Pennsylvania, Bar Id: 206204.

　　2. I have never been disbarred, suspended, or received any discipline in any state or federal courts, and no complaints or disciplinary matters are pending against me.

　　3. I agree to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice law in the state courts of Iowa and comply with the Local Rules.

　　4. I agree to comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Rubina Khaleel, an attorney admitted to practice law in this district and who has entered an appearance in this case.

　　5. I agree to pay the applicable required fee electronically.

　　WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for appearing in this case.

Respectfully submitted,

Date: 11/1/2024

/s/ Jonathan Tobin
(Signature)
Jonathan D. Tobin
(Printed Name)
Cipriani & Werner, PC
(Law Firm Name)
450 Sentry Parkway Suite 200
(Law Firm Street address)
Blue Bell, PA 19422
(City, State, Zip Code)
610-567-0700
(Telephone number)
jtobin@c-wlaw.com
(E-mail address)

**B. Local Counsel Information and Certification**

I, Rubina Khaleel, an active member in good standing of the bar of the United States District Court for the Southern District of Iowa, request that this court admit Jonathan D. Tobin *pro hac vice*, an attorney admitted to practice and currently in good standing in, Commonwealth of Pennsylvania, but not admitted to the bar of this court, who will be counsel for the Defendant M.A. Ford Mfg. Co., Inc. dba M.A. Ford Manufacturing Company, Inc., an Iowa Corporation in the case listed above. I am aware of my obligations under the Local Rules of this court including requiring that I accept service of all documents.

Date: 11/1/2024

/s/ Rubina Khaleel
(Signature)
Rubina Khaleel
(Printed Name)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 1, 2024, the foregoing document was filed electronically with the Clerk of the Court using PACER, which sent notification of such filing to all parties of record.

Rubina Khaleel, AT0010806
Hennessy & Roach, P.C.
14301 FNB Pkwy., Ste. 308
Omaha, NE 68154
402-933-8851
rkhaleel@hennessyroach.com