

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Jonathan David Tobin, Esq.*

### DATE OF ADMISSION

*October 22, 2007*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated: August 19, 2024**

Elizabeth E. Zisk
Chief Clerk