IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| Timothy Harter and Kevin Hays, on behalf of themsleves and all other similarly situated <br><br> Plaintiff(s) <br> vs. <br> M.A. Ford Manufacturing Co., Inc. dba M.A. Ford Manufacturing Company, Inc., an Iowa Corp. <br> Defendant(s). | Case Number: 3:24-cv-00056-SMR-SBJ <br><br> Corporate Disclosure/ Statement of Interest |

This Corporate Disclosure statement is filed on behalf of __M.A. Ford Manufacturing Co.__ in compliance with the provisions of Federal Rule of Civil Procedure 7.1(a)(1), and Local Rules 7.1 and 81(c), (d), and (e), which provides that a nongovernmental corporate party, or intervenor, to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing party, or intervenor, hereby declares as follows:**

[✓] The party/intervenor does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

[ ] The party/intervenor has the following parent corporations(s): (Attach additional pages if needed.)

_____ Relationship _____

_____ Relationship _____

[ ] The following publicly held corporations(s) own 10% or more of the party/intervenor's stock: (Attach additional pages if needed.)

_____ Relationship _____

_____ Relationship _____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Date: November 1, 2024

Rubina S. Khaleel # AT0010806

Hennessy & Roach, P.C.

14301 FNB Pkwy, Ste. 308, Omaha, NE 68154

402-933-8851 / rkhaleel@hennessyroach.com

U.S. Courthouse ■ 123 E. Walnut Street, Room 300 ■ Des Moines, Iowa 50309-2035 Telephone: 515.284.6248 ■ Fax: 515.284.6418 ■ www.iasd.uscourts.gov

Effective July 8, 2024