**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| TIMOTHY HARTER and KEVIN HAYS, on behalf of themselves and all others similarly situated;<br><br>*Plaintiffs,*<br><br>v.<br><br>M. A. FORD MFG. CO., INC. dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation,<br><br>*Defendant.* | Case No.: 3:24-cv-00056-SMR-SBJ |

### DEFENDANT, M.A. FORD MFG. CO., INC. dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation's, MOTION TO DISMISS PLAINITFFS' CONSOLIDATED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)

Defendant, M.A. Ford Mfg. Co., Inc. dba M.A. Ford Manufacturing Company, Inc., an Iowa Corporation., by and through its undersigned counsel, Cipriani & Werner, P.C., respectfully moves this Honorable Court to dismiss Plaintiffs, Timothy Harter and Kevin Hays', Class Action Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

A brief in support of this Motion is attached hereto and incorporated herein by reference.

Respectfully submitted,

  /s/ Rubina S. Khaleel
Rubina S. Khaleel # AT0010806
Hennessy & Roach, P.C.
14301 FNB Pkwy, Suite 308
Omaha, NE  68154
Telephone:  402-933-8851
Fax:  402-933-9379

          Email: rkhaleel@hennessyroach.com

          and

          Helen L. Fitzpatrick
          Jonathan D. Tobin
          CIPRIANI & WERNER, PC
          450 Sentry Parkway, Suite 200
          Blue Bell, PA  19422
          Telephone: 610-567-0700
          Fax: 610-567-0712
          nfitzpatrick@c-wlaw.com
          jtobin@c-wlaw.com

Dated: November 25, 2024