UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY HARTER and KEVIN HAYS, on behalf of themselves and all others similarly situated;<br><br>*Plaintiffs,*<br><br>v.<br><br>M. A. FORD MFG. CO., INC. dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation,<br><br>*Defendant.* | Case No.: 3:24-cv-00056-SMR-SBJ |

**DEFENDANT, M.A. FORD MFG. CO., INC. dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation's, UNOPOSSED MOTION TO EXTEND PAGE LIMITS**

Defendant, M.A. Ford Mfg. Co., Inc. dba M.A. Ford Manufacturing Company, Inc., an Iowa Corporation. ("Defendant"), by and through its undersigned counsel, Cipriani & Werner, P.C., respectfully moves this Honorable Court for permission to file a brief in support of its Motion to Dismiss that exceeds the Court's 20-page limit.

1. Plaintiffs Consolidated Class Action Complaint ("CCAC") is 49 pages long and contains over 242 paragraphs.

2. Local Rule 7(h) limits briefs in support of motions to not more than 20 pages in length.

3. Keeping the Court's page limitation in mind, Defendant's counsel attempted to streamline the brief as much as possible; however, due to the length of the CCAC and complexities of the issues involved in the case, the attached brief is 26 pages in

length, not including the table of contents, table of authorities, and signature block, which exceeds the page limit requirement.

4. No party will be prejudiced by a grant of this Motion.

5. Defense counsel has conferred with Plaintiffs' counsel, who do not oppose this Motion.

WHEREFORE, Defendant, M.A. Ford Mfg. Co., Inc. dba M.A. Ford Manufacturing Company, Inc., an Iowa Corporation, respectfully requests this Court enter the attached proposed Order.

Respectfully submitted,

__/s/ Rubina S. Khaleel_____
Rubina S. Khaleel # AT0010806
Hennessy & Roach, P.C.
14301 FNB Pkwy, Suite 308
Omaha, NE  68154
Telephone:  402-933-8851
Fax:  402-933-9379
Email: rkhaleel@hennessyroach.com

and

Helen L. Fitzpatrick
Jonathan D. Tobin
CIPRIANI & WERNER, PC
450 Sentry Parkway, Suite 200
Blue Bell, PA  19422
Telephone: 610-567-0700
Fax: 610-567-0712
nfitzpatrick@c-wlaw.com
jtobin@c-wlaw.com

Dated: November 25, 2024

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing *Defendant M.A. Ford Mfg. Co., Inc. dba M.A. Ford Manufacturing Company, Inc., An Iowa Corporation's Unopposed Motion To Extend Page Limits* by the Court's ECF Notification to all counsel of record and upon the below counsel with *pro hac vice forthcoming* this 25th day of November 2024:

Jeffrey O'Brien, AT0014827
Bryan L. Bleichner*
Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Ave., Ste. 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Facsimile: (612) 336-2940
jobrien@chestnutcambronne.com
bbleiclmer@chestnutcambronne.com
pkrzeski@ chestnutcambronne.com

Lynn A. Toops*
Amina A. Thomas**
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

Jarrett L. Ellzey*
Texas Bar No. 24040864
jarrett@ellzcylaw.com
Texas Bar No. 24052214
Alexander G. Kykta*
Texas Bar No. 24107841
alex@ellzeylaw.com
**ELLZEY & ASSOCIATES, PLLC**
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

J. Gerard Stranch, IV*
Andrew E. Mize*
STRANCH, JENNINGS & GARVEY, PLLC The Freedom Center
223 Rosa L. Parks A venue, Suite 200
Nashville, Tennessee 37203 (615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
arnize@strancblaw.com

*ATTORNEYS FOR PLAINTIFF*
*(\* denotes **pro hac vice** forthcoming)*

   */s/ Rubina S. Khaleel*
Rubina S. Khaleel # AT0010806
Hennessy & Roach, P.C.
14301 FNB Pkwy, Suite 308
Omaha, NE  68154
Telephone:  402-933-8851
Fax:  402-933-9379
Email: rkhaleel@hennessyroach.com