**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| TIMOTHY HARTER and KEVIN HAYS, on behalf of themselves and all others similarly situated;<br><br>*Plaintiffs*,<br><br>v.<br><br>M. A. FORD MFG. CO., INC. dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation,<br><br>*Defendant*. | Case No.: 3:24-cv-00056-SMR-SBJ |

## [PROPOSED] SCHEDULING ORDER AND DISCOVERY PLAN

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement during the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information? X **yes** no
   If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made: **December 10, 2024**
2. Deadline for motions to add parties without leave of court: **January 28, 2025**
3. Deadline for motions to amend pleadings without leave of court: **January 28, 2025**
4. Deadline for submission of expert reports:
    a. Plaintiffs' Expert Reports Opening reports: **July 28, 2025**
    b. Defendant's Expert Reports: **September 26, 2025**
    c. Plaintiffs' Rebuttal reports: **October 27, 2025**
5. Deadline for completion of fact discovery: **December 29, 2025**
6. Deadline for completion of expert discovery: **March 30, 2026**
7. Deadlines for specified motions:

    (a) Class certification:

        a. Motion for class certification: **October 27, 2025**

        b. Opposition: **December 11, 2025**

        c. Reply: **January 12, 2026**

    (b) Dispositive motions:

        a. Motions for summary judgment: **January 26, 2026**

        b. Oppositions: **February 16, 2026**

        c. Replies: **March 9, 2026**

**8.** Trial Ready Date**: July 2026**

**9.** Has a jury demand been filed? **X yes no**

**10.** Estimated length of trial: **5 days**

11. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)? **yes X no**

12. Are each of the attorneys in this case admitted to practice in the Southern District of Iowa pursuant to Local Rule 83? **yes X no.**

13. Settlement conference (choose one of the following): (a) \_\_\_\_ A court-sponsored settlement conference should be set by the court at this time for a date after: _____; or (b) **X** A court-sponsored settlement conference is not necessary at this time.

14. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f): **X yes no**

**This is a class action lawsuit. There are no express provisions in the Court's standard Scheduling Order and Discovery Plan form. A court-sponsored scheduling and planning conference will assist the parties to prepare a schedule and discovery plan that accounts for the nuances of this lawsuit. The parties also believe that regularly scheduled status conferences (once every two months) may also assist in resolving any interim disputes regarding discovery or other procedural issues.**

Date: November 20, 2024,  Respectfully submitted,

*/s/ J. Barton Goplerud*
J. Barton Goplerud
Brian O. Marty
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

**ELLZEY & ASSOCIATES, PLLC**
Jarrett L. Ellzey*
Texas Bar No. 24040864
jarrett@ellzeylaw.com
Leigh S. Montgomery*
Texas Bar No. 24052214
leigh@ellzeylaw.com
Alexander G. Kykta*
Texas Bar No. 24107841
alex@ellzeylaw.com
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

Lynn A. Toops*
Amina A. Thomas**
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

J. Gerard Stranch, IV *
Andrew E. Mize*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel J. Strauss*
Raina C. Borrelli*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

**ATTORNEYS FOR PLAINTIFF**

\* *Pro Hac Vice* forthcoming
\*\*Admitted *Pro Hac Vice*
