# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY HARTER and KEVIN HAYS, on behalf of themselves and all others similarly situated, | * * * * | CIVIL NO. 3:24-cv-00056-SMR-SBJ |
| Plaintiffs, | * | |
| v. | * * | **SCHEDULING AND TRIAL SETTING ORDER** |
| M.A. FORD MFG. CO., INC. d/b/a M.A. FORD MANUFACTURING COMPANY, INC., | * * * * | |
| Defendant. | * * | |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on December 4, 2024. Based on the discussions during the conference and the parties' proposed schedule (Dkt. 28), it is hereby ordered:

1. A Jury Trial will be scheduled to begin on July 13, 2026, at 9:00 a.m., before United States Chief Judge Stephanie M. Rose, in the United States Courthouse, Davenport, Iowa. Estimated length of trial is 5 days.

2. A Final Pretrial Conference will be held on June 17, 2026, at 11:00 a.m., in the United States Courthouse, Davenport, Iowa, before United States Magistrate Judge Stephen B. Jackson, Jr.

3. The parties must exchange initial disclosures by December 10, 2024.

4. Motions to add parties must be filed by January 28, 2025.

5. Motions for leave to amend pleadings must be filed by January 28, 2025.

6. Plaintiffs must designate expert witnesses and disclose their written reports by July 28, 2025.

7. Defendant must designate expert witnesses and disclose their written reports by September 26, 2025.

8. Plaintiffs must designate rebuttal expert witnesses and disclose their written reports by October 27, 2025.

9. Motion for class certification must be filed by October 27, 2025. Response is due by December 11, 2025. Reply is due by January 12, 2026.

10. Fact Discovery must be completed by December 29, 2025. Written discovery must be propounded so that the time for response is not later than the deadline to complete discovery.

11. Dispositive motions must be filed by January 26, 2026. Responses are due by February 17, 2026. Replies are due by March 9, 2026.

12. Expert Discovery must be completed by March 30, 2026.

IT IS SO ORDERED.

Dated December 4, 2024.

_____
Stephen B. Jackson, Jr.
Chief U.S. Magistrate Judge