**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| TIMOTHY HARTER and KEVIN HAYS, on behalf of themselves and all others similarly situated; <br><br> *Plaintiffs*; <br><br> v. <br><br> M.A. FORD MFG. CO., INC. dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation, <br><br> *Defendant*. | Case No.: 3:24-cv-00056-SMR-SBJ |

**<u>PLAINTIFFS' UNOPPOSED MOTION TO FILE BRIEF IN EXCESS OF PAGE LIMIT</u>**

Plaintiffs, Timothy Harter and Kevin Hays, by and through their undersigned counsel, respectfully move for permission to file their Response in Opposition to Defendant's Motion to Dismiss, a brief in excess of the Court's 20-page limit. In support, Plaintiffs state:

1. Plaintiffs' Consolidated Class Action Complaint is 49 pages long and contains over 242 paragraphs.

2. Local Rule 7(h) limits briefs to not more than 20 pages in length.

3. On November 25, 2024, Defendant filed its Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint Pursuant to Fed. R. Civ. Pro. 12(b)(1) and 12(b)(6). (ECF Nos. 25, 25-1). Defendant contemporaneously filed a motion to extend page limit, to which Plaintiffs did not oppose. (ECF No. 26). Defendant's brief is 26 pages.

4. Due to the length of Defendant's Motion to Dismiss, and the complexity of the issues involved in the case, Plaintiffs' attached brief is 32 pages in length, not including the table of contents and signature block, which exceeds the page limit.

5. No party will be prejudiced by a grant of this Motion.

6. Plaintiffs' counsel has conferred with Defense counsel, who do not oppose this motion.

WHEREFORE, Plaintiffs respectfully request this Court enter the attached proposed Order, granting Plaintiffs permission to file their brief in excess of the Court's page limit.

Date: December 24, 2024                                     Respectfully submitted,


                                                            /s/ Amina A. Thomas

                                                            J. Barton Goplerud
                                                            Brian O. Marty
                                                            5015 Grand Ridge Drive, Suite 100
                                                            West Des Moines, IA 50265
                                                            Tel: (515) 223-4567
                                                            Fax: (515) 223-8887
                                                            goplerud@sagwlaw.com
                                                            marty@sagwlaw.com

                                                            Leigh S. Montgomery**
                                                            Texas Bar No. 24052214
                                                            lmontgomery@eksm.com
                                                            **EKSM, LLP**
                                                            1105 Milford Street
                                                            Houston, Texas 77006
                                                            Phone: (888) 350-3931
                                                            Fax: (888) 276-3455

                                                            Lynn A. Toops*
                                                            Amina A. Thomas**
                                                            **COHEN & MALAD, LLP**
                                                            One Indiana Square, Suite 1400
                                                            Indianapolis, Indiana 46204
                                                            (317) 636-6481
                                                            ltoops@cohenandmalad.com
                                                            athomas@cohenandmalad.com

                                                            J. Gerard Stranch, IV**
                                                            Andrew E. Mize*
                                                            **STRANCH, JENNINGS & GARVEY, PLLC**
                                                            The Freedom Center
                                                            223 Rosa L. Parks Avenue, Suite 200

Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel J. Strauss**
Raina C. Borrelli**
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

ATTORNEYS FOR PLAINTIFF

\* *Pro Hac Vice* forthcoming

\*\*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via email to all counsel of record on December 24, 2024.

*/s/ Amina A. Thomas*
Amina A. Thomas