## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| TIMOTHY HARTER and KEVIN HAYS, on behalf of themselves and all others similarly situated;<br><br>*Plaintiffs*;<br><br>v.<br><br>M.A. FORD MFG. CO., INC. dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation,<br><br>*Defendant*. | Case No.: 3:24-cv-00056-SMR-SBJ |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE BRIEF IN EXCESS OF PAGE LIMIT

Before the Court is Plaintiffs' Unopposed Motion to File Brief in Excess of Page Limit.

Plaintiffs' Motion is hereby GRANTED.

The overlength brief at Docket No. _____ is permitted.


Dated: _____          _____

                                                                                                    Hon. Stephen B. Jackson, Jr.
                                                                                                    Magistrate Judge
                                                                                                    Southern District of Iowa