**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| TIMOTHY HARTER and KEVIN HAYS, on behalf of themselves and all others similarly situated;<br><br>*Plaintiffs,*<br><br>v.<br><br>M. A. FORD MFG. CO., INC. d/b/a M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation,<br><br>*Defendant.* | Case No: 3:24-cv-00056-SMR-SBJ<br><br>**JOINT MOTION TO STAY DEADLINES PENDING MEDIATION** |

Plaintiffs, Timothy Harter and Kevin Hays, together with Defendant, M.A. Ford Manufacturing Company, Inc., hereby jointly move for an Order staying all case deadlines pending the Parties upcoming mediation of this matter. In support of this motion, the Parties state as follows:

1. Plaintiffs filed their Consolidated Class Action Complaint ("CCAC") on October 10, 2024, asserting claims on behalf of themselves and a putative nationwide class action against Defendant arising out of a December 2023 data breach of Defendant's systems. Dkt. 12.

2. Defendant moved to dismiss Plaintiffs' CCAC on November 25, 2024. That motion is now fully briefed. *See* Dkts. 25, 35, 36.

3. The Court held a Rule 16(b) scheduling conference on December 4, 2024, and set a case schedule. Dkt. 31. Under that schedule, Plaintiffs must designate expert witnesses and disclose their written reports by July 28, 2025. Defendant must designate expert witnesses and disclose its written reports by September 26, 2025.

4.	Shortly after the Rule 16(b) scheduling conference, the Parties discussed the potential for early resolution of this matter. The Parties agreed to mediate this matter with Bennett G. Picker of Stradley Ronon, an experienced and highly sought after mediator in the data breach field, securing a mediation date of August 26, 2025.

5.	To allow the Parties to focus their efforts on preparing for mediation and resolving this case rather than spending time and money on securing experts and starting discovery, the Parties ask that this case be stayed until September 8, 2025, at which time the Parties will provide a status report updating the Court on the outcome of the mediation.  If the case has not resolved, the Parties will also prepare a proposed amended case management plan resetting the deadlines.

WHEREFORE, the Parties jointly request that the Court enter an order staying this case and ordering the Parties to submit a status report regarding mediation and, if necessary, a proposed amended case management plan on or before September 8, 2025.

Dated: April 30, 2025

Respectfully Submitted,

| | |
|---|---|
| */s/ J. Barton Goplerud*       | */s/ Rubina S. Khaleel*     |
| J. Barton Goplerud # AT0002983 | Rubina S. Khaleel # AT0010806 |
| Brian O. Marty # AT0011622 | Hennessy & Roach, P.C. |
| Shindler Anderson Goplerud & Weese PC | 14301 FNB Pkwy, Suite 111 |
| 5015 Grand Ridge Drive, Suite 100 | Omaha, NE  68154 |
| West Des Moines, IA 50265 | Telephone:  402-933-8851 |
| Tel: (515) 223-4567 | Fax:  402-933-9379 |
| Fax: (515) 223-8887 | rkhaleel@hennessyroach.com |
| goplerud@sagwlaw.com | |
| marty@sagwlaw.com | and |

and

Lynn A. Toops*
Amina A. Thomas**
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

Samuel J. Strauss**
Raina C. Borrelli**
Strauss Borrelli, PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

Leigh S. Montgomery**
Texas Bar No. 24052214
lmontgomery@eksm.com
EKSM, LLP
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

J. Gerard Stranch, IV**
Andrew E. Mize*
Stranch, Jennings & Garvey, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
amize@stranchlaw.com

*Attorneys For Plaintiffs*

\* Pro Hac Vice forthcoming
\*\* Admitted Pro Hac Vice

Helen L. Fitzpatrick, *pro hac vice*
Jonathan D. Tobin, *pro hac vice*
Cipriani & Werner, PC
450 Sentry Parkway, Suite 200
Blue Bell, Pennsylvania 19422
Telephone: (610) 567-0700
nfitzpatrick@c-wlaw.com
jtobin@c-wlaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| TIMOTHY HARTER and KEVIN HAYS, on behalf of themselves and all others similarly situated;<br><br>*Plaintiffs,*<br><br>v.<br><br>M. A. FORD MFG. CO., INC. d/b/a M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation,<br><br>*Defendant.* | Case No: 3:24-cv-00056-SMR-SBJ<br><br>**JOINT MOTION TO STAY DEADLINES PENDING MEDIATION** |

## BRIEF IN SUPPORT OF JOINT MOTION TO STAY DEADLINES PENDING MEDIATION

The Parties rely on the facts and arguments set forth in their Joint Motion to Stay Deadlines Pending Mediation.

Dated: April 30, 2025

                              Respectfully Submitted,

| | |
|---|---|
| */s/ J. Barton Goplerud*<br>J. Barton Goplerud # AT0002983<br>Brian O. Marty # AT0011622<br>Shindler Anderson Goplerud & Weese PC<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA 50265<br>Tel: (515) 223-4567<br>Fax: (515) 223-8887<br>goplerud@sagwlaw.com<br>marty@sagwlaw.com<br><br>and | */s/Rubina S. Khaleel*<br>Rubina S. Khaleel # AT0010806<br>Hennessy & Roach, P.C.<br>14301 FNB Pkwy, Suite 111<br>Omaha, NE 68154<br>Telephone: 402-933-8851<br>Fax: 402-933-9379<br>rkhaleel@hennessyroach.com<br><br>and |

Lynn A. Toops*
Amina A. Thomas**
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

Samuel J. Strauss**
Raina C. Borrelli**
Strauss Borrelli, PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

Leigh S. Montgomery**
Texas Bar No. 24052214
lmontgomery@eksm.com
EKSM, LLP
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

J. Gerard Stranch, IV**
Andrew E. Mize*
Stranch, Jennings & Garvey, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
amize@stranchlaw.com

*Attorneys For Plaintiffs*

\* Pro Hac Vice forthcoming
\*\* Admitted Pro Hac Vice

Helen L. Fitzpatrick, *pro hac vice*
Jonathan D. Tobin, *pro hac vice*
Cipriani & Werner, PC
450 Sentry Parkway, Suite 200
Blue Bell, Pennsylvania 19422
Telephone: (610) 567-0700
nfitzpatrick@c-wlaw.com
jtobin@c-wlaw.com

*Attorneys for Defendant*