**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| TIMOTHY HARTER and KEVIN HAYS, on behalf of themselves and all others similarly situated;<br><br>*Plaintiffs,*<br><br>v.<br><br>M. A. FORD MFG. CO., INC. d/b/a M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation,<br><br>*Defendant.* | Case No: 3:24-cv-00056-SMR-SBJ |

## PROPOSED ORDER

**AND NOW**, on this _____ day of _____ 2025, upon consideration of the Joint Motion to Stay Deadlines Pending Mediation, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED.**

The Parties shall submit a joint status report regarding mediation on or before September 8, 2025.

_____
Chief U.S. Magistrate Judge