IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TIMOTHY HARTER and KEVIN HAYS, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>M.A. FORD MANUFACTURING COMPANY, INC.,<br><br>  Defendant. | Case No. 3:24-cv-00056-SMR-SBJ |

## JOINT STATUS REPORT

Plaintiffs Timothy Harter and Kevin Hays along with Defendant M.A. Ford Manufacturing Company, Inc. (together, "the Parties"), hereby submit this joint status report updating the Court as to the status of their settlement negotiations as follows:

1.  On April 30, 2025, the Parties jointly moved for a stay of all pending deadlines to facilitate the Parties' settlement negotiations through a neutral mediator. Dkt. 38.

2.  On May 1, 2025, the Court granted the Parties request for a stay and order the Parties to submit a joint status report regarding mediation by August 28, 2025. Dkts. 39–40.

3.  On August 26, 2025, the Parties engaged in mediation with Jill Sperber of Judicate West—a well-respected mediator with significant experience handling data breach class actions.

4.  Though the mediation was hard fought, the Parties are pleased to report that it was a success and resulted in an agreement in principle of a class wide settlement, which the Parties are now working to memorialize into a formal, written settlement agreement to present to the Court for potential preliminary approval.

5.  The Parties believe they can finalize the agreement and file a motion for preliminary approval within thirty days.

      6.      Given the success of mediation, the Parties jointly request that the Court continue the stay to allow them to focus resources on preparing the written settlement agreement and motion for preliminary approval.

Dated: August 27, 2025                          Respectfully Submitted,

| | |
|---|---|
| /s/ Amina A. Thomas | /s/Rubina S. Khaleel |
| Amina A. Thomas** | Rubina S. Khaleel # AT001080 |
| Lynn A. Toops* | Hennessy & Roach, P.C. |
| **COHENMALAD, LLP** | 14301 FNB Pkwy, Suite 308 |
| One Indiana Square, Suite 1400 | Omaha, NE 68154 |
| Indianapolis, IN 46204 | Telephone: 402-933-8851 |
| Tel: (317) 636-6481 | Fax: 402-933-9379 |
| ltoops@cohenmalad.com | rkhaleel@hennessyroach.com |
| athomas@cohenmalad.com | |
| | and |
| J. Barton Goplerud | |
| Brian O. Marty | Helen L. Fitzpatrick, pro hac vice |
| 5015 Grand Ridge Drive, Suite 100 | Jonathan D. Tobin, pro hac vice |
| West Des Moines, IA 50265 | Cipriani & Werner, PC |
| Tel: (515) 223-4567 | 450 Sentry Parkway, Suite 200 |
| goplerud@sagwlaw.com | Blue Bell, Pennsylvania 19422 |
| marty@sagwlaw.com | Telephone: (610) 567-0700 |
| | nfitzpatrick@c-wlaw.com |
| Leigh S. Montgomery** | jtobin@c-wlaw.com |
| Texas Bar No. 24052214 | |
| **EKSM, LLP** | ***Attorneys for Defendant*** |
| 1105 Milford Street | |
| Houston, TX 77006 | |
| Tel: (888) 350-3931 | |
| lmontgomery@eksm.com | |
| | |
| J. Gerard Stranch, IV** | |
| Grayson Wells** | |
| **STRANCH, JENNINGS & GARVEY, PLLC** | |
| The Freedom Center | |
| 223 Rosa L. Parks Avenue, Suite 200 | |
| Nashville, TN 37203 | |
| Tel: (615) 254-8801 | |
| gstranch@stranchlaw.com | |
| gwells@stranchlaw.com | |

Samuel J. Strauss**
Raina C. Borrelli**
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

*Pro hac vice forthcoming*
**Pro hac vice admitted*

***Attorneys for Plaintiffs and the proposed Class***