**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| TIMOTHY HARTER and KEVIN HAYS, on behalf of themselves and all others similarly situated; | |
| *Plaintiffs*, | |
| v. | Case No.: 3:24-cv-00056-SMR-SBJ |
| M. A. FORD MFG. CO., INC. dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation, | |
| *Defendant*. | |

### JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AGREEMENT AND REQUEST FOR SETTING OF FAIRNESS HEARING

Plaintiffs Timothy Harter and Kevin Hays along with Defendant M.A. Ford Manufacturing Company, Inc. (together, "the Parties"), by counsel, and move the Court for an enlargement of time to file a motion for preliminary approval of the proposed settlement agreement in this matter and to request a final fairness hearing. In support of this motion, the Parties state as follows:

1.      On April 30, 2025, the Parties jointly moved for a stay of all pending deadlines to facilitate the Parties' settlement negotiations through a neutral mediator. Dkt. 38.

2.      On May 1, 2025, the Court granted the Parties request for a stay and order the Parties to submit a joint status report regarding mediation by August 28, 2025. Dkts. 39–40.

3.      On August 26, 2025, the Parties engaged in mediation with Jill Sperber of Judicate West—a well-respected mediator with significant experience handling data breach class actions.

4.      Mediation was successful and resulted in an agreement in principle of a class wide settlement, which the Parties have been working to memorialize into a formal, written settlement agreement to present to the Court for potential preliminary approval.

1

5.      In its August 29, 2025, Docket Entry (Dkt. 42), the Court set a deadline of September 30, 2025, for the Parties to file a motion seeking approval of the proposed settlement and requesting the setting of a fairness hearing as required by FRCP 23 ("Motion for Preliminary Approval").

6.      The Parties continue to work together to finalize the settlement agreement, including proposed forms of orders and notices, but require additional time to finalize and execute the final settlement agreement before presenting it to the Court for preliminary approval under FRCP 23.

7.      The Parties need a brief extension of time beyond the current deadline September 30, 2025, deadline to file their Motion for Preliminary Approval, so that the Parties can continue to work through certain terms of the Settlement Agreement.  The Parties therefore respectfully request a 30-day extension of time to file their Motion for Preliminary Approval of the Settlement Agreement.

8.      This Motion is not made for any improper purpose, and the Parties agree they will not suffer any prejudice if the requested stay is granted.

9.      Pursuant to LR 7.j.,  the Parties  This is the Parties' first request for an extension of time to file the Motion for Preliminary Approval.

10.      A Proposed Order is filed herewith.

WHEREFORE, the Parties respectfully request that the Court enter an Order granting the Parties an enlargement of time of thirty (30) days, up to and including October 30, 2025, to file their Motion for Preliminary Approval, and grant such other and further relief as the Court deems just and proper.

Dated: September 30, 2025

Respectfully submitted,

*/s/ Amina A. Thomas*
Amina A. Thomas**
Lynn A. Toops*
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenmalad.com
athomas@cohenmalad.com

J. Barton Goplerud
Brian O. Marty
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
goplerud@sagwlaw.com
marty@sagwlaw.com

Leigh S. Montgomery**
Texas Bar No. 24052214
**EKSM, LLP**
1105 Milford Street
Houston, TX 77006
Tel: (888) 350-3931
lmontgomery@eksm.com

J. Gerard Stranch, IV**
Grayson Wells**
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

Samuel J. Strauss**
Raina C. Borrelli**
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100

  */s/ Rubina S. Khaleel*
Rubina S. Khaleel # AT0010806
Hennessy & Roach, P.C.
14301 FNB Pkwy, Suite 308
Omaha, NE  68154
Tel:  402-933-8851
Fax:  402-933-9379
Email: rkhaleel@hennessyroach.com

and

Helen L. Fitzpatrick*
Jonathan D. Tobin*
CIPRIANI & WERNER, PC
450 Sentry Parkway, Suite 200
Blue Bell, PA  19422
Telephone: 610-567-0700
Fax: 610-567-0712
nfitzpatrick@c-wlaw.com
jtobin@c-wlaw.com

*Attorneys for Defendant*

sam@straussborrelli.com
raina@straussborrelli.com

*Pro hac vice forthcoming*
*Pro hac vice admitted*

**Attorneys for Plaintiffs and the proposed Class**