UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TIMOTHY HARTER and KEVIN HAYS, on behalf of themselves and all others similarly situated;<br><br>*Plaintiffs*,<br><br>v.<br><br>M. A. FORD MFG. CO., INC. dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation,<br><br>*Defendant*. | Case No.: 3:24-cv-00056-SMR-SBJ |

## ORDER

Before the Court is the *Plaintiffs' Unopposed Motion for Enlargement of Time to File Motion for Preliminary Approval of Class Settlement Agreement and Request for Setting of Final Fairness Hearing*. Having considered said Motion, the Court finds the same should be GRANTED.

It is, therefore, ORDERED that by December 12, 2025, the Parties are ordered to file their Motion for Preliminary Approval of Class Settlement Agreement and Request for Setting of Final Fairness Hearing.

Date:_____

_____
Stephen B. Jackson, Jr.
United States District Judge
Southern District of Iowa