UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TIMOTHY HARTER and KEVIN HAYS, on behalf of themselves and all others similarly situated;<br><br>*Plaintiffs*,<br><br>v.<br><br>M. A. FORD MFG. CO., INC. dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation,<br><br>*Defendant*. | Case No.: 3:24-cv-00056-SMR-SBJ |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AGREEMENT AND REQUEST FOR SETTING OF FAIRNESS HEARING**

Plaintiffs Timothy Harter and Kevin Hays ("Plaintiffs"), by counsel, move the Court for an enlargement of time to file a motion for preliminary approval of the proposed settlement agreement in this matter and to request a final fairness hearing. In support of this motion, Plaintiffs state as follows:

1. On April 30, 2025, the Parties jointly moved for a stay of all pending deadlines to facilitate the Parties' settlement negotiations through a neutral mediator. Dkt. 38.

2. On May 1, 2025, the Court granted the Parties request for a stay and order the Parties to submit a joint status report regarding mediation by August 28, 2025. Dkts. 39–40.

3. On August 26, 2025, the Parties engaged in mediation with Jill Sperber of Judicate West—a well-respected mediator with significant experience handling data breach class actions.

4. Mediation was successful and resulted in an agreement in principle of a class wide settlement, which the Parties have been working to memorialize into a formal, written settlement agreement to present to the Court for potential preliminary approval.

1

5. In its August 29, 2025, Docket Entry (Dkt. 42), the Court set a deadline of September 30, 2025, for the Parties to file a motion seeking approval of the proposed settlement and requesting the setting of a fairness hearing as required by FRCP 23 ("Motion for Preliminary Approval").

6. On September 30, 2025, the Parties filed a Joint Motion for Extension of Time to File Motion for Preliminary Approval of Class Settlement Agreement and Request for Setting of Fairness Hearing (Dkt. 43). In response, the Court entered a Docket Entry (Dkt. 44) granting the request and setting a deadline of October 30, 2025, for the Parties to file their Motion for Preliminary Approval of the Class Settlement Agreement.

7. On October 29, 2025, the Parties filed a Second Joint Motion for Extension of Time to File Motion for Preliminary Approval of Class Settlement Agreement and Request for Setting of Fairness Hearing (Dkt. 45). In response, the Court entered a Docket Entry (Dkt. 46) granting the request and setting a deadline of November 28, 2025, for the Parties to file their Motion for Preliminary Approval of the Class Settlement Agreement.

8. On November 28, 2025, Plaintiffs filed an Unopposed Motion for Enlargement of Time to File Motion for Preliminary Approval of Class Settlement Agreement and Request for Setting of Fairness Hearing. (Dkt. 47). In response, the Court entered a Docket Entry (Dkt. 48) granting the request and setting a deadline of December 12, 2025, for the Parties to file their Motion for Preliminary Approval of the Class Settlement Agreement.

9. The Parties have finalized the settlement agreement, including proposed forms of orders and notices, but require additional time to execute the final settlement agreement before presenting it to the Court for preliminary approval under FRCP 23.

10. Plaintiffs respectfully request a brief extension of time beyond the current

deadline of December 12, 2025, to file the Motion for Preliminary Approval, while the Parties collect signatures of all Parties to the Settlement Agreement. The Plaintiffs therefore respectfully request a 7-day extension of time to file their Motion for Preliminary Approval of the Settlement Agreement.

11.     This Motion is not made for any improper purpose, and parties will not suffer any prejudice if the requested stay is granted.

12.     Pursuant to LR 7.j., the Parties notify the Court that the deadline has been extended previously, from September 30, 2025, to October 30, 2025, when the parties filed a Joint Motion for Extension of Time for Preliminary Approval and Request for Setting of Fairness Hearing (Dkt. 43). In its September 30, 2025, Docket Entry (Dkt. 44), the Court set a deadline of October 30, 2025, for parties to file their motion for Preliminary Approval of Class Settlement Agreement (Dkt. 44). Additionally, the deadline has been extended previously, from October 30, 2025, to November 28, 2025, when the parties filed a Second Joint Motion for Extension of Time for Preliminary Approval and Request for Setting of Fairness Hearing (Dkt.45). In its October 29, 2025, Docket Entry (Dkt. 46), the Court set a deadline of November 28, 2025, for parties to file their motion for Preliminary Approval of Class Settlement Agreement (Dkt. 46). The deadline was again extended, from November 28, 2025, to December 12, 2025, when Plaintiffs filed their Unopposed Motion for Enlargement of Time to File Motion for Preliminary Approval of Class Settlement Agreement and Request for Setting of Fairness Hearing (Dkt. 47). In its December 1, 2025, Docket Entry (Dkt. 48), the Court set a deadline of December 12, 2025, for the parties to file their motion for Preliminary Approval of Class Settlement Agreement (Dkt. 48). This filing constitutes the fourth request for an extension of time to file the Motion for Preliminary Approval. No other deadlines are currently pending in this matter.

13. A Proposed Order is filed herewith.

14. Pursuant to Local Rule 7.k. counsel for Plaintiffs have conferred with counsel for Defendant and Defendant does not oppose this motion.

WHEREFORE, the Plaintiffs respectfully request that the Court enter an Order granting an enlargement of time of seven (7) days, up to and including December 19, 2025, to file the Motion for Preliminary Approval, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/Amina A. Thomas*
Amina A. Thomas**
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
athomas@cohenmalad.com

J. Barton Goplerud
Brian O. Marty
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Leigh S. Montgomery**
Texas Bar No. 24052214
lmontgomery@eksm.com
**EKSM, LLP**
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

J. Gerard Stranch, IV**
Grayson Wells**

**STRANCH, JENNINGS & GARVEY PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
raina@stranchlaw.com

Samuel J. Strauss**
Raina C. Borrelli**
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile : (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

**ATTORNEYS FOR PLAINTIFFS**

\* *Pro Hac Vice Forthcoming*

\*\* Admitted *Pro Hac Vice*

5

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025, a copy of the foregoing document was served on all attorneys of record via the Court's online filing system.

*/s/Amina A. Thomas*
Amina A. Thomas
