**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| TIMOTHY HARTER and KEVIN HAYS, on behalf of themselves and all others similarly situated;<br><br>*Plaintiffs*,<br><br>v.<br><br>M. A. FORD MFG. CO., INC. dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation,<br><br>*Defendant*. | Case No.: 3:24-cv-00056-SMR-SBJ |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Fed. R. Civ. P. 23, Plaintiffs Timothy Harter and Kevin Hays ("Plaintiffs"), individually and on behalf of all others similarly situated, respectfully move this Court for the entry of the proposed Preliminary Approval Order submitted herewith, which seeks preliminary approval of a proposed class action settlement and certification of a proposed settlement class (the "Settlement Class") as defined therein. In support of this request, Plaintiffs state the following:

1. The terms of the settlement are set forth in the Settlement Agreement that was executed on or around December 15, 2025, attached as **Exhibit 1** to Plaintiffs' accompanying memorandum filed contemporaneously herewith.

2. The relief sought in this motion is supported by Class Counsel's Declaration in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, attached as **Exhibit 2** to Plaintiffs' memorandum in support of this Motion; Plaintiffs'

memorandum of law in support of the motion for preliminary approval; and the proposed orders and other supporting documents submitted herewith.

3.  Plaintiffs state that the proposed settlement falls within the approvable range of fair, reasonable, and adequate; satisfies the requirements of Fed. R. Civ. P. 23; and should be preliminarily approved by this Court.

WHEREFORE, Plaintiffs respectfully request that the Court enter the Proposed Order granting preliminary approval of the class action settlement, conditionally certifying a Settlement Class, granting preliminary approval of the Settlement Agreement, approving the form and manner of Notice, and scheduling a Final Approval Hearing.

Dated: December 17, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Amina A. Thomas
　　　　　　　　　　　　　　　　　　　　　　Lynn A. Toops*
　　　　　　　　　　　　　　　　　　　　　　Amina A. Thomas**
　　　　　　　　　　　　　　　　　　　　　　**COHENMALAD, LLP**
　　　　　　　　　　　　　　　　　　　　　　One Indiana Square, Suite 1400
　　　　　　　　　　　　　　　　　　　　　　Indianapolis, Indiana 46204
　　　　　　　　　　　　　　　　　　　　　　(317) 636-6481
　　　　　　　　　　　　　　　　　　　　　　ltoops@cohenmalad.com
　　　　　　　　　　　　　　　　　　　　　　athomas@cohenmalad.com

　　　　　　　　　　　　　　　　　　　　　　Jarrett L. Ellzey**
　　　　　　　　　　　　　　　　　　　　　　Leigh S. Montgomery*
　　　　　　　　　　　　　　　　　　　　　　**ELLZEY KHERKHER SANFORD MONTGOMERY, LLP**
　　　　　　　　　　　　　　　　　　　　　　4200 Montrose Blvd., Ste. 200
　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77006
　　　　　　　　　　　　　　　　　　　　　　Tel: (888) 350-3931
　　　　　　　　　　　　　　　　　　　　　　Fax: (888) 276-3455
　　　　　　　　　　　　　　　　　　　　　　Email: jellzey@eksm.com
　　　　　　　　　　　　　　　　　　　　　　Email: lmontgomery@eksm.com

　　　　　　　　　　　　　　　　　　　　　　J. Barton Goplerud
　　　　　　　　　　　　　　　　　　　　　　Brian O. Marty
　　　　　　　　　　　　　　　　　　　　　　5015 Grand Ridge Drive, Suite 100
　　　　　　　　　　　　　　　　　　　　　　West Des Moines, IA 50265
　　　　　　　　　　　　　　　　　　　　　　Tel: (515) 223-4567

Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com


J. Gerard Stranch, IV**
Grayson Wells**
**STRANCH, JENNINGS & GARVEY PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
raina@stranchlaw.com

Samuel J. Strauss**
Raina C. Borrelli**
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile : (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com


**ATTORNEYS FOR PLAINTIFFS**

* *Pro Hac Vice Forthcoming*

** Admitted *Pro Hac Vice*

**CERTIFICATE OF CONFERENCE**

This is to certify that on December 8, 2025, I conferred with Defense counsel on the contents of this motion, accompanying brief and exhibits thereto and Defendant is unopposed to the Motion.

*/s/ Amina A. Thomas*
Amina A. Thomas**

**CERTIFICATE OF SERVICE**

This is to certify that on December 17, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Amina A. Thomas*
Amina A. Thomas**