**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| TIMOTHY HARTER and KEVIN HAYS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>M. A. FORD MFG. CO., INC. dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation,<br><br>*Defendant*. | Case No.: 3:24-cv-00056-SMR-SBJ |

### PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' SERVICE AWARD

Plaintiffs Timothy Harter and Kevin Hays, individually and on behalf of all others similarly situated ("Plaintiffs") here by moves this Honorable Court to approve an award of attorneys' fees and litigation costs and expenses in the amount of $141,666.67, which represents one third of the Settlement Fund; and approve a service award for each Class Representative in the amount of $2,500. In support of this Motion, Plaintiffs refer this Honorable Court to (A) the Memorandum in Support, filed contemporaneously with this motion; (B) the proposed Settlement Agreement, attached hereto as Exhibit 1; (C) the Declaration of Lynn A. Toops, attached hereto as Exhibit 2; (D) the records, pleadings, and papers filed in this action; and, (E) upon such other documentary and oral evidence or argument as may be presented to this Honorable Court at or prior to the Final Approval Hearing currently scheduled for June 30, 2026.

**WHEREFORE**, Plaintiffs request that this Honorable Court grant this motion and the relief sought herein as part of the Final Approval Order entered in this case.

Dated: March 9, 2026                                         Respectfully submitted,

*/s/Amina A. Thomas*
Amina A. Thomas**
Lynn A. Toops*
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
athomas@cohenmalad.com
ltoops@cohenmalad.com

J. Barton Goplerud
Brian O. Marty
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Leigh S. Montgomery**
Texas Bar No. 24052214
**EKSM, LLP**
4200 Montrose Blvd., Ste. 200
Houston, TX 77006
Phone: (888) 350-3931
Fax: (888) 276-3455
lmontgomery@eksm.com

J. Gerard Stranch, IV**
Andrew E. Mize*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel J. Strauss**
Raina C. Borrelli**
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610

Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

**ATTORNEYS FOR PLAINTIFF**

\* *Pro Hac Vice* forthcoming
\*\*Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served on all counsel of record via the Court's CM/ECF electronic filing system this 9th day of March 2026.

                                                   */s/ Amina A. Thomas*
                                                   Amina A. Thomas