# Exhibit 2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| TIMOTHY HARTER and KEVIN HAYS, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> M. A. FORD MFG. CO., INC. dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation, <br><br> *Defendant*. | Case No.: 3:24-cv-00056-SMR-SBJ |

## DECLARATION OF LYNN A. TOOPS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' SERVICE AWARDS

I, Lynn A. Toops, declare as follows:

1.     I am an Equity Partner in the firm CohenMalad LLP ("CohenMalad"). I am an active member in good standing of the State Bar of Indiana and submit this Declaration in Support of Plaintiffs' Motion for Attorneys' Fees and Expenses and Plaintiffs' Service Awards. I have personal knowledge of the facts set forth herein based on my active supervision of, and participation in, the prosecution and settlement of the claims asserted in this action and, if called upon, could and would testify thereto.

2.     I have been involved in this matter since before the complaint was filed. Before taking this case on a contingency fee basis, I thoroughly investigated the bases for the claims presented, including through case law and statutory research, investigations with potential named plaintiffs, strategic discussions with my team and co-counsel, and reviews of all information available in the public domain regarding Defendant's data breach, including press releases notifications, and news articles.

1

3.      The information gleaned from our investigation allowed my team and I, along with co-counsel, to assess the strengths and weaknesses of this action, to analyze potential damages models, and informed our decision to negotiate with opposing counsel for an early resolution of this matter in the belief that such an early resolution would serve the class more than prolonged and risky litigation.

4.      Class Counsel, including myself and my firm, possess significant experience in consumer class action litigation, including numerous data breach matters across the country. Along with my co-counsel, we have collectively litigated hundreds of data breach class actions to successful resolution. For more information, our firm resumes are attached hereto as **Exhibit A– D**.

5.      Notwithstanding that Class Counsel and Plaintiffs believe strongly in the merits of this action, they recognize the risk and expenses of prolonged litigation in a highly risky, novel, and evolving area of law. Thus, Class Counsel determined that mediation was appropriate. Indeed, Class Counsel would ultimately face a risky class certification motion (though several courts have certified data breach classes), a certain motion for summary judgment, and a lengthy appeals process, in addition to the significant costs to litigate and fund expert costs.

6.      On August 26, 2025, the Parties engaged in a Zoom Mediation conducted by mediator Jill Sperber. After a full day mediation of hard-fought negotiations aided by Ms. Sperber, the Parties were able to reach a resolution. Over the following weeks, the Parties diligently drafted, negotiated, and finalized the Settlement Agreement, Notices, and Claim Form, and agreed to a settlement administrator.

7.      Because the harm done to Plaintiffs and the Settlement Class Members is in the form of identity and credit theft or fraud, especially the increased risk of such theft and fraud that

Plaintiffs and the Settlement Class Members now face, Class Counsel negotiated a settlement that provides a common fund of $425,000, Settlement Agreement, ¶ 1.51, from which Plaintiffs and the Settlement Class Members may claim to three years identity theft protection services from all three credit bureaus now, without waiting years for the litigation to conclude, Settlement Agreement, ¶¶ 3.1-3.6. Moreover, the Settlement provides Class Members with the ability to claim documented monetary losses up to $5,000 per person in documented extraordinary monetary losses and up to $500 in ordinary document expenses. *Id*. ¶¶ 4.1–4.2. Further, Class Members may claim up to five hours of time spent at a rate of $25 per hour. *Id.* ¶ 4.3. In addition, Class Members may claim a cash payment that will be increased on a *pro rata* basis to ensure the Settlement Fund is exhausted.

8.    The Settlement provides significant and timely benefits to the Settlement Class Members targeted to remedy the harms caused by the data breach, including retrospective reimbursement of monetary losses and lost time, cash payments, as well as prospective credit monitoring protection. It is Class Counsel's opinion that the Agreement presents a favorable result for the Settlement Class.

9.    I have reviewed the billing records in this case and Class Counsel has incurred unreimbursed expenses in this class action totaling $13,455.73. These expenses were in the form of filing fees, document fees, service fees, and Class Counsel's portion of mediation expenses.

10.    According to the records Class Counsel concerning Defendant's notice to the Settlement Class Members, the total class size is approximately 4,359.

11.    Class Representatives Timothy Harter and Kevin Hays have meaningfully conferred with Class Counsel and have always been available when needed to assist Class Counsel in prosecuting this Action on behalf of the Settlement Class Members. Specifically, Class

Representatives assisted in the Action's investigation, reviewed case documents, were prepared to assist with discovery, and answering Class Counsel's many questions. Moreover, they have been willing to put their names in the public domain notwithstanding the potential social impact of participating in litigation.

12.     Given the exposure and efforts, Class Counsel negotiated Service Awards of $2,500 for the Class Representatives, which is reasonable considering Class Counsel's experience in negotiating similar settlement agreements, which often include Service Awards between $1,000 and $4,000.

13.     In addition to credit monitoring and identity theft protection services for the Class, Defendants have agreed to undertake certain business practice changes that will benefit the Class by helping to ensure their data is more secure from future cyberattacks.

14.     Class Counsel and Defendant's counsel are experienced litigators and negotiations in this matter were at arms' length. There was no collusion among counsel between the Parties in this matter and no evidence to the contrary has been, or could be, presented. Indeed, negotiating the resolution of this Action required a mediation before an uninterested third-party mediator who is specifically experienced in data breach litigation.

15.     Class Counsel has spent considerable time and effort on this matter that would otherwise have been dedicated to other fee-generating matters. Class Counsel took this case on a purely contingent basis.

16.     Data breach litigation is inherently risky, complex, and expensive. Experts are required to litigate these actions, and they often cost at least $600 per hour. Moreover, courts often come to inconsistent decisions on the same or similar set of facts, leading to complicated and unpredictable results.

17.     Indeed, Counsel's fee request here is easily commensurate with similar data breach class actions. A third the value of the settlement is standard in data breach litigation in courts across the country.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 9th day of March 2025, in Indianapolis, Indiana.

*/s/ Lynn A. Toops*

# Exhibit A



# FIRM RESUME



# About the Firm

**We Win. Things Change**.
EKSM is a high-technology-savvy trial firm, trusted nationwide for delivering exceptional client service and results. With deep experience across complex class actions, data-breach and privacy disputes, cryptocurrency scams, personal injury, and antitrust litigation, we leverage real courtroom experience to pursue justice—no matter where the fight takes us. Our team is built for trial, driven by skilled advocates who navigate evolving digital landscapes and litigate across state lines, ensuring clients receive zealous representation powered by expertise, innovation, and an unwavering commitment to results.

# Locations

**TEXAS**
4200 Montrose St. Suite 200
Houston, TX 77006

**ARKANSAS**
10800 Financial Centre Pkwy,
Suite 510
Little Rock, AR 72211

**(713)-244-6363**

contact@eksm.com

# Areas of Practice

- Antitrust
- Arbitration
- Business Dispute
- Class Action
- Data Breach & Privacy
- Insurance Recovery
- Labor, Employment, Benefits, & Pension
- Mass Casualty Event
- Mass Tort
- Personal Injury
- Product Liability
- Property Damage
- Qui Tam & False Claims Act
- Shareholder & Securities

# Admitted Jurisdictions

Texas • Arkansas • New Mexico • Colorado • Wisconsin • Illinois • Michigan • Louisiana • Ohio • North Dakota • Oklahoma • California • Massachusetts • Nebraska



---

# Attorney Profiles

---

## Jarrett Lee Ellzey
*Partner*



**Jarrett L. Ellzey** is deeply committed to championing the rights of the injured, combating corporate misconduct, and holding wrongdoers accountable. With offices located in Texas and New Mexico, he has stood by plaintiffs in personal injury cases, navigated nationwide consumer class actions, and tackled labor disputes in federal courts across key states like Texas, California, New Mexico, Pennsylvania, New York, Florida, and more.

Jarrett is Board Certified in Civil Trial Law by the Texas Board of Legal Specialization and a member of the esteemed American Board of Trial Advocates. He is admitted to practice in in the state jurisdictions of Texas and New Mexico. Jarrett is also admitted to practice before the United States Supreme Court, The Fifth Circuit Court of Appeals, U.S. District Court for the Southern District of Texas, U.S. District Court for the Northern District of Texas, U.S. District Court for the Eastern District of Texas, U.S. District Court for the Western District of Texas, U.S. District Court for the District of Colorado, U.S. District Court for the District of New Mexico, U.S. District Court for the Eastern District of Wisconsin, U.S. District Court for the Central District of Illinois, and U.S. Bankruptcy Court for the District of New Mexico.

Jarrett boasts a remarkable record of trying a high volume of diverse cases, including securing an eight-figure verdict in only his second jury trial and notching over $23 million in verdicts during a successful five-year period. His work in a high-stakes commercial real estate dispute earned him recognition in the Texas Verdict Hall of Fame and showcased his prowess in navigating complex legal terrain.

Jarrett has extensive class action litigation experience, including in class certification briefing, trial and appeal. *See e.g.* Case No. 3:18-cv-00990, *Mattson v. New Penn Financial, LLC* (D. Or.), on appeal at 2023 WL 2624783 (9th Cir. March 23, 2023) (vacating denial of class certification and remanding); *see also* Case No. 2:18-cv-04752, *Williams v. The Pisa Group, Inc.* (E.D. Pa.) (certifying TCPA class). Mr. Ellzey has been appointed class counsel in a number of class actions under consumer protection statutes. *See, e.g., Williams v. The Pisa Group, Inc.* Case No. 2:18-cv-04752 (E.D. Pa. Jan. 19, 2024); *Buchanan v. SiriusXM, Inc.*, Case No. 3:17-cv-000728-D (N.D. Tex. Jan. 28, 2020); *Justin Mark Boise v. ACE American Ins. Co.;* Case No. 1:15-cv-21264 (S.D. Fla. Oct. 18, 2017) (TCPA)*; Matthew Scott Robinson v. Paramount Equity Mortgage, LLC;* Case



No. 2:14-cv-02359-TLN-CKD (E.D. Cal. July 13, 2017); *Teofilo Vasco, et al. v. Power Home Remodeling Group LLC;* Case No. 2:15-cv-04623 (E.D. Pa. Oct. 12, 2016)*; John Colin Suttles, et al. v. Specialty Graphics, Inc.;* Case No. 1:14-cv-00505 (W.D. Tex. April 25, 2016)*; Ludette Crisler, et al. v. Audi AG, Volkswagen AG, et al.,* Case No. 2:11-cv-01719 (C.D. Cal. Oct. 30, 2013); *Gretchen Patch, et al. v. Millennium Products, Inc.,* Case No. BC448347 (Superior Court of California, Los Angeles County, April 3, 2012).

Jarrett has also worked on data breach class actions as local counsel, including Cause No. 2021-61470; *Arthur Dekenipp, v. Gastroenterology Consultants, P.A.* (Harris County, Texas); Cause No. 5:23-cv-607; *Jose Gonzalez v. Our Lady of the Lake University* (W.D. Tex.); Cause No. 2023-CI11856; *Jose Gonzalez, v. Our Lady of the Lake University* (Bexar County, Texas); Cause No. 2023-CI07981; *Ana Vasquez v Our Lady of the Lake University* (Bexar County, Texas); Case No. 1:23-cv-5; *Thomas Graham, v Bay Bridge Administrators, LLC* (W.D. Tex.); Cause No. 1:23-cv-022-LY; *Kurt Phillips v Bay Bridge Administrators*, LLC (W.D. Tex.); Cause No. 22-DCV-298917; *Cody Janssen and Alline Henderson, v Oakbend Medical Center (* Bexar County, Texas).  Cause No. 2021-84322; *Cliff Lee v. Texas Ear, Nose, & Throat Specialists, PLLC* (Harris County, Texas); Case No. 7:23-cv-00174-DC-RCG; *Brian Morrow, v. West Texas Gas, Inc.* (W.D. Tex.); Cause No. DC-22-04755; *Dawn Taylor v JDC Healthcare Management, LLC* (Dallas, County, Texas).

# Tom Kherkher
*Partner*



**Tom Kherkher** is the Founding Attorney of The Kherkher Law Firm and an Associate Attorney of Kherkher Garcia. He is doing what he loves everyday – fighting against injustice.

Before becoming a lawyer, Tom attended college at the University of California Santa Barbara, where he obtained his degree in a quick two and a half years. He then studied law at South Texas College of Law and graduated cum laude, again graduating in only two and a half years.

After graduating from law school and passing the Texas bar, Tom immediately founded his own law firm in Houston, Texas. He opened his law firm to fight for people and bring them justice. Tom explains, "The legal system is a place where I can make a real difference. Where I can give the little guy a voice. Where I can hold mega-corporations accountable for valuing profits over people." At EKSM, Tom and his staff work tirelessly and passionately to recover damages for individuals who have suffered from the negligence of others. Attorney Tom holds responsible parties accountable.

Hard work and persistence are attributes that helped Tom achieve success in and out of the legal profession. His successes are clear in the wins that he has had for his clients. Tom explains, "We



have an outstanding track record of success here. We are willing to take on the biggest and most complex cases. No matter how difficult the case, we will persist and work all avenues of attack throughout the entire legal process from start to finish. We strive for excellence in every aspect, and we do not hesitate to take cases to trial when needed."

Tom Kherkher is licensed to practice law in U.S. Southern District of Texas and all courts of the State of Texas and Louisiana.

# Josh Sanford
*Partner*



**Josh Sanford** practices almost exclusively in employment litigation, focusing on wage-and-hour law. This includes trial work in cases arising under the Fair Labor Standards Act, Title VII of the Civil Rights Act of 1964 and the Equal Pay Act. Josh was voted "Best Attorney" (tie) in a readers' poll published by The Courier in Russellville, AR. Josh has served as the president of the Pope County Bar Association. In addition, Josh has been a member of the American, Arkansas and Pope County Bar Associations, the Arkansas Trial Lawyers Association, the National Employment Lawyers Association, the Russellville Kiwanis Club, and the Russellville Chamber of Commerce.

Josh has served as class counsel in several cases which the presiding Courts granted motions to proceed as a Rule 23 class: *Bonton v. Centerfold Entertainment Club, Inc.,* No. 6:14-CV-6074-RTD (W.D. Ark.); *Oliva v. C.L.A. Incorporated,* 4:12-CV-243 (E.D. Ark.); and *Sherri Dandison, et al. v. Hanks Furniture, Inc.,* 4:15-62-DPM.

Josh has experience litigating FLSA matters in the following cases: *Samuel Rorie v. Woodstone Craft Pizza*, Case No. 5:20-cv-05106-TLB (W.D. Ark); *Wesley Kelley v. Invacor Solutions*, Case No. 4:20-cv-02013 (S.D. Tex); *Lashanna Girtmon v. Vera Lloyd Presbyterian Family Services*, Case No.4:20-cv-00762-DPM (E.D. Ark); *Carol Lehmkuhl v. Travel Nurse Across America,* Case No. 4:20-cv-00518-DPM (E.D. Ark); *Vicki Causey v. Bank OZK*, Case No. 4:20-cv-00687-DPM (E.D. Ark*); Cecilia Baker v. Summit Community Care*, Case No. 4:20-cv-00508-KGB (E.D. Ark); *Edward Ward v. Liberty Oilfield Services*, Case No. 5:20-cv-00531-OLG (W.D. Tex); *Daniel Soto v. Marquez Construction and Maintenance*, Case No. 7:20-cv-00101-DC-RCG (W.D. Tex); *William Fingerhut v. Pradco Outdoor Brands*, Case No. 2:20-cv-02062-PKH (W.D. Ark); *Kneuss (Laurie) v. Aces LLC*, Case No. 2:20-cv-00773-MHH (N.D. Ala); *Harris (Nelson) v. Ratner Steel*, Case No. 3:20-cv-00112-KGB (E.D. Ark); *Thomas Clark v. Southwest Energy*, Case No. 4:20-cv-00475-KGB (E.D. Ark); *Calvin Collins v. Pel-State Services*, Case No. 7:20-cv-00083-DC-RCG (W.D. Tex); *Amy Williams v. Coryell County Memorial Health Authority*, Case No. 6:20-cv-00223-ADA (W.D. Tex); *Andres Leal v. Cobb, Fendley & Associates, Inc.*, Case No. 5:20-cv-00372-OLG (W.D. Tex*); Kametric Burley v. Central Arkansas Area Agency on Aging*, Case No.



4:20-cv-00226-DPM (E.D. Ark); *Holmes (Roy) v. Stetson Courier*, Case No. 4:20-cv-00191-DPM (E.D. Ark); *Brigid Lewis v. Shine Solar LLC*, Case No. 5:20-cv-05038-ELW (W.D. Ark); *Chad McCann v. CCI Contractors*, Case No. 4:20-cv-00184z (E.D. Ark); *Kevin Simmons v. Arkansas Blue Cross and Blue Shield*, Case No. 4:20-cv-00137-KGB (E.D. Ark); *Queen Watson v. Patient Matters LLC*, Case No. 3:20-cv-00050-JM (E.D. Ark); *Nikki Vanhorn v. Community Builders Inc*, Case No. 4:20-cv-00118-DPM (E.D. Ark); *Rebekah Fleming v. Tanner's Neighborhood Bar and Grille*, Case No. 6:20-cv-06010-RTD (W.D. Ark); *Tyler Wolfe v. Affordable Rooter Service*, Case No. 4:20-cv-00156-LPR (E.D. Ark); *Johnathan Yasevich v. The Heritage Company*, Case No. 3:20-cv-00019-KGB (E.D. Ark); *Toquata Tappin v. Servicemaster Twin Cities,* Case No. 4:19-cv-00912-JM (E.D. Ark); *Crystal Daniels v. Quapaw Bath and Spa*, Case No. 6:19-cv-06149-RTD (W.D. Ark); *William Hallman v. Peco Foods*, Case No. 3:19-cv-00368-DPM (E.D. Ark); *Stephanie Withrow v. Vantage Point Behavioral Health*, Case No. 5:19-cv-05220-TLB (W.D. Ark); *Demarius Roberts v. Rreaf Residential*, Case No. 4:19-cv-00812-KGB (E.D. Ark); *Kimberly Dunlap v. Flash Market*, Case No. 4:20-cv-00005-BSM (E.D. Ark); *Leroy Botello v. Mission Cycle Sports*, Case No. 5:19-cv-01348-OLG (W.D. Tex); *Jamie Thomas v. Viskase*, Case No. 3:19-cv-00330-DPM (E.D. Ark); *Bianica Godwin v. KMAC*, Case No. 1:19-cv-01055-SOH (W.D.Ark); *Holly Treadway & Christian Manna v. Cash Savers*, Case No. 3:19-cv-00321-DPM (E.D. Ark); *Will Heslip v. Nixon Engineering*, Case No. 5:19-cv-01327-XR (W.D. Tex); *Stephanie Dollar v. Kirin Garden*, Case No. 4:19-cv-00730-LPR (E.D. Ark); *Brandon Dean v. Bradford Estates, LLC*, Case No. 4:19-cv-00748-BSM (E.D. Ark); *Trace Pate v. Jones Land Leveling*, Case No. 3:19-cv-00280-DPM (E.D. Ark); *Michael Mitchell v. Brown's Moving and Storage*, Case No. 4:19-cv-00783-LPR (E.D. Ark); *Anthony Woods v. Cenikor Foundation*, Case No. 22-20434 (S.D. Tex); *Cheryl Bolden v. Sharon Callahan-Hair Tech Studios*, Case No. 4:19-cv-00802-KGB (E.D. Ark); *Sonobia Parker v. Tenaris Hickman*, Case No. 3:20-cv-00005-DPM (E.D. Ark); *Daniel Ybarra v. Mulder Fire Protection, Inc.*, Case No. 5:19-cv-01302-JKP-RBF (W.D. Tex); *Edward Dennis v. Diamond Pet Foods*, Case No. 5:19-cv-00296-LPR, (E.D. Ark); *Marcus Munoz v. Ironclad Energy, LLC*, Case No. 5:19-cv-01251-DAE (W.D. Tex); *David Salmon v. XTO Energy*, Case No. 4:19-cv-00768-BSM (E.D. Ark); *Felisha Peel v. Independent Choices*, Case No. 4:19-cv-00795-BSM (E.D. Ark); *Teresa Wisneski v. Belmont Management*, Case No. 2:19-cv-02523-JAR-ADM (D. Kan); *Justin Craven v. Neeley's Towing and Recovery*, Case No. 4:19-cv-04115-SOH (W.D. Ark); *Kimillia Carswell v. Travel Inn of Hazen*, Case No. 4:19-cv-00612-LPR (E.D. Ark); *James Ewing v. Pizza Czar, Inc.,* Case No. 3:19-cv-00232-LPR (E.D. Ark); *Bonnie Norman v. Independent Case Management*, Case No. 4:20-cv-00492-DPM (E.D. Ark*); Charles Meyers v. Hughes Group*, Case No. 4:19-cv-00806-KGB (E.D. Ark); *Randal Huff v. Preferred Family Healthcare, Incorporated*, Case No. 3:19-cv-00193-BSM (E.D. Ark); *Nathan Andrews v. Producers Service Corp*, Case No. 2:19-cv-02514-EAS-KAJ (S.D. Ohi); *John Newsome v. QES Pressure Control, LLC,* Case No. 7:19-cv-00150-DC-RCG (W.D. Tex); *Albert Rodriguez v. Superior Real Estate Solutions, LLC*, Case No. 4:19-cv-00405-DPM (E.D. Ark); *Brent Wall v. Signal Hill Virtual Inspection Solutions*, Case No. 4:19-cv-00465-BSM (E.D. Ark); *Joshua Doss v. Custom Auto Service*, Case No. 4:19-cv-00296-KGB (E.D. Ark); *Jennifer Boone v. Marc Campbell Enterprises, Inc*, Case No. 4:19-cv-00271-LPR (E.D. Ark); *Robert Smart v. City of Hughes*, Case No. 2:19-cv-00047-KGB (E.D. Ark); *Tammy Carden v. The Logan Center*, Case No. 3:19-cv-00167-DPM (E.D. Ark); *David Brown v. Trinity Multifamily*, Case No. 4:19-cv-00617-LPR (E.D. Ark); *Jonathan Esparsen v. Ridley's Family Market*, Case No. 1:18-cv-01556-



RM-GPG (D. Col); *Louis Sheffield v. Stewart Builders*, Case No. 4:19-cv-01030 (S.D. Tex); *Terry Cothern vs. Reynolds Manufacturing*, Case No. 1:19-cv-03064 (N.D. Ill); *Sean Harrison vs. Dynasty Taxi Service*, Case No. 5:19-cv-05025-TLB (W.D. Ark); *Jonathan Jones v. Jhook Investments, Inc.*, Case No. 4:19-cv-00105-BSM (E.D. Ark); *Evanjelina Rodriguez vs. George's Poultry*, Case No. 5:19-cv-05035-ELW (W.D. Ark); *Donald Adkinson v. Tiger Eye Pizza, LLC and Ken Schroepfer*, Case No. 4:19-cv-04007-SOH (W.D. Ark); *Vincent Ross vs. Magnolia Flooring Mill*, Case No. 1:18-cv-01075-SOH (W.D. Ark); *Kasey Fox vs. TTEC*, Case No. 4:19-cv-00037-KGB (E.D. Ark); *Tiara Turner vs. Concentrix Corporation*, Case No. 1:18-cv-01072-SOH (W.D. Ark); *Norris Allen (NC) v. Express Courier*, Case No. 4:20-cv-00198 (S.D. Tex); *George Brandon, (SC) v. Express Courier*, Case No. 4:20-cv-00455 (S.D. Tex); *Carol Arroyo (TX) v. Express Courier*, Case No. 4:18-cv-00010 (S.D. Tex); *Paige Acklin (TN) v. Express Courier, Case* No. 4:20-cv-00162 (S.D. Tex); *Kevin Marshall (FL) v. Express Courier*, Case No. 4:20-cv-00796 (S.D. Tex); *Amanda Ryte (GA) v. Express Courier*, Case No. 4:20-cv-00238 (S.D Tex*); David Bell (KY) v. Express Courier*, Case No. 4:20-cv-00184 (S.D. Tex); *Hansel Carter v. Express Courier (LA)*, Case No. 4:19-cv-01124 (S.D. Tex); *Frank Barber (MO) v. Express Courier*, Case No. 4:20-cv-00271 (S.D. Tex); *Anthony Campbell (MS) v. Express Courier*, Case No. 4:20-cv-00713 (S.D. Tex); *Willie Nicks (OK) v. Express Courier*, Case No. 4:20-cv-00250 (S.D. Tex); *Jessie Bascomb (AL) v. Express Courier*, Case No. 4:20-cv-00420 (S.D. Tex); *Martin Barnette (AR) v. Express Courier*, Case No. 4:20-cv-00210 (S.D. Tex); *Juan Segovia v. Fuelco Energy, LLC*, Case No. 5:17-cv-01246-JKP (W.D. Tex); *Jesus Casarez v. Producers Service Corp*, Case No. 23-3247 (S.D. Ohi); *Vanessa York v. Velox Express*, Case No. 3:19-cv-00092-RGJ-CHL (W.D. Ken); *Craig Coates v. Dassault Falcon Jet*, Case No. 4:17-cv-00372-BSM (E.D. Ark); *Christopher Huey v. Trinity Multifamily*, Case No. 4:20-cv-00685-LPR (E.D. Ark); *Amy Robbins vs. Arkansas Aggregate*, Case No. 4:19-cv-00093-JJV (E.D. Ark); *Ian Dolphin vs. Two Men and a Truck*, Case No. 4:18-cv-00810-PSH (E.D. Ark); *Cynthia Galigher v. NEO Cabinets Inc*, Case No. 2:20-cv-02140-PKH (W.D. Ark); *Dana Dahl v. Bay Power*, Case No. 4:20-cv-07062-HSG (N.D. Tex); *Ethan Autrey v. Harrigan Lumber Co., Inc.*, Case No. 1:20-cv-00572-WS-MU (S.D. Ala); *Nukol Bailey v. Care Above All Care*, Case No. 4:20-cv-01058-KGB (E.D. Ark); *Sheila McCoy v. Elkhart Products Corporation*, Case No. 5:20-cv-05176-PKH (W.D. Ark); *John King v. Rockline Industries*, Case No. 2:20-cv-02188-PKH (W.D. Ark); *Teresa Tenorio v. Coast to Coast Carports*, Case No. 2:20-cv-02193-PKH (W.D. Ark); *Rene Castillo v. ISEC, Inc.*, Case No. 5:20-cv-01269-FB (W.D. Tex); *Dietrick Greenlaw v. B&M Management*, Case No. 4:20-cv-01286-DPM (E.D. Ark); *Anthony Hogan v. Hot Springs Nursing and Rehabilitation*, Case No. 6:20-cv-06130-RTD (W.D. Ark); *Brandon Ware v. Shake Shack*, Case No. 1:20-cv-07071 (N.D. Ill) *Mattie Powell v. French Quarter*, Case No. 6:20-cv-06145-SOH (W.D. Ark); Dusty Morton v. Acorn Forestry, Case No. 9:20-cv-00245-MJT (E.D. Tex); *Patrick Latronico v. VK Knowlton Construction*, Case No. 5:20-cv-01474-XR (W.D. Tex); *Charlotte Mahoney v. CHI Health*, Case No. 8:21-cv-00023-JFB-MDN (D. Nev); *William Quinn v. Spirit Manufacturing Inc*, Case No. 3:21-cv-00031-BSM (E.D. Ark); *Samantha Butler v. Superior Towing, Inc.*, Case No. 1:21-cv-00659 (N.D. Ill); *Michael Troxel v. Gunite Pros LLC*, Case No. 1:21-cv-00057-WS-N (S.D. Ala); Jana Szarka v. Culver's, Case No. 1:21-cv-0084 (N.D. Ill); *Christopher Looney v. Weco, Inc.*, Case No. 4:21-cv-00165-KGB (E.D. Ark); *Charles Wilks v. Faulkner County Sheriff's Department*, Case No. 4:21-cv-00163-KG (E.D. Ark); Carlos Tremols v. Juan Barcenas Insurance and Financial, Case No. 5:21-cv-05057-PKH (W.D. Ark); *Shawn Smith v. Premier Utilities and*



*Drilling*, Case No. 4:21-cv-00232-DP (E.D. Ark); *Misty Farmer v. Boone County Independent Living, Inc*., Case No. 3:21-cv-03027-TLB (W.D. Ark); *Christopher Church v. Cerro Wire LLC.*, Case No. 5:21-cv-00988-HNJ (N.D. Ala); *Patricia Stewart v. Ashley Furniture and/or Red Mountain Retail Inc.*, Case No. 2:21-cv-00989-AKK (N.D. Ala); *Caralyn Friedly v. Union Bank & Trust Co*., Case No. 4:21-cv-03105-JMG-CRZ (D. Neb); *Sharonna Parker v. Coast to Coast Carports*, Case No. 2:21-cv-02110-PKH (W.D. Ark); *Daniel Loebsack v. Dufresne Spencer Group, LLC*., Case No. 4:21-cv-01884 (S.D. Tex); *Danny Calloway v. Boyne Resorts*, Case No. 1:21-cv-00521-JMB-SJB (W.D. Mic); *Stacy Wihebrink v. Life Strategies Counseling*, Case No. 4:21-cv-00573-DPM (E.D. Ark); *Donna Allshouse v. The Joshua Agency*, Case No. 1:21-cv-01032-SOH (W.D. Ark); *Alisa Park v. B & M Management*, Case No. 2:21-cv-00509-MHT-KFP (M.D. Ala); David Hortsman v. Ozinga Bros, Inc., Case No. 1:21-cv-04264 (N.D. Ill); *Edith Stanfield v. Lasalle Corrections*, Case No. 2:21-cv-01535-DJH (D. Ari); *Evan Tellor v. KMac Enterprises*, Case No. 1:21-cv-00110-ACL (E.D. Mis); *Michelle Hanus v. Harting, Inc*., Case No. 1:21-cv-05289 (N.D. Ill); *Harvie Johnson v. Driven Brands Shared Services*, Case No. 2:21-cv-02144-PKH (W.D. Ark); *Hope Ivey v. Royal BP Corp*, Case No. 5:21-cv-00367-TES (M.D. Geo); *Michael Hames v. Stetson Courier*, Case No. 3:21-cv-00218-KGB (E.D. Ark); John Norvell v. Dedman's Sanitation, Case No. 3:21-cv-00233-KGB (E.D. Ark); *Jack Daniel v. Pacific NW, LLC*, Case No. 2:21-cv-02187-MTL (D. Ari); *Landon Taunton v. Korens USA,* Case No. 3:21-cv-00844-ECM-SMD (M.D. Ala); *Cayla Jackson v. Prairie County Sheriff's Office*, Case No. 4:22-cv-00093-JM (E.D. Ark); *Kayla Pike v. GRKSTL Transportation Inc.*, Case No. 4:22-cv-04018-SOH (W.D. Ark); *Tierra Land v. Centerfold*, Case No. 6:21-cv-06153-SOH (W.D. Ark); *Kim Massey v. Jenkins Industries*, Case No. 4:22-cv-00148-KGB (E.D. Ark); Chris Mills v. Rocky Mountain Concrete Specialists, Case No. 1:22-cv-00396 (D. Col); Oscar Moreno Briz v. Protrans International, Inc., Case No. 7:22-cv-00144 (S.D. Tex); *Andrea Guynes v. Lakeside Community Committee*, Case No. 1:22-cv-00784 (N.D. Ill); *Alexa Andrade Acuna v. Visionquest*, Case No. 4:22-cv-00166-EJM (D. Ari); Hamonn Pratt v. SC Realty Services, Case No. 4:22-cv-00286-KGB (E.D. Ark); *Taylor Philo v. Degler Enterprise*, Case No. 5:22-cv-00240-BO-RJ (E.D. N.C.); *John Knight v. Sierra Tucson LLC*, Case No. 2:22-cv-00737-CDB (D. Ari); *Mark Carman v. Portsmouth Redevelopment and Housing Authority*, Case No. 2:22-cv-00313-AWA-RJK (E.D. Vir); *Theresa Smith v. Felder Services LLC*, Case No. 1:22-cv-00120-JB-B (S.D. Ala); *Rockell Bogan v. Ashley Health and Rehab*, Case No. 5:22-cv-05096-TLB (W.D. Ark); *Tynika Munn v. Sweetie Boy Transportation, LLC*, Case No. 3:22-cv-00512-REP (E.D. Vir); *Josephine Havey v. The Countertop Factory Southwest*, Case No. 4:22-cv-00242-SHR (D. Ari); *Taiwan Wallace v. Evergreen Packaging*, Case No. 4:22-cv-00337-KGB (E.D. Ark); *Allan Carson v. Peco Foods*, Case No. 3:22-cv-00113-KGB (E.D. Ark); *Ileana Medina v. Wild Thing LLC*, Case No. 1:22-cv-03546 (N.D. Ill); *Tony Manzo v. Engrained Cabinetry and Countertops*, Case No. 3:22-cv-08081-JJT (D. Ari); *Ine Nweke v. Aster Health Group Inc.,* Case No. 1:22-cv-02410 (N.D. Ill); *Dustin Hyde v. 316 Towing & Road Service Inc.*, Case No. 2:22-cv-00103-RWS (N.D. Geo); *Matthew Williams v. Nomad, LLC*, Case No. 1:22-cv-03544 (N.D. Ill); *Sarah Donica v. True Star Capital LLC*, Case No. 7:22-cv-00173-DC-RCG (W.D. Tex); *Seth Terry v. B&H Enterprises*, Case No. 6:22-cv-1668-AA (D. Ore); *William Fuelberth v. Godfather's Pizza*, Case No. 8:22-cv-00195-SMB(D. Neb); *John Monroe v. Clowers Enterprises Inc*., Case No. 6:22-cv-06094-SOH (W.D. Ark);



*Edwin Tarley Jr v. Environmental Specialist International Inc.*, Case No. 4:22-cv-00116-M-RJ (E.D.N.C.); *Nicholas Washington v. Pipelife Jetstream*, Case No. 5:22-cv-05165-TLB (W.D. Ark); *Joseph Weinman v. Spectrum Paint Company, Inc.*, Case No. 4:22-cv-00857-DPM (E.D. Ark); *DeShanta Brewster v. Mission Point Healthcare Services*, Case No. 2:22-cv-12220-MFL-KGA (E.D. Mic); Marquez Miller v. Razors Edge Pizza, Incorporated, Case No. 4:22-cv-00722-DPM (E.D. Ark); *Elander Woodall v. Evergreen Packaging*, Case No. 1:23-cv-00459 (N.D. Ill); *Iman Anderson v. Imani Lounge, LLC*, Case No. 1:22-cv-00652-KFP (M.D. Ala).

# Leigh S. Montgomery
*Partner*



**Leigh S. Montgomery** has over sixteen years of plaintiff's litigation and trial experience, including substantial experience in the class action and appellate contexts. She is a founding member of EKSM, LLP and co-leads the litigation section of the firm. She is a founding member of EKSM and co-lead of the litigation team, along with Mr. Ellzey.

Leigh has extensive class action litigation experience, including in class certification briefing, trial and appeal. *See e.g.* Case No. 3:18-cv-00990, *Mattson v. New Penn Financial, LLC* (D. Or.), on appeal at 2023 WL 2624783 (9th Cir. March 23, 2023) (vacating denial of class certification and remanding); *see also* Case No. 2:18-cv-04752, *Williams v. The Pisa Group, Inc.* (E.D. Pa.) (certifying TCPA class).

Recently, as counsel for the State of Texas in a case brought under the Texas Medicaid Fraud Prevention Act, Ms. Montgomery participated and assisted in recovering $40 million for the State of Texas after eleven years of litigation. Ms. Montgomery was a key litigator in the matter, handling major discovery hearings and dispositive motion briefing crucial to concluding the settlement.

Ms. Montgomery has experience litigating data breach matters in the following cases: *Elwon Mathavongsy v. TRC Staffing Services, Inc. dba TRC Talent Solutions*, Case No. 1:24-cv-02483 (N.D. Ga.); *Tyler Blankenship v. Leonard's Express, Inc.*, Case No. 1:24-cv-00618 (W.D. N.Y); *Clayton v. PruittHealth, Inc.*, Case No. 1:24-cv-02960 (N.D. Ga.); *Melissa MicSak v. Call 4 Health, Inc.*, Case No. 9:24-cv-80870 (S.D. Fla.); *Sean Barbery v. M&M Transport*, Case No. 1:24-cv-12042 (D. Mass.); *Antonio Valle, et al. v. First Commonwealth Federal Credit Union*, Case No. 2024-C-2893 (Lehigh County, PA); *James Bertsch, et al. v. Pocahontas Medical Clinic, PA*, Case No. 61CV-24-103 (Randolph County, AR); *Lataniya Frazier v. Baptist Health Medical Center*, Case No. 60CV-24-8301 (Pulaski County, AR); *Robert Dapello v. Riverside Resort & Casino*, Case No. 2:24-cv-01732 (D. Nev.); *Haskins v. Stillwater Mining Company*, Case No. DV-48-2024-0000061 (Stillwater County, MT); *Harris v. ERLC, LLC dba Elitecare Emergency Hospital*, Case No. 24-cv-1622 (Galveston County, TX); *William Moore v. Johnson & Wales*



*University*, Case No. 1:24-cv-00409 (D. R.I.); *William Adams et al. v. Family Health Center*, Consolidated Case No. 2024-0404-NO (Kalamazoo County, Michigan); *Chris Anderson as next friend of Joyner Anderson Baker* v. Brockton Area Multi Services, Inc., Case No. 1:24-cv-11607 (D. Mass.); *Jacob Baggett v. State University of New York At Niagara et al.*, Case No. 1:24-cv-00645 (W.D. New York); *Michael Bodem v. Justice Resource Institute, Inc.*, Consolidated Case No. 1:24-cv-11856 (D. Mass.); *Guchait et al. v. Momin & Momin, PLLC*, Case No. 24-DCV-322363 (Ft. Bend County, TX); *Fares et al. v. C.K.S. Packaging, Inc.*, Case No. 1:24-cv-04586 (N.D. GA); *Michael Harrison et al. v. PECO Foods, Inc.*, Consolidated Case No. 7:24-cv-01034 (N.D. AL); *Chris Kidder v. American Addiction Centers*, Inc., Case No. 3-25-cv-00032 (Middle D TN); *Eduardo Guillen v. Akumin Operating Corp., f/k/a Akumin Corp.*, Case No. 0:25-cv-60088 (S.D. Fla.); *Danella Claytor v. TECTA America Corp*., Case No. 1:25-cv-00525 (N.D. IL); *Alberta Ruiz v. Stiizy, Inc.*, Case No. 25STCV01549 (Superior Court CA).

Ms. Montgomery has been appointed a leadership role in the following data security cases: *Atlantic Orthopaedic Specialists*, Case No. 2:24-cv-00696, (E.D. VA); *LaTisha Smalls et al, v Bon Securs Mercy Health, Inc.*, Case No.1:24-cv-594, (S.D. OH)*; Ted Christensen et al., v American Association of Colleges of Osteopathic Medicine d/b/a AACOM*, Case No. 8:25-cv-01239, (District of MD); *William Matiesak et al. v Mystic Valley Elder Services, Inc.* Case No. 2481CV02873, (Commonwealth of Massachusetts)*; In Re Lighthouse Electric Company Data Breach Litigation*, Case No. 2:25-cv-00362, (W.D. PA)*; Matthew Egner et al., v Goodwill Industries of Southwest Oklahoma and North Texas, Inc.*, Case No. CJ-2025-189; (District Court of Comanche County, State of Oklahoma)*; In re Heritage South Credit Union Data Breach Litigation*, Case No. 61-CV-2025-900175.00, (Circuit Court for Talladega County, AL)*; Trevor Burge, et al v. Mason Construction, LLC*, Cause No. 24-DC-CV-2053 (District Court of Jefferson County, State of Texas).

Outside of the data breach context, Ms. Montgomery has an active nationwide wage and hour and class action practice. She has served as counsel in class actions matters from the filing of the complaint to final approval of the settlement, including briefing and arguing class certification. *See, e.g., Heath et al. v. TFS Dining, LLC, et al;* Case No. 1:20-cv-899 (W.D. Tex.) (obtaining summary judgment on employee status and a final judgment on all damages after a jury trial); *Manasco et al. v Best in Town. d/b/a The Furnace et al;* Case No.: 2-21-cv-00381 (N.D. AL) (Partial summary judgment on major liability issues); *Johnson et al. v. Houston, LP, LLC, et al*.; Case No.: 4:20-cv-00663 (S.D. TX)(Summary Judgment on issue of employee misclassification and affirmative defenses, and fees awarded); *Garcia et al. v Toezpecunia, Inc;* Case No. 6:22-cv-00639, (D. Or.)(Summary judgment on all major liability issues, including willfulness determination).



# Benjamin Eisner
*Associate Attorney*



**Benjamin Eisner** practices Class Action litigation, primarily regarding Data Breaches, especially violations of HIPAA, HITECH, and failure to comply with FTC Guidelines. Prior to joining EKSM Benjamin worked as an Assistant Briefing Attorney for Criminal Defense Appeals, where he gained a deep understanding of analyzing statutes for violations that have major repercussions for individuals. As one of EKSM's drafting attorneys Benjamin will apply his ability to analyze statutory violations by business entities in being able to bring justice and compensation to our clients.

After graduating from the University of Alabama in 2015 Benjamin made his way back to Houston and graduated from South Texas College of Law – Houston in 2024. Joining EKSM in 2025 after finishing a Legal Fellowship for The Randall O. Sorrels Legal Clinics. During his time at South Texas, he became a Certified Mediator in Texas, and excelled in IRS negotiations and settlements as part of the Low-Income Tax Clinic.

Through his various experiences and background Benjamin brings a well-rounded and robust knowledge of various aspects of the law to EKSM.

# Vanessa Kinney
*Associate Attorney*



**Vanessa Kinney** has focused her practice primarily in employment law. Mrs. Kinney's wage and hour experience dates back to 2010, and she has experience in wage and hour cases from the inception of cases to trial, and all the way through the appeals process.

During her undergraduate years at the University of Arkansas, Mrs. Kinney excelled in her studies and was Brandon Burlsworth Memorial Scholarship recipient and magna *cum laude* graduate of the University of Arkansas' J. William Fulbright College of Arts and Sciences. While attending law school, Mrs. Kinney was the recipient of two further scholarships: the Shackleford Scholarship and the Harper and Mary Boyer Harb Scholarship.

Mrs. Kinney went on to graduate 8th in her class in 2007 from the University of Arkansas at Little Rock William H. Bowen School of Law. There, Mrs. Kinney was a member of



the *University of Arkansas at Little Rock Law Review*, and in the winter of 2006, the review published her article, "The Path Leads to Nowhere: The Supreme Court Re-examines the Trek Through the Political Thicket: Vieth v. Jubelirer, *541 U.S. 267 (2004)*, 28 UALR Law Rev. 251."

# Rebecca Matlock
*Associate Attorney*



**Rebecca Matlock** practices employment law litigation, primarily regarding the application of the Fair Labor Standards Act but also in the application of various state wage statutes including the Arkansas Minimum Wage Act and the Illinois Minimum Wage Law. Rebecca has experience in all types of labor law cases, including misclassification, minimum wage and overtime violations, tip credit violations, and "off-the-clock" violations. As one of EKSM 's drafting attorneys, Rebecca has developed knowledge in many of the technical applications and integrations of the FLSA and various labor laws.

Rebecca graduated from the UALR William H. Bowen School of Law in 2015 and joined the Sanford Law Firm the same year. At Bowen, she served as Executive Editor of the *UALR Law Review,* which published her article, "CONSTITUTIONAL LAW—Fifth Amendment and Takings—Courts and the Judicial Process Will Impede Orderly City Development by Limiting Local Governments' Use of Exactions in Development Planning. *Koontz v. St. Johns River Water Management District*, 133 S. Ct. 2586 (2013)," in Spring 2015.

As an undergraduate at Baylor University, Rebecca majored in News Editorial Journalism with minors in English and Religion. She wrote for the University newspaper, The Lariat, and worked as a teaching assistant in the English Department.

# Sean Short
*Associate Attorney*



**Sean Short** is a Little Rock native who practices primarily in employment law. He studied finance and accounting at Boston University. Before attending law school, Mr. Short has worked in New York City for a financial services firm. As a law student, he completed a clerkship in Washington, D.C. with the Department of Justice's Federal Tort Claims Act Section. Prior to joining EKSM, Sean worked in Bangkok, Thailand for a leading international law firm and a multi-national software development company.

## Anna Stiritz
*Associate Attorney*



**Anna Stiritz** is a talented veteran of evaluating employment law claims. Mrs. Stiritz has worked exclusively with our intakes department evaluating plaintiffs' data breach violations and employment claims. Prior to becoming a lawyer, Mrs. Stiritz graduated cum laude from Wheaton College with a B.A. in English. Later, Mrs. Stiritz went on to graduate from University of Arkansas at Little Rock Bowen School of Law.

## John Kristensen
*Of Counsel*



**John Kristensen** is Of Counsel at EKSM. He is an attorney licensed to practice before all Courts in the States of California and Massachusetts, and the founding partner at Kristensen Law Group.

Mr. Kristensen has offices in California and Massachusetts. He is an attorney licensed to practice in the States of California and Massachusetts. Mr. Kristensen is admitted to practice before the United States District Court for the Northern, Eastern, Southern, Central Districts of California, the United States District Court for the District of Colorado, the United States District Courts for the Eastern and Western District of Wisconsin, the District of Massachusetts, and the United States District Court for the District of Columbia, as well as the Seventh and Ninth Circuit Courts of Appeal.



Mr. Kristensen has tried multiple employment litigation cases, including against exotic dance clubs, and wrongful death trials wherein I have obtained numerous million-dollar settlements. He, along with EKSM attorneys, have also handled many matters in arbitration through final hearing.

Mr. Kristensen has litigated cases against NBC, Enterprise Rent-A-Car, Spearmint Rhino, Ford Motor Company, Toyota Motor Company, General Motors, Taco Bell, Sony and numerous other large corporations. His practice has included in multiple appellate cases where he has argued successfully before the California Courts of Appeal.

In 2017, Mr. Kristensen obtained what was then a record Title IX settlement against UC Regents. Mr. Kristensen was appointed Class Counsel in the matter of *Mankin v. Mountain West Research Center,* L.C., Case Number 2:13-cv-06447-DSF-AGR in the Central District of California. The class settlement in that matter was approved by Hon. Dale S. Fischer.

On August 7, 2019, Mr. Kristensen was appointed Class Counsel in the matter of *George v. Shamrock Saloon II, LLC*, Case Number 17-cv-6663 (RA) (HBP) in the Southern District of New York by Magistrate Judge Pitman. Class certification was contested and an objection on the class certification, not his qualifications, was made to Hon. Ronnie Abrams, who adopted Magistrate Judge Pitman's report and recommendations in its entirety.

On October 23, 2019, in a contested motion for class certification in the Central District of California, Hon. George H. Wu appointed Mr. Kristensen as Class Counsel in the matter of *Lisa Friedman v. Jillian Michaels, et al.*, Case No. 19- CV-9414-GW(SSx) in the Central District of California.

Mr. Kristensen was appointed Class Counsel in the matter *Guzman v. Polaris Industries., et al.*, Case No. 8:19-cv-01543-FLA-KES in the Central District of California. He is the lead trial counsel in that case, which is set for trial on May 5, 2025. The case is based on Polaris' failing to test the roll cages on their off-road vehicles in compliance with the stated OSHA standard. The *Guzman* case was certified after a successfully overturning summary judgment in the Ninth Circuit,and obtaining a decision that any dismissal of UCL claims under *Sonner* are without prejudice, permitting Plaintiffs to re-file in State Court.

In the past four years alone, Mr. Kristensen obtained plaintiffs' verdict in the past four years of $8.9 million, $5.5 million in a business dispute where the only cause of action was intentional interference with contractual relations, and two employments cases tried in the Western District of Texas and Los Angeles Superior Court. Twice the jury found malice and the cases went to punitive damages.

Exhibit B



One Indiana Square, Suite 1400  |  Indianapolis, IN 46204

317.636.6481  |  cohenmalad.com

**Complex Litigation Resume**



## CONTENTS

Introduction............................................................................................3

Significant Class Actions........................................................................3

Significant Mass Tort Litigation............................................................3

Significant Mass Medical Malpractice Actions......................................4

Attorney Biographies.........................................................................4

Antitrust Cases...............................................................................9

Consumer Protection Cases ..................................................10

Bank Fee Cases............................................................13

Human Rights Cases.........................................................14

Health Care/Insurance Cases................................................15

Securities Fraud Cases..........................................................15

Mass Medical Malpractice Cases...........................................16

Mass Tort Pharmaceutical Drug & Medical Device Cases...........................17



## Introduction

CohenMalad, LLP is a litigation firm founded in 1968 by a former Indiana Attorney General, a former United States Attorney and three other distinguished lawyers. With 30+ experienced attorneys, we litigate cases across multiple practice areas including: class action, mass torts and individual personal injuries, business litigation, family law, as well as commercial litigation and appeals.

CohenMalad, LLP enjoys a reputation as one of Indiana's leading class action law firms. Over the last 55 years, the firm has served as class counsel in numerous local, statewide, multi-state, nationwide, and even international class actions. We have also served in leadership positions in numerous multidistrict litigation matters. Our personal injury and medical malpractice trial lawyers have handled high-profile cases against medical providers who subjected hundreds of their patients to unnecessary procedures, sometimes leading to deaths.

## Significant Class Actions
*Lead Counsel, Co-lead Counsel, or Executive Committee*

❖ *In re Holocaust Victim Assets Litigation;* Settlement of $1.25 billion for claims relating to conversion of bank accounts and property of victims of the Holocaust during the Nazi era.

❖ *Raab v. R. Scott Waddell, in his official capacity as Commissioner of The Indiana Bureau of Motor Vehicles et al.,* Settlements (including settlement after trial and judgment) of approximately $100 million in overcharges for motor vehicle and license fees.

❖ *In re Ready-Mixed Concrete Antitrust Litigation;* Settlements of over $60 million for price fixing claims.

❖ *In re Iowa Ready-Mix Concrete Antitrust Litigation;* Settlement of over $18 million for price fixing claims.

❖ *Moss v. Mary Beth Bonaventura, in her official capacity as Director of the Department of Child Services et al.* Settlement for underpayment of per diem subsidies owed to families who adopted special needs children out of foster care.

❖ *Bank Fee Litigation.* Litigation of hundreds of lawsuits against financial institutions for improper fee assessment and achieving dozens of settlements.

## Significant Mass Tort Litigation
*Leadership positions in federal multidistrict litigations and state court consolidations*

❖ *Gilead Tenofovir Cases,* JCCP No. 5043, Superior Court for the County of San Francisco, California. CohenMalad, LLP is currently representing patients against Gilead Sciences who were prescribed its TDF-based drugs to treat HIV, for pre-exposure prophylaxis (PrEP) to mitigate HIV risk, or to treat Hepatitis, and suffered serious kidney and bone injuries.



❖ *In Re: Zofran (Ondansetron) Products Liability Litigation. Litigation on behalf of women who took Zofran while pregnant and gave birth to a baby who suffered from a serious birth defect. Litigation is currently pending.*

❖ *In re: Fresenius Granuflo/Naturalyte Dialysate Products. Litigation on behalf of dialysis patients alleging Fresenius' dialysis products caused cardiac injuries and death. $250 million global settlement.*

❖ *Pain Pump Device Litigation. CohenMalad, LLP served in a National Coordinated Counsel role in litigation against pain pump manufacturers who marketed pain pumps to orthopedic surgeons for continuous intra-articular uses, despite the fact that intra-articular placement of the pain pump catheters was not approved by the FDA. The use of pain pumps in the joint space resulted in deterioration of cartilage, severe pain, loss of mobility or decreased range of motion and use of shoulder.*

❖ *In Re: Prempro Products Liability Litigation. Litigation on behalf of women who took the hormone replacement therapy drug Prempro manufactured by Wyeth and suffered strokes, heart attacks, endometrial tumors or breast cancers. Global settlement for more than $890 million to settle roughly 2,200 claims.*

## Significant Mass Medical Malpractice Actions
*Co-Lead counsel for mass litigation*

❖ *Mass tort medical malpractice cases involving over 280 claimants against an ENT physician settled for more than $59 million.*

❖ *Mass tort medical malpractice cases involving more than 260 claimants against a Northwest Indiana cardiology group settled for more than $67 million.*

## Our Attorneys

**Irwin B. Levin, Managing Partner**



Irwin joined CohenMalad, LLP in 1978 and concentrates his practice in the areas of class action, mass torts and commercial litigation. Irwin served on the Executive Committee in litigation against Swiss Banks on behalf of Holocaust victims around the world which culminated in a historic $1.25 billion settlement. He has also served as lead counsel in class action cases around the country since 1983 including two class action cases against the Indiana Bureau of Motor Vehicles, which settled for nearly $100 million, and was Co-Lead Counsel in two major antitrust cases against the concrete industry. Those cases settled for over $75 million. Irwin has also served in leadership in various MDL and mass tort cases such as Pain Pump and Hormone Therapy litigation. Irwin currently is counsel for dozens of Indiana cities and counties in litigation against companies responsible for the opioid epidemic.



**David J. Cutshaw**

David's practice includes both class action and mass medical malpractice litigation. He served as co-lead counsel to successfully negotiate over $59 million in settlements for more than 280 plaintiffs against former ENT surgeon Mark Weinberger who performed unnecessary sinus surgeries, negligent surgeries, and abandoned his patients. Weinberger was sentenced to seven years in jail for health care fraud. David acted as co-lead counsel in 263 claims against a Northwest Indiana cardiology group alleged to have unnecessarily implanted pacemakers and defibrillators and performed unnecessary cardiac vessel stenting. Those claims were recently settled for over $67 million. He has also tried numerous medical malpractice jury trials as first chair.



**Gregory L. Laker**



Greg is the chair of the personal injury practice group and oversees the firm's dangerous drug and defective medical device litigation team. Greg and his team have held leadership positions in several multidistrict litigations including In re: Prem Pro Products Liability, Pain Pump Device Litigation, *In re: Consolidated Fresenius Cases* (Granuflo), *In re: Testosterone Replacement Therapy Products Liability*, and others. Greg also oversees the firm's sexual abuse litigation team and litigates cases involving molestation committed by perpetrators in institutional care facilities, sports and organizational groups, churches, schools, and doctor or medical offices.

**Richard E. Shevitz**

Richard is a co-chair of the class action practice group and handles a wide variety of class action lawsuits, including claims against insurance companies, governmental entities, and manufacturers. He led the trial court proceedings and handled the appeal of a class action on behalf of drivers who had been overcharged for fuel prices by a publicly held trucking company, which resulted in a judgment of approximately $5 million which was upheld on appeal. He also played a key role in the historic class action litigation bringing Holocaust-era claims against Swiss banks, which resolved for $1.25 billion, as well as the prosecution of Holocaust-related claims against leading German industrial enterprises, which were resolved through a $5 billion fund.





**Lynn A. Toops**

Lynn is a co-chair of the class action practice group and focuses her practice on high-stakes consumer protection litigation. Lynn and her team are currently litigating hundreds of class actions against financial institutions across the country for the improper assessment of various fees and have returned over $100 million to well over one million consumers.

Lynn is also a nationwide leader in data breach matters, and is currently litigating and settling dozens of those cases on behalf of consumers.



*Lynn A. Toops, continued*

Additionally, Lynn represents cities and counties across Indiana that are battling the opioid prescription epidemic via litigation against manufacturers and distributors of prescription opioids. Lynn also served in a leading role in litigation against the state of Indiana for failure to pay promised adoption subsidy payments to families who adopted special needs children out of the state's foster care program.



**Scott D. Gilchrist**
Scott is a class action attorney and concentrates his practice on antitrust, securities fraud, and consumer protection matters. Scott was a principal attorney in two antitrust cases against suppliers of ready-mixed concrete on behalf of small businesses, farmers and individuals. In re: Ready Mixed Concrete Antitrust Litigation, which Antitrust Litigation, which settled for more than $18 million.

**Vess A. Miller**
Vess is a class action attorney and focuses his practice on consumer protection matters. He uncovered hundreds of illegal charges made by the Indiana BMV and gave closing arguments at trial. After a ruling for drivers, that case settled for over $62 million in refunds. Vess has also successfully litigated predatory lending claims against payday lenders that charged interest rates exceeding 1,000% APR. He defeated arbitration clauses that would have left consumer with no recovery, and successfully defended the wins at the Indiana Court of Appeals, the Indiana Supreme Court, and ultimately the United States Supreme Court.





**Gabriel A. Hawkins**
Gabriel is a class action and complex litigation attorney. He is an integral part of the firm's mass medical malpractice litigation team. He helped represent over 280 plaintiffs in lawsuits against former ENT surgeon Mark Weinberger who performed unnecessary sinus surgeries, negligent surgeries, and abandoned his patients. Weinberger was sentenced to seven years in jail for health care fraud. Gabriel's work contributed to the successful $59 million global settlement for these plaintiffs.

**Lisa M. La Fornara**
Lisa handles complex civil litigation, including class and representative actions, with a focus on consumer protection, financial services, and data security matters. Lisa has actively litigated hundreds of actions against financial institutions and has helped consumers recover tens of millions of dollars in improperly collected fee revenue.

Lisa has helped achieve leading settlements in actions against companies that failed to protect their customers' most sensitive data, providing meaningful equitable and financial relief for victims who





*Lisa M. La Fornara, continued*

experienced or are likely to experience identity theft and fraud. Lisa has also uncovered and obtained refunds for consumers who were systematically underpaid by their insurers following the total loss of their vehicles, and as well as represented whistleblowers in *qui tam* and False Claims Act cases involving fraud against the government.



### Natalie A. Lyons

Natalie focuses on complex and class action matters. She has represented consumer and civil rights plaintiffs in federal and state class actions around the country—including two federal civil rights trials that resulted in merits wins for plaintiffs. She has litigated against the federal Departments of Homeland Security and Education, state correctional agencies, and an array of commercial defendants. She is presently litigating complicated class actions in state and federal courts under consumer protection laws, the Telephone Consumer Protection Act, and state contract and fraud laws.

Prior to joining CohenMalad, LLP, Natalie advocated on behalf of marginalized communities in litigation, direct representation and policy advocacy at the Southern Poverty Law Center (Montgomery, AL), Housing & Economic Rights Advocates (Oakland, CA) and Equal Rights Advocates (San Francisco, CA). In her role as an advocate for racial and social justice, she has appeared on panels; authored reports, op-eds and white papers; and testified on behalf of legislation. Here in Indiana, she served on the 2017 Spirit & Place Festival panel: Liberty & Justice for All?

### Amina A. Thomas

Amina is a partner on the Class Action team. Amina focuses the majority of her practice on privacy actions involving data breaches and the unlawful collection or disclosure of personal information. As part of the Firm's data breach litigation team, Amina has helped obtain recovery for thousands of individuals who have had their personal information leaked or unauthorizedly disclosed due to insufficient data security measures.



Prior to joining CohenMalad, LLP, Amina had the honor of serving as a judicial law clerk to the Honorable Judge Melissa S. May at the Indiana Court of Appeals and to the Honorable Judge Heather A. Welch at the Indiana Commercial Court. Amina's clerkship experience has given her command of courtroom procedure and commercial litigation.



### Emily D. Herrin

Emily is class action attorney focused on complex litigation involving consumer protection matters. She litigates matters against financial institutions related to improperly collected fee revenue. Emily also represents consumers in data breach litigation against businesses who failed to properly safeguard sensitive client personal identifying information.



**Edward 'Ned' B. Mulligan V**
Ned handles product liability matters in the firm's dangerous pharmaceutical drug and defective medical device practice group. He has served in mass tort leadership roles on several multidistrict litigations including, In re: Testosterone Replacement Therapy Products Liability Litigation, and In re: Consolidated Fresenius Cases (Granuflo). Ned is a named member of the Plaintiff Steering Committee for In re: Zofran (Ondansetron) Products Liability Litigation. Ned has also written articles regarding mass tort litigation for Trial Magazine.



**Jonathon A. Knoll**
Jon is a product liability attorney in the firm's dangerous pharmaceutical drug and defective medical device practice group. He has served in mass tort leadership roles for Biomet Metal on Metal Hip Replacement System Litigation in Indiana state court, *Gilead Tenofovir Cases*, JCCP No. 5043, as well as the multidistrict litigation *In re: Consolidated Fresenius Cases* (Granuflo). Jon speaks nationally on various topics related to mass tort litigation and has also written articles regarding mass tort litigation for Trial Magazine.

**Mallory K. Schiller**
Mallory is a class action attorney with a focus on complex litigation at both state and federal levels. Her diverse legal background includes successfully representing clients in matters such as civil rights litigation, labor and employment litigation, commercial litigation, constitutional law, regulatory law, special education law, and contract disputes. Previously, Mallory has served as Assistant Attorney General in the Office of the Tennessee Attorney General and as a Federal judicial law clerk for the Eastern and Western Districts of Kentucky.





**Ian R. Bensberg**
Ian is a class action attorney focused on representing plaintiffs in consumer protection and data privacy cases. Prior to CohenMalad, Ian represented plaintiffs in complex cases of national importance at every level of the federal courts, including *In re National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio), *In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047 (N.D. Cal.), *TransUnion LLC v. Ramirez*, No. 20-297 (S. Ct.), and *Authors Guild v. OpenAI Inc.*, No. 1:23-cv-8292 (S.D.N.Y.).

**Taylor E. Cody**
Taylor E. Cody joined the CohenMalad, LLP class action team in 2025. Having previously worked as a deputy prosecutor in the Marion County, Indiana, Taylor brings valuable courtroom and litigation experience that is a great asset to our firm. She is a dual degree recipient from Indiana University, earning a Master of Public Health from the IU Richard M. Fairbanks School of Public Health, and her J.D. from the IU Robert H. McKinney School of Law. Taylor will focus her work on class action matters related to consumer protection and financial services.





## Antitrust Cases

- ***In re Bromine Antitrust Litigation***, U.S. District Court, Southern District of Indiana. Liaison Counsel for the class in price-fixing issue. Settlement valued at $9.175 million.

- ***In re Ready-Mixed Concrete Antitrust Litigation***, U.S. District Court, Southern District of Indiana.
  Co-Lead Counsel in a consolidated class action alleging a price-fixing conspiracy among all of the major Ready-Mixed Concrete suppliers in the Indianapolis area. The total settlements provided for a recovery of $60 million, which allowed for a net distribution to class members of approximately 100% of their actual damages.

- ***In re Iowa Ready-Mix Concrete Antitrust Litigation***, U.S. District Court, District of Iowa. Co-lead counsel in class action alleging a price-fixing conspiracy among major suppliers of Ready-Mixed Concrete in northwest Iowa and the surrounding states. Settlements totaled $18.5 million, which allowed for a net distribution to class members of approximately 100% of their actual damages.

## Consumer Protection Cases

- ***Raab v. R. Scott Waddell, in his official capacity as Commissioner of The Indiana Bureau of Motor Vehicles et al.***, and ***Raab v. Kent W. Abernathy, in his official capacity as Commissioner of The Indiana Bureau of Motor Vehicles et al.,*** Marion County Indiana, Superior Court. Actions on behalf of Indiana drivers who had been systematically overcharged by the Indiana Bureau of Motor Vehicles for driver's licenses, registrations, and other fees. Achieved a combined total $100 million recovery providing either credits or refund checks to over 4 million drivers in amounts that equaled the agreed overcharge amounts.

- ***Moss v. Mary Beth Bonaventura, in her official capacity as Director of The Indiana Department of Child Services, et al.***, LaPorte County Indiana, Superior Court.
  Action on behalf of Indiana families that adopted special needs children from out of DCS foster care and who were denied an adoption subsidy payment. Achieved settlement over $15 million providing checks to benefit over 1,880 special needs children, with the average settlement check near $5,000 and a substantial number exceeding $10,000.

- ***Coleman v. Sentry Insurance***, United States District Court, Southern District of Illinois. Class action on behalf of insured for failure to honor premium discounted features of automobile insurance policy; Settled for $5.7 million cash fund, with direct payments to class members averaging over $550.

- ***Econo-Med Pharmacy v. Roche,*** United States District Court for the Southern District of Indiana. $17 million common fund recovery in TCPA class action.



- **Plummer v. Nicor Energy Services Company,** U.S. District Court, Southern District of Indiana. Class counsel in multistate class action on behalf of utility customers for deceptive charges on utility bills. Resolved for $12 million cash settlement.

- **Price v. BP Products North America Inc.,** U.S. District Court, Northern District of Illinois. Class counsel in multi-state class action on behalf of motorists that purchased contaminated gasoline recalled by BP. Achieved settlement of $7 million.

- **Wilmoth et al. v. Celadon Trucking Services,** Marion County Indiana, Superior Court. Appointed Class Counsel and obtained judgment, which was upheld on appeal, for approximately $5 million in favor of nationwide class of long-distance drivers who had compensation improperly withheld by Celadon from fuel purchases.

- **Means v. River Valley Financial Bank, et al.,** Marion County Indiana, Superior Court. Action involving prepaid burial goods and services in Madison, Indiana. Cemetery owners and banks who served as the trustees for the prepaid burial funds violated the Indiana Pre-Need Act and other legal duties, which resulted in insufficient funds to provide class members' burial goods and services at death. Settlements valued at $4 million were achieved to ensure that thousands of class members' final wishes will be honored.

- **Meadows v. Sandpoint Capital, LLC,** and **Edwards v. Apex 1 Processing, Inc.,** Marion County Indiana, Circuit Court. Class actions brought against internet-based payday lenders. Settlement provided reimbursement for fees and expenses that exceeded amounts permitted by the Indiana payday loan act.

  **Edwards v. Geneva-Roth Capital, Inc.,** Marion County Indiana, Circuit Court. Class action brought against internet-based payday lenders. Achieved settlement over $1 million providing checks for over 6,000 individuals.

- **Colon v. Trinity Homes, LLC and Beazer Homes Investment Corp,** Hamilton County Indiana, Superior Court. Class counsel in statewide settlement providing for remediation of mold and moisture problems in over 2,000 homes. Settlement valued at over $30 million.

- **Whiteman v. Time Warner Entertainment Company, L.P.,** Marion County, Indiana, Superior Court. Successfully appealed to the Indiana Supreme Court challenging the application of the voluntary payment doctrine for class of cable subscribers. Following this victory, CohenMalad, LLP negotiated a multi-million-dollar settlement for class members.

- **Hecht v. Comcast of Indianapolis,** Marion County Indiana, Circuit Court. Represented a class of Comcast cable subscribers challenging arbitrarily determined late fees as unlawful liquidated damages. Obtained a multi-million-dollar settlement on the eve of trial.

- **Littell et al. v. Tele-Communications, Inc. (AT&T) et al.,** Morgan County, Indiana, Superior Court. Lead counsel in nationwide class action challenging late fee charges imposed by cable television companies. The total value of the nationwide settlement exceeded $106 million.



- ***Bridgestone/Firestone, Inc., ATX, ATX II and Wilderness Tires Products Liability Litigation,*** U.S. District Court, Southern District of Indiana.
  Court-appointed Liaison Counsel and Executive Committee Member in consolidated litigation involving international distribution of defective tires.

- ***Tuck v. Whirlpool et al.,*** Marion County, Indiana, Circuit Court.
  Appointed Class Counsel in nationwide class action regarding defective microwave hoods. Settlement achieved in excess of $7 million.

- ***Hackbarth et al. v. Carnival Cruise Lines,*** Circuit Court of Dade County, Florida.
  Class Counsel in nationwide action challenging cruise lines' billing practices. Settlement valued at approximately $20 million.

- ***Kenro, Inc. v. APO Health, Inc.,*** Marion County Indiana, Superior Court.
  Appointed Class Counsel in case alleging violations of the Federal Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227. Settlement negotiated to create a common fund of $4.5 million and provide benefits to class members of up to $500 for each unsolicited fax advertisement received.

- ***Shilesh Chaturvedi v. JTH Tax, Inc. d/b/a Liberty Tax Service,*** Court of Common Pleas, Allegheny County, Pennsylvania.
  Class Counsel in case involving Federal Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227. Settlement valued at $45 million.

- ***Kenro, Inc. and Gold Seal Termite and Pest Control Company v. PrimeTV, LLC, and DirecTV, Inc.,*** Marion County Indiana, Superior Court.
  Class Counsel in case involving the federal Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227. Following certification, the parties entered into nationwide settlement providing class members with benefits worth in excess of $500 million.

- ***Econo-Med Pharmacy, Inc. v. Roche Diagnostics Corp. et al.,*** U.S. District Court, Southern District of Indiana.
  Class Counsel in Telephone Consumer Protection Act case alleging medical device company sent unsolicited junk faxes to 60,000 U.S. pharmacies. Settlement for $17 million.

- ***McKenzie et. al. v. Allconnect, Inc.,*** U.S. District Court, Eastern District of Kentucky.
  Class action on behalf of consumers whose highly sensitive personally identifiable information was compromised as a result of a data breach. Settlement for $500,000, five (5) years of credit monitoring services, and monetary payments of $100 to each settlement class member.



## Bank Fee Cases

- **_Hill v. Indiana Members Credit Union,_** Marion County Indiana, Superior Court.
  Class action on behalf of credit union members who were improperly assessed (1) non-sufficient funds fees on accounts that were never actually overdrawn; (2) multiple non-sufficient funds fees on a single transaction; (3) out of network ATM withdrawal fees; and (4) ATM balance inquiry fees. Settlement for $3 million.

- **_Plummer v. Centra Credit Union,_** Bartholomew County Indiana, Superior Court.
  Class action on behalf of consumers who were improperly assessed overdraft fees on accounts that were never actually overdrawn. Settlement for $1.5 million.

- **_Terrell et. al. v. Fort Knox Federal Credit Union,_** Hardin County Kentucky, Circuit Court.
  Class action on behalf of consumers who were improperly assessed (1) overdraft fees on transactions that were previously authorized on a sufficient available balance and (2) multiple insufficient funds fees on a single transaction. Settlement for $4.5 million.

- **_Martin v. L&N Federal Credit Union,_** Jefferson County Kentucky, Circuit Court.
  Class action on behalf of consumers who were improperly assessed overdraft fees on accounts that had sufficient funds to cover the transactions. Settlement for $2.575 million.

- **_Cauley v. Citizens National Bank,_** Sevier County Tennessee, Circuit Court.
  Class action on behalf of consumers who were improperly assessed overdraft fees on transactions that did not actually overdraw checking accounts. Settlement for $500,000.

- **_Norwood v. The Camden National Bank,_** Cumberland County Maine, Business and Consumer Court.
  Class action on behalf of consumers who were improperly assessed overdraft fees on accounts that were never actually overdrawn and also on phantom transactions—where an accountholder never made a withdrawal request and where an account balance was never reduced. Settlement for $1.2 million.

- **_Tisdale v. Wilson Bank and Trust,_** Davidson County Tennessee, Chancery Court.
  Class action on behalf of consumers who were improperly assessed overdraft fees on transactions that were previously authorized on an account with sufficient funds. Settlement for $550,000.

- **_Johnson et. al. v. Elements Financial Credit Union,_** Marion County Indiana, Commercial Court.
  Class action on behalf of consumers improperly assessed (1) overdraft fees on accounts that were never actually overdrawn; and (2) multiple insufficient funds fees on a single transaction. Settlement for $775,000.

- **_Holt v. Community America Credit Union,_** U.S. District Court, Western District of Missouri.
  Class action on behalf of consumers who were improperly assessed overdraft fees on accounts that were never overdrawn and multiple fees on a single item or transaction returned for insufficient funds. Settlement for $2.325 million.



- ***Hawley et. al. v. ORNL Federal Credit Union,*** Anderson County Tennessee, Circuit Court. Class action on behalf of consumers who were improperly assessed (1) overdraft fees on transactions that did not actually overdraw checking accounts; (2) overdraft fees on transactions made on the same day that a direct deposit should have been made available to cover the transaction subject to an overdraft fees; and (3) multiple non-sufficient funds fees on a single transaction. Settlement for $470,000.

- ***Graves v. Old Hickory Credit Union,*** Chancery Court of Tennessee. Action on behalf of credit union members charged overdraft fees on debit card and ATM transactions when the member's Available Balance was negative, but their Ledger Balance was positive. Settlement for $500,000.

## Human Rights Cases

- ***In re Holocaust Victims Assets Litigation,*** U.S. District Court, Eastern District of New York. Selected as one of ten firms from the U.S. to serve on the Executive Committee in the prosecution of a world-wide class action against three major Swiss banks to recover assets from the Nazi era. This litigation resulted in a $1.25 billion settlement in favor of Holocaust survivors.

- ***Kor v. Bayer AG,*** U.S. District Court, Southern District of Indiana. Action against an international pharmaceutical company for participating in medical experiments on concentration camp inmates during World War II. This action was resolved as part of a $5 billion settlement negotiated under the auspices of the governments of the U.S. and Germany and led to the creation of the *Foundation for Remembrance, Responsibility and the Future*.

- ***Vogel v. Degussa AG,*** U.S. District Court, District of New Jersey. Action against a German industrial enterprise for enslaving concentration camp inmates during World War II for commercial benefit. This action also was resolved in connection with the settlement which created the *Foundation for Remembrance, Responsibility and the Future*.

## Health Care/Insurance Cases

- ***In re Indiana Construction Industry Trust,*** Marion County, Indiana, Circuit Court. Lead Counsel in action against an insolvent health benefits provider from Indiana and surrounding states. Recovered approximately $24 million for enrollees, providing nearly 100% recovery to victims.

- ***Coleman v. Sentry Insurance a Mutual Company,*** United States District Court, Southern District of Illinois. Class Counsel on behalf of 6,847 policy holders in 11 states against insurer for breaching refund feature of auto insurance policies, which resulted in recovery of $5,718,825.



- ***Davis v. National Foundation Life Insurance Co.,*** Jay County, Indiana, Circuit Court.
  Class Counsel in action involving insureds who were denied health insurance benefits as a result of National Foundations' inclusion and enforcement of pre-existing condition exclusionary riders in violation of Indiana law. The settlement provided over 85% recovery of the wrongfully denied benefits.

## Securities Fraud Cases

- ***Grant et al. v. Arthur Andersen et al.,*** Maricopa County Arizona, Superior Court.
  Lead counsel in class action arising from the collapse of the Baptist Foundation of Arizona, involving losses of approximately $560 million. Settlement achieved for $237 million.

- ***In re: Brightpoint Securities Litigation,*** U.S. District Court, Southern District of Indiana.
  Class Counsel in securities fraud action that resulted in a $5.25 million settlement for shareholders.

- ***City of Austin Police Retirement System v. ITT Educational Services, Inc., et al,*** U.S. District Court, Southern District of Indiana.
  Co-lead counsel in action alleging misrepresentations by defendant and certain principals concerning enrollment and graduate placement, and a failure to disclose multiple federal investigations into defendant's operations and records.

- ***Beeson and Gregory v. PBC et al.,*** U.S. District Court, Southern District of Indiana.
  Class Counsel in a nationwide class action with ancillary proceedings in the District of Connecticut, and the Southern District of Florida. Multi-million-dollar settlement that returned 100% of losses to investors.

- ***In re: Prudential Energy Income Securities Litigation,*** U.S. District Court, Eastern District of Louisiana.
  Counsel for objectors opposing a $37 million class action settlement. Objection successfully led to an improved $120 million settlement for 130,000 class members.

- ***In re: PSI Merger Shareholder Litigation,*** U.S. District Court, Southern District of Indiana.
  Obtained an injunction to require proper disclosure to shareholders in merger of Public Service Indiana Energy, Inc. and Cincinnati Gas & Electric.

- ***Dudley v. Ski World, Inc.,*** U.S. District Court, Southern District of Indiana.
  Class counsel for over 5,000 investors in Ski World stock. Multi-million-dollar settlement.

- ***Stein v. Marshall,*** U.S. District Court, District of Arizona.
  Class Counsel Committee member in action involving the initial public offering of Residential Resources, Inc. Nationwide settlement achieved on behalf of investors.

- ***Dominijanni v. Omni Capital Group, Ltd. et al.,*** U.S. District Court, Southern District of Florida.
  Co-lead counsel in securities fraud action on behalf of investors; nationwide settlement.



## Mass Medical Malpractice

- **Weinberger Litigation,** $59 million in settlements.
  This litigation involved 282 plaintiffs who were patients of former ENT surgeon Mark Weinberger of Merrillville, Indiana. This mass medical malpractice included complaints ranging from unnecessary sinus surgeries and negligently performed surgeries to patient abandonment. Weinberger fled the country after more than a dozen medical malpractice lawsuits were filed against him. He was also indicted on 22 counts of health care fraud and was later apprehended at the foot of the Italian Alps. Weinberger was ultimately sentenced to 7 years in prison for insurance fraud. CohenMalad, LLP attorneys served as Co-Counsel in these medical malpractice lawsuits and successfully negotiated $59 million in settlements for the people Weinberger harmed.

- **Northwest Indiana Cardiology Group Litigation,** $67 million settlement. This litigation involved over 260 claimants who were patients of a cardiology practice in northwest Indiana. This mass tort medical malpractice included complaints of unnecessary heart surgeries, coronary artery stenting, peripheral stenting, and pacemaker and defibrillator implantations, as well as negligent credentialing claims. CohenMalad, LLP attorneys are served as Co-Counsel in these medical malpractice lawsuits and successfully negotiated a settlement of over $67 million.

## Mass Tort Pharmaceutical Drug and Medical Device Litigation

- ***Gilead Tenofovir Cases,*** JCCP No. 5043 *(pending)*
  CohenMalad, LLP is currently representing patients against Gilead Sciences who were prescribed its TDF-based drugs to treat HIV, for pre-exposure prophylaxis (PrEP) to mitigate HIV risk, or to treat Hepatitis, and suffered serious kidney and bone injuries. Thousands of cases are pending in the Superior Court for the County of San Francisco, California.

- **Strattice Biologic Mesh** *(pending)*
  CohenMalad, LLP is representing patients against LifeCell Corporation and Allergen who suffered injuries, including revision or removal surgeries, after receiving a Strattice mesh product for hernia repairs. These cases are currently pending in New Jersey State Court.

- ***In Re: Zofran (Ondansetron) Products Liability Litigation,*** MDL No. 2657 (D. Mass) (pending)
  CohenMalad, LLP serves on the Plaintiff's Steering Committee, Narrative Committee, and Discovery, Briefing, and Science Committees in an action on behalf of women who took Zofran while pregnant and gave birth to a baby who suffered from a serious birth defect.

- ***In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation,*** MDL No. 2738 (D. N.J.) (pending)
  CohenMalad, LLP is currently representing women who used Johnson & Johnson's talcum powder products for feminine hygiene and were diagnosed with ovarian cancer. Thousands of cases are currently pending.



- ***In Re: National Prescription Opiate Litigation,*** MDL No. 2804 (N.D. Ohio) (pending)
  CohenMalad, LLP is currently representing dozens of Indiana cities and counties in litigation against the manufacturers and distributors of opioid pain medications. This litigation is focused on combating the prescription opioid epidemic and replenishing valuable resources for Indiana communities that have spent vital economic resources responding to public health and safety issues resulting from this epidemic.

- **Biomet Metal on Metal Hip Replacement System** (pending)
  CohenMalad, LLP is representing patients in Indiana state court who were implanted with a Biomet M2a metal on metal hip replacement system and suffered serious injuries such as significant pain, tissue destruction, bone destruction, and metallosis. In many cases, revision surgeries were necessary within just a few years of implantation.

- ***In Re: Zantac (Ranitidine) Products Liability Litigation,*** MDL No. 2924, (S.D. FL.) *(pending)*
  CohenMalad, LLP is representing patients who were diagnosed with cancer following the use of Zantac (ranitidine). The U.S. Food and Drug Administration issued a recall for all Zantac (ranitidine) drugs including over the counter and prescription formulas on April 1, 2020.

- ***In Re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation,*** MDL No. 2570 (S.D. Ind.) *(pending)*
  CohenMalad, LLP is representing patients alleging serious injury related to the use of Cook Medical's inferior vena cava (IVC) filters.

- ***In Re: Prempro Products Liability Litigation,*** MDL No. 1507
  CohenMalad, LLP litigated hundreds of claims against Wyeth, the manufacturer of Prempro, for women who took hormone replacement therapy drug Prempro and suffered stroke, heart attacks, endometrial tumors or breast cancers. Wyeth agreed to a global settlement for more than $890 million to settle roughly 2,200 claims.

- **Pain Pump Device Litigation**
  No MDL existed for this litigation. CohenMalad, LLP served in a National Coordinated Counsel role. Litigation was against pain pump manufacturers who marketed pain pumps to orthopedic surgeons for continuous intra-articular uses, despite the fact that intra-articular placement of the pain pump catheters was not approved by the FDA. The use of pain pumps in the joint space resulted in deterioration of cartilage, severe pain, loss of mobility or decreased range of motion and use of shoulder.

- **Yaz**
  CohenMalad, LLP represented hundreds of women in claims against Bayer over its Yaz and Yasmin birth control oral contraceptive. The drugs contained a synthetic version of estrogen, drospirenone, that was linked to increased risk for blood clots, stroke, and heart attack. As of Jan 2016, Bayer agreed to pay $2.04 billion to settle 10,000+ blood-clot injury claims.



- **Transvaginal Mesh**
  CohenMalad, LLP represented hundreds of women in claims against transvaginal mesh manufacturers Ethicon, C.R. Bard, Boston Scientific, and American Medical Systems. Mesh implants are synthetic material used to support organs in women who suffer from pelvic organ prolapse and stress urinary incontinence. The FDA received thousands of complaints from women who suffered serious personal injury including perforated organs, infection, severe pain, and erosion of the mesh.

- *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2425 (N.D. Ill.)
  CohenMalad, LLP served on the discovery team in action on behalf of men who took drug manufacturers' testosterone replacement therapy products and suffered injuries such as blood clots, heart attacks, strokes and death.

- *In Re: Consolidated Fresenius Cases (Granuflo)*, MICV2013-3400-O, Commonwealth of Massachusetts, Middlesex County
  CohenMalad, LLP served on the Plaintiff's Steering Committee, bellwether discovery program committee, and privilege log committee in an action on behalf of dialysis patients alleging the defendant's dialysis products caused cardiac injuries and death. There was a $250 million global settlement.

Exhibit C



One Magnificent Mile
980 N Michigan Avenue
Suite 1610
Chicago, Illinois 60611
P: 872.263.1100
F: 872.263.1109
straussborrelli.com

# Our Firm

Strauss Borrelli PLLC is a premier civil litigation team focused on representing groups of individuals who have been harmed by corporate misconduct. We regularly represent clients in cases involving data misuse, illegal telemarketing, privacy intrusion, unfair employment practices, and defective products. Our efforts have earned us a reputation for achieving success in high-stakes and complex cases across the country.

At every step, we put the interests of our clients first.

### We make the courtroom accessible to all.
At Strauss Borrelli, we understand that our legal system is out of reach for most individuals who have suffered at the hands of corporate wrongdoing. Time, money, and expertise act as barriers to judicial action. We confront these obstacles by empowering those affected to take collective action to seek relief.

### We innovate and adapt.
As new technologies become available, our team learns and grows to make our processes faster, more effective, and less expensive. We challenge each other to continually evolve to meet the needs of our clients in an ever-changing world.

### We know that people are our greatest resource.
Whether it be within our own team or with experts, co-counsel, or clients, we foster collaborative spaces. We know that good ideas can come from anyone, and the best ideas are forged when we work together. Our experiences have shown us that fresh perspectives coupled with legal expertise create smart strategies.

### We understand the strength in numbers.
Too often, corporate transgressions go unchallenged. Together, we create a check against large companies' misconduct. By combining individual claims, we hold those who put profit over people accountable and achieve relief for all those injured by wrongdoings ranging from the annoyance of daily telemarketing calls to the devastation of a sudden mass layoff.

### We commit to personal connections.
At every stage, we help clients understand the complex issues at hand and empower them to take an active role in their cases. We will always take the time to build relationships with our clients in order to understand what success means to them. In defining and reaching our goals, we advise with compassion and understanding.

# Our Cases

## CONSUMER PROTECTION

### *Fowler, et al. v. Wells Fargo Bank, N.A.* (N.D. Cal.)

Filed on behalf of consumers who were overcharged fees on FHA mortgages. The case settled on a class-wide basis for $30,000,000 in 2018, and final approval was granted in January 2019.

### *Jones, et al. v. Monsanto Company* (W.D. Mo.)

Filed on behalf of individuals who purchased mislabeled RoundUp® products. The case settled on a class-wide basis in 2020 for $39,550,000. Final approval was granted in May 2021.

### *Crawford, et al. v. FCA US LLC* (E.D. Mich.)

Filed on behalf of consumers who purchased or leased Dodge Ram 1500 and 1500 Classic vehicles equipped with 3.0L EcoDiesel engines between 2013 and 2019. Plaintiffs allege unfair, deceptive, and fraudulent practices in the Defendants' marketing and sale of vehicles with allegedly defective EGR coolers. This case is currently pending in the United States District Court for the Eastern District of Michigan.

### *In re: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation* (N.D. Cal.)

Filed on behalf of consumers against Fiat Chrysler and Bosch alleging unfair, deceptive, and fraudulent practices in the Defendants' marketing and sale of certain EcoDiesel vehicles. The class included over 100,000 vehicles, including 2014-2016 model-year Jeep Grand Cherokees and Dodge Ram 1500 trucks that were allegedly outfitted with devices that masked actual emission levels. The case settled on a class-wide basis for $307,500,000, and final approval was granted in May 2019.

### *Rolland, et al. v. Spark Energy, LLC* (D.N.J.)

Filed on behalf of consumers who were forced to pay considerably more for their electricity than they should otherwise have paid due to Spark Energy's deceptive pricing practices. Plaintiff alleges that Spark Energy engages in a bait-and-switch deceptive marketing scheme luring consumers to switch utility companies by offering lower than local utility rates. These lower rates are fixed for only a limited number of months and then switch to a variable market rate that is significantly higher than the rates local utilities charge. The case settled on a class-wide basis for $11,000,000 in 2022, and final approval was granted in December 2022.

### Haines v. Washington Trust Bank (Wash. Sup. Ct., King Cty.)

Strauss Borrelli attorneys represented consumers who were charged $35 overdraft fees by Washington Trust Bank on accounts that were never actually overdrawn. Plaintiff filed suit against Washington Trust Bank for the unfair and unlawful assessment of these overdraft fees. This case settled on a class-wide basis in 2021, and final approval was granted in November 2021.

### Pryor v. Eastern Bank (Mass. Sup. Ct., Suffolk Cty.)

Strauss Borrelli attorneys represented consumers who were charged $35 overdraft fees by Eastern Bank on accounts that were never actually overdrawn. Plaintiff filed suit against Eastern Bank for the unfair and unlawful assessment of these overdraft fees. This case settled on a class-wide basis in 2021, and final approval was granted in March 2021.

## DATA BREACH

### Walters v. Kimpton Hotel & Restaurant Group, LLP (N.D. Cal.)

Filed on behalf of consumers whose private information and personal identifiable information, including credit and debit card numbers, names, mailing addresses, and other personal information, was compromised and stolen from Kimpton Hotel & Restaurant Group by hackers. The case settled on a class-wide basis in 2018, and final approval was granted in July 2019.

### Reetz v. Advocate Aurora Health, Inc. (Wis. Cir. Ct., Milwaukee Cty.)

Filed on behalf of employees of Aurora Advocate Health, the 10th largest not-for-profit integrated health care system in the United States, whose personally identifiable information was breached and stolen through an email phishing campaign beginning in January 2020. Many of these individuals have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled in 2023.

### Goetz v. Benefit Recovery Specialists, Inc. (Wis. Cir. Ct., Walworth Cty.)

Strauss Borrelli attorneys represented a class of consumers whose personal health information was compromised and stolen from Benefit Recovery Specialists, Inc., a Houston-based billing and collections services firm that provides billing and collection services to healthcare providers across the country. Many of these consumers have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled on a class-wide basis in 2022, and final approval was granted in July 2022.

### *In re BJC Healthcare Data Breach Litigation* (Mo. Cir. Ct., St. Louis Cty.)

Strauss Borrelli attorneys represented a class of consumers whose personal health information was compromised and stolen from BJC Healthcare, a major regional health system. Many of these consumers lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled on a class-wide basis in 2021 and final approval was granted in September 2022.

### *Daum, et al. v. K & B Surgical Center, LLC* (Cal. Sup. Ct., Los Angeles Cty.)

Strauss Borrelli attorneys represented a class of consumers whose personal health information and protected health information was compromised and stolen from K & B Surgical Center. Many of these consumers have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. The case settled in 2023.

### *In re: Netgain Technology, LLC, Consumer Data Breach Litigation* (D. Minn.)

Filed on behalf of consumers whose personal identifiable information and protected health information was breached and stolen from Netgain Technology, LLC beginning in September 2020. Strauss Borrelli partner, Raina Borrelli, serves as a member of the Plaintiffs' Interim Executive Committee in this multidistrict litigation. Many of the individuals impacted by the breach have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled on a class-wide basis in 2025, and preliminary approval was granted in The United States District Court for the District of Minnesota in May 2025.

### *Dusterhoff, et al. v. OneTouchPoint Corp.* (E.D. Wisc.)

Filed on behalf of 2.6 million consumers whose personal identifiable information and protected health information was breached and stolen from OneTouchPoint Corp., a mailing and printing services vendor, beginning in April 2022. Strauss Borrelli partner, Raina Borrelli, serves as a member of the Plaintiffs' Steering Committee in this litigation. Many of the individuals impacted by the breach have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case is currently pending in The United States District Court for the Eastern District of Wisconsin.

### *In re Lincare Holdings Inc. Data Breach Litigation* (M.D. Fla.)

Filed on behalf of consumers whose personal identifiable information and protected health information was breached and stolen from Lincare Holdings Inc., a medical products and services provider, beginning in September 2021. Strauss Borrelli partner, Raina Borrelli, serves as a member of the Interim Executive

Leadership Committee for plaintiffs and the class in this multidistrict litigation. Many of the individuals impacted by the breach have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. The case settled on a class-wide basis in 2023, and final approval was granted in June 2024.

### *Forslund, et al. v. R.R. Donnelley & Sons Company* (N.D. Ill.)

Filed on behalf of consumers whose personal identifiable information was breached and stolen from R.R. Donnelley & Sons Company, a Fortune 500 marketing, packaging, and printing company, beginning in November 2021. Strauss Borrelli partner, Raina Borrelli, serves as interim co-lead counsel for plaintiffs and the class in this litigation. Many of the individuals impacted by the breach have lost time and money responding to the data breach and they face an ongoing risk of identity theft, identity fraud, or other harm. This case settled on a class-wide basis in 2023, and final approval was granted in March 2024.

## DATA PRIVACY

### *Doe, et al. v. HSCGP, LLC* (Tn. Cir. Ct., Davidson Cty.)

Litigated on behalf of all patients of healthcare companies serviced by HSCGP, LLC whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiff alleged that the healthcare companies serviced by HSCGP, LLC disclosed such sensitive personal information by using various tools on its website. The case settled on a class-wide basis in 2024. Final approval was granted in March 2025.

### *Doe v. Lima Memorial Hospital, et al.* (C.C.P. Allen)

Filed on behalf of all patients of Lima Memorial Hospital whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiff alleged that Lima Memorial Hospital disclosed such sensitive personal information by using various tools on its website. The case was litigated in the Court of Common Pleas in Allen County, Ohio and settled on a class-wide basis in 2024. Final approval was granted in August 2024.

### *Rogers v. Rogers Behavioral Health System, Inc.* (Wis. Cir. Ct., Dane Cty.)

Filed on behalf of all patients of Rogers Behavioral Health System whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiff alleged that Rogers Behavioral Health System disclosed such sensitive personal information by using various tools on its website. The case was litigated in the Circuit Court for Dane County, Wisconsin, and settled on a class-wide basis in 2024. Final approval was granted in August 2024.

### *Doe, et al. v. The Wood County Hospital, et al.* **(C.C.P. Sandusky)**
Filed on behalf of all patients of The Wood County Hospital whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiffs alleged that The Wood County Hospital disclosed such sensitive personal information by using various tools on its website. The case was litigated in the Court of Common Pleas in Sandusky County, Ohio, and settled on a class-wide basis in 2024.

### *Moser, et al. v. Redeemer Health, et al.* **(C.C.P. Phila.)**
Filed on behalf of all patients of Redeemer Health and Holy Redeemer Health System whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiffs allege that Redeemer Health and Holy Redeemer Health System disclosed such sensitive personal information by using various tools on its website. This case settled on a class-wide basis in 2025, and preliminary approval is pending in the Court of Common Pleas in Philadelphia, Pennsylvania.

### *Mrozinski, et al. v. Aspirus, Inc.* **(Wis. Cir. Ct., Marathon Cty.)**
Filed on behalf of all patients of Aspirus whose sensitive personal information was exposed to third parties without their knowledge or consent. Plaintiffs allege that Aspirus disclosed such sensitive personal information by using various tools on its website. This case settled on a class-wide basis in 2025, and preliminary approval was granted in the Circuit Court for Marathon Conty, Wisconsin in August 2025.

### *Patterson v. Respondus, Inc., et al.* **(N.D. Ill.)**
Filed on behalf of all persons who took an exam using Respondus' online exam proctoring software, Respondus Monitor, in the state of Illinois. Plaintiffs allege that Respondus collects, uses, and discloses students' biometric identifiers and biometric information in violation of Illinois' Biometric Information Privacy Act. This case settled in 2023.

### *Powell v. DePaul University* **(N.D. Ill.)**
Strauss Borrelli attorneys represented a class of DePaul University students located in the state of Illinois who were required to take exams using Respondus Monitor, which collects, uses, and discloses students' biometric identifiers and biometric information in violation of Illinois' Biometric Information Privacy Act. Plaintiff alleged that DePaul University collects students' biometric identifiers and biometric information without written consent and without legally compliant written public policies. This case settled in 2023.

# RIGHT OF PUBLICITY

### *Nolen v. PeopleConnect, Inc., et al.* **(N.D. California)**

Filed on behalf of California residents against PeopleConnect alleging violations of California law that recognizes the intellectual property and privacy rights of individuals to control the commercial use of their names and likenesses. Plaintiffs allege that PeopleConnect violates these legal rights by using California residents' names and childhood photographs in advertisements promoting paid subscriptions to its website, classmates.com. The case is currently on appeal to the United States Court of Appeals for the Ninth Circuit.

### *Boshears, et al. v. PeopleConnect, Inc., et al.* **(W.D. Wash.)**

Filed on behalf of Indiana residents against PeopleConnect alleging violations of Indiana's Right of Publicity Statute and Indiana's common law prohibiting misappropriation of a name or likeness. Plaintiffs allege that PeopleConnect violates these legal rights by using Indiana residents' personalities, including their names and childhood photographs, in advertisements promoting paid subscriptions to its website, classmates.com. The case is currently on appeal before the United States Court of Appeals for the Ninth Circuit.

### *Sessa, et al. v. Ancestry.com Operations Inc., et al.* **(D. Nev.)**

Filed on behalf of Nevada residents against Ancestry.com alleging violations of Nevada's right to publicity statute, Nevada law prohibiting deceptive trade practice, Nevada common law protection against Intrusion upon Seclusion, and Nevada Unjust Enrichment law. Plaintiffs allege that Ancestry.com violates these legal rights by knowingly misappropriating the photographs, likenesses, names, and identities of Nevada residents for the commercial purpose of selling access to and advertising them in Ancestry.com products and services without their prior consent. The case is pending in the United States District Court for the District of Nevada.

### *Martinez v. ZoomInfo Technologies Inc.* **(W.D. Wash.)**

Filed on behalf of California residents against ZoomInfo Technologies Inc. alleging violations of California law that recognizes the intellectual property and privacy rights of individuals to control the commercial use of their names and likenesses. Plaintiffs allege that ZoomInfo Technologies violates these legal rights by using California residents' names and person information in advertisements promoting paid subscriptions to its website, zoominfo.com, as well as selling access to their names and personal information as part of its products. This case settled in 2024.

***Gbeintor v. DemandBase, Inc., et al.* (N.D. Cal.)**
Filed on behalf of California residents against DemandBase, Inc. and InsideView Technologies, Inc. alleging violations of California law that recognizes the intellectual property and privacy rights of individuals to control the commercial use of their names and likenesses. Plaintiffs allege that DemandBase and InsideView Technologies violate these legal rights by using California residents' names, likenesses, photographs, and personas in advertisements promoting paid subscriptions to its website, insideview.com, without their consent. This case settled on a class-wide basis in 2024, and preliminary approval was granted in June 2025.

***Kellman, et al. v. Spokeo, Inc.* (N.D. Cal.)**
Filed on behalf of California residents against Spokeo, Inc. alleging violations of California law that recognizes the intellectual property and privacy rights of individuals to control the commercial use of their names and likenesses. Plaintiffs allege that Spokeo violates these legal rights by using California residents' names, likenesses, photographs, and personas in advertisements promoting paid subscriptions to its website without their consent. The case is pending in the United States District Court for the Northern District of California.

## TELEPHONE CONSUMER PROTECTION ACT

***Evans v. American Power & Gas, LLC, et al.* (S.D. Ohio)**
Filed on behalf of consumers who received automated solicitation telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* The case settled on a class-wide basis for $6,000,000, and final approval was granted in May 2019.

***Murray, et al. v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh* (D. Mass.)**
Filed on behalf of consumers who received automated solicitation telephone calls on their cellular and residential telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*  The case settled on a class-wide basis for $14,000,000 in 2020. Final approval was granted in October 2021.

***Goodell, et al. v. Van Tuyl Group, LLC* (D. Az.)**
Filed on behalf of consumers who received automated solicitation telephone calls on their cellular and residential telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* This case settled in 2023.

***Doup v. Van Tuyl Group*, LLC (N.D. Tex.)**
Filed on behalf of consumers who received solicitation telephone calls on their cellular and residential telephones that were listed on the National Do-Not-Call Registry, without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case settled in 2023.

***Dickson v. Direct Energy, LP, et al.* (N.D. Ohio)**
Filed on behalf of consumers who received automated or prerecorded telemarketing telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case is currently pending in the United States District Court for the Northern District of Ohio.

***Learned, et al. v. McClatchy Company, LLC* (E.D. Cal.)**
Filed on behalf of consumers who received solicitation telephone calls on their cellular and residential telephones that were listed on the National Do-Not-Call Registry and/or who requested Defendant stop calling them, without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case settled in 2023.

***Rogers, et al. v. Assurance IQ, LLC, et al.* (W.D. Wash.)**
Filed on behalf of consumers who received automated solicitation telephone calls on their cellular and residential telephones, some that were listed on the National Do-Not-Call Registry, without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. This case settled on a class-wide basis in 2024 for $21,875,000, and final approval was granted in September 2024.

# Our Professionals

## SAMUEL J. STRAUSS

Samuel J. Strauss is a founding member of Strauss Borrelli PLLC. Mr. Strauss concentrates his practice in class action litigation with an emphasis on consumer protection and privacy issues. Mr. Strauss has a national practice and appears in federal courts across the country. Over the course of his career, Mr. Strauss has represented plaintiffs in cases which have resulted in the recovery of hundreds of millions of dollars for consumers.

Mr. Strauss received his J.D. with honors from the University of Washington School of Law in 2013. Prior to forming Strauss Borrelli in 2024, Mr. Strauss was a founding member of Turke & Strauss in 2016, in Madison, Wisconsin, where he successfully prosecuted complex class actions in federal and state courts.

Mr. Strauss is a member of bars of the states of Washington, Wisconsin, and Illinois and has been admitted to practice in the United States District Court for the Western District of Washington, United States District Court for the Eastern District of Washington, United States District Court for the Western District of Wisconsin, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Michigan, and the United States Court of Appeals for the Ninth Circuit.

In recent years, Mr. Strauss has been actively involved in a number of complex class action matters in state and federal courts including:

- *Daum, et al. v. K & B Surgical Center, LLC*, No. 21STCV41347 (Cal. Sup. Ct., Los Angeles Cty.)
- *Reetz v. Advocate Aurora Health, Inc.*, No. 20CV2361 (Wis. Cir. Ct., Branch 22, Milwaukee Cty.)
- *Goetz v. Benefit Recovery Specialists, Inc.*, No. 2020CV000550 (Wis. Cir. Ct., Walworth Cty.)
- *Joyner v. Behavioral Health Network, Inc.*, No. 2079CV00629 (Mass. Sup. Ct., Hampden Cty.)
- *In re BJC Healthcare Data Breach Litigation*, No. 2022-CC09492 (Mo. Cir. Ct., St. Louis City)
- *Baldwin, et al. v. National Western Life Insurance Company,* No. 2:21-cv-04066 (W.D. Mo.)

- *Pryor v. Eastern Bank*, No. 1984CV03467-BLS1 (Mass. Sup. Ct., Suffolk Cty.)
- *Murray v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh*, No. 19-cv-12608 (D. Mass.)
- *Baldwin v. Miracle-Ear, Inc.*, No. 20-cv-01502 (D. Minn.)
- *Goodell v. Van Tuyl Group, LLC*, No. 20-cv-01657 (D. Az.)
- *Weister v. Vantage Point AI, LLC*, No. 21-cv-01250 (M.D. Fla.).
- *Lang v. Colonial Penn Life Insurance Company*, No. 21-cv-00165 (N.D. Fla.)
- *Mackey v. PeopleConnect, Inc.*, No. 1:22-cv-00342 (N.D. Ill.)
- *Sessa v. Ancestry.com Operations Inc., et al.*, No. 2:20-cv-02292 (D. Nev.)
- *Boshears v. PeopleConnect, Inc.*, No. 21-cv-01222 (W.D. Wash.)
- *Braundmeier v. Ancestry.com Operations, Inc.*, No. 1:20-cv-07390 (N.D. Ill.)
- *Martinez v. ZoomInfo Technologies Inc.*, No. 21-cv-05725 (W.D. Wash.)
- *Uhhariet v. MyLife.com, Inc.*, No. 21-cv-08229 (N.D. Cal.)
- *Kellman v. Spokeo, Inc.*, No. 21-cv-08976 (N.D. Cal.)
- *Patterson v. Respondus, Inc.*, No. 20-cv-07692 (N.D. Ill.)
- *Bridges v. Respondus, Inc.*, No. 21-cv-01785 (N.D. Ill.)
- *Hudock v. LG Electronics USA, Inc.*, No. 16-cv-1220 (D. Minn.)
- *Crawford v. FCA US LLC*, No. 20-cv-12341 (E.D. Mich.)
- *Klaehn, et al. v. Cali Bamboo, LLC*, No. 19-cv-01498 (S.D. Cal.)
- *Jones v. Monsanto Company*, No. 19-cv-00102 (W.D. Mo.)
- *Dickson v. Direct Energy, LP, et al.*, No. 18-cv-00182 (N.D. Ohio)
- *Rolland v. Spark Energy, LLC*, Case. No. 17-cv-02680 (D.N.J.)
- *Evans v. American Power & Gas, LLC*, No. 17-cv-00515 (S.D. Ohio)
- *Fowler v. Wells Fargo Bank, N.A.*, No. 17-cv-02092 (N.D. Cal.)

# RAINA C. BORRELLI

Raina C. Borrelli is a founding member of Strauss Borrelli PLLC. Ms. Borrelli's practice focuses on complex class action litigation, including data privacy, Telephone Consumer Protection Act ("TCPA"), false advertising, and consumer protection cases in both state and federal courts around the country. Ms. Borrelli has served as lead, co-lead, and class counsel in numerous national class actions, including multi-district litigation. Additionally, Ms. Borrelli has substantial experience leading discovery teams in these complex class action matters, as well as in working with class damages experts and class damages models in consumer protection cases.

Ms. Borrelli received her J.D. *magna cum laude* from the University of Minnesota Law School in 2011. Prior to founding Strauss Borrelli, Ms. Borrelli was a partner at Gustafson Gluek, where she successfully prosecuted complex class actions in federal and state courts. Ms. Borrelli is an active member of the Minnesota Women's Lawyers and the Federal Bar Association, where she has assisted in the representation of *pro se* litigants though the *Pro Se* Project. Ms. Borrelli has repeatedly been named to the annual Minnesota "Rising Star" Super Lawyers list (2014-2021) by SuperLawyers Magazine. She has also been repeatedly certified as a North Star Lawyer by the Minnesota State Bar Association (2012-2015; 2018-2020) for providing a minimum of 50 hours of pro bono legal services.

Ms. Borrelli is a member of the Minnesota State Bar Association and has been admitted to practice in the United States District Court for the District of Minnesota, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Eastern District of Michigan, the United States District Court for the Northern District of Illinois, and the United States Court of Appeals for the Tenth Circuit.

In recent years, Ms. Borrelli has been appointed to leadership positions in a number of data privacy cases, including *In re Netgain Technology, LLC Consumer Data Breach Litigation*, No. 21-cv-01210 (D. Minn.) (Interim Executive Committee); *Dusterhoff, et al. v. OneTouchPoint Corp.*, No. 2:22-cv-00882 (E.D. Wisc.) (Plaintiffs' Steering Committee); *In re Lincare Holdings Inc. Data Breach Litigation*, No. 8:22-cv-01472 (M.D. Fl.) (Interim Executive Leadership Committee); *Forslund v. R.R. Donnelley & Sons Company*, No. 1:22-cv-04260 (N.D. Ill.) (interim co-lead counsel); *Medina v. PracticeMax Incorporated*, No. 2:22-cv-0126 (D. Az.) (Executive Leadership Committee); *In re C.R. England, Inc. Data Breach Litig.*, No. 2:22-cv-00374 (interim co-lead counsel); *Doe, et al. v. Knox College, Inc.*, No. 4:23-cv-04012 (C.D. Ill.) (co-lead counsel); and *In re OakBend Medical Center Data*

*Breach Litigation*, No. 4:22-cv-03740 (S.D. Tex.) (interim co-lead counsel). Ms. Borrelli has been substantially involved in a number of complex class action matters in state and federal courts including:

- *Daum, et al. v. K & B Surgical Center, LLC*, No. 21STCV41347 (Cal. Sup. Ct., Los Angeles Cty.)
- *Grogan v. McGrath RentCorp*, No. 3:22-cv-00490 (N.D. Cal.)
- *Benedetto, et al. v Southeastern Pennsylvania Transportation Authority*, No. 210201425 (C.C.P. Phila.)
- *Reetz v. Advocate Aurora Health, Inc.*, No. 20CV2361 (Wis. Cir. Ct., Branch 22, Milwaukee Cty.)
- *Goetz v. Benefit Recovery Specialists, Inc.*, No. 2020CV000550 (Wis. Cir. Ct., Walworth Cty.)
- *Reese v. Teen Challenge Training Center, Inc.*, No. 00093 (C.C.P. Phila.)
- *Lhota v. Michigan Avenue Immediate Care, S.C.*, No. 2022CH06616 (Ill. Cir. Ct., Cook Cty.)
- *Johnson, et al. v. Yuma Regional Medical Center*, No. 2:22-cv-01061 (D. Az.)
- *Baldwin v. Miracle-Ear, Inc.*, No. 20-cv-01502 (D. Minn.)
- *Murray, et al. v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh*, No. 1:19-cv-12608 (D. Mass.)
- *Goodell v. Van Tuyl Group, LLC*, No. 20-cv-01657 (D. Az.)
- *Learned, et al. v. McClatchy Company LLC*, No. 2:21-cv-01960 (E.D. Cal.)
- *Lang v. Colonial Penn Life Insurance Company*, No. 21-cv-00165 (N.D. Fla.)
- *Martinez v. ZoomInfo Technologies Inc.*, No. 21-cv-05725 (W.D. Wash.)
- *Abraham, et al. v. PeopleConnect, Inc.*, No. 3:20-cv-09203 (N.D. Cal.)
- *Boshears v. PeopleConnect, Inc.*, No. 21-cv-01222 (W.D. Wash.)
- *Mackey v. PeopleConnect, Inc.*, No. 1:22-cv-00342 (N.D. Ill.)
- *Sessa v. Ancestry.com Operations Inc., et al.*, No. 2:20-cv-02292 (D. Nev.)
- *Braundmeier v. Ancestry.com Operations, Inc.*, No. 1:20-cv-07390 (N.D. Ill.)
- *DeBose v. Dun & Bradstreet Holdings, Inc.*, No. 2:22-cv-00209 (D.N.J.)
- *Gbeintor, et al. v. DemandBase, et al.*, No. 3:21-cv-09470 (N.D. Cal.)
- *Spindler v. Seamless Contacts Inc.*, No. 4:22-cv-00787 (N.D. Cal.)
- *Kellman, et al. v. Spokeo, Inc.*, No. 3:21-cv-08976 (N.D. Cal.)
- *Brown v. Coty, Inc.*, No. 1:22-cv-02696 (S.D.N.Y.)
- *Benanav v. Healthy Paws Pet Insurance LLC*, No. 2:20-cv-00421 (W.D. Wash.)
- *Spindler, et al. v. General Motors LLC*, No. 3:21-cv-09311 (N.D. Cal.)
- *Hudock v. LG Electronics USA, Inc.*, No. 16-cv-1220 (JRT/KMM) (D. Minn.)
- *Patterson v. Respondus, Inc.*, No. 1:20-cv-07692 (N.D. Ill.)
- *Powell v. DePaul University*, No. 1:21-cv-03001 (N.D. Ill.)
- *Fee v. Illinois Institute of Technology*, No. 1:21-cv-02512 (N.D. Ill.)

- *Harvey v. Resurrection University*, No. 1:21-cv-03203 (N.D. Ill.)
- *In re FCA Monostable Gearshifts Litig.*, No. 16-md-02744 (E.D. Mich.)
- *Zeiger v. WellPet LLC*, No. 17-cv-04056 (N.D. Cal.)
- *Wyoming v. Procter & Gamble*, No. 15-cv-2101 (D. Minn.)
- *In re Big Heart Pet Brands Litig.*, No. 18-cv-00861 (N.D. Cal.)
- *Sullivan v. Fluidmaster*, No. 14-cv-05696 (N.D. Ill.)
- *Rice v. Electrolux Home Prod., Inc.*, No. 15-cv-00371 (M.D. Pa.)
- *Gorczynski v. Electrolux Home Products, Inc.*, No. 18-cv-10661 (D.N.J.)
- *Reitman v. Champion Petfoods*, No. 18-cv-1736 (C.D. Cal.)
- *Reynolds, et al., v. FCA US, LLC*, No. 19-cv-11745 (E.D. Mich.).

# CASSANDRA MILLER

Cassandra Miller is a partner at Strauss Borrelli PLLC whose practice focuses on complex class action litigation, including consumer protection, privacy, data breaches, and product liability. Ms. Miller is adept at navigating the intricate legal landscapes of both state and federal courts across the nation. Additionally, Ms. Miller has substantial experience leading teams in these complex class action matters.

Ms. Miller received her J.D. *magna cum laude* from the University of Illinois Chicago School of Law in 2006. Prior to joining Strauss Borrelli, Ms. Miller was a managing partner at Edelman Combs Latturner & Goodwin, LLC. There, Ms. Miller handled a wide range of consumer protection claims under key statutes such as the Fair Credit Reporting Act (FCRA), Fair Debt Collection Practices Act (FDCPA), Uniform Commercial Code (UCC), Telephone Consumer Protection Act (TCPA), and Truth in Lending Act (TILA), as well as the Illinois Consumer Fraud and Deceptive Practices Act (ICFA), alongside related state and federal consumer statutes.

Ms. Miller is a member of the Illinois State Bar Association and has been admitted to practice in the United States District Court for the Northern District of Illinois, the United States District Court for the Central District of Illinois, the United States District Court for the Southern District of Indiana, the United States District Court for the Northern District of Indiana, and the United States Court of Appeals for the Seventh Circuit.

Ms. Miller has been substantially involved in a number of complex class action matters in state and federal courts including:

- *Pietras v. Sentry, 513 F. Supp. 2d 983 (N.D. Ill. 2007)*
- *Hernandez v. Midland Credit Mgmt., 2007 U.S. Dist. LEXIS 16054 (N.D. Ill. 2007)*
- *Balogun v. Midland Credit Mgmt., 2007 U.S. Dist. LEXIS 74845 (S.D. Ind. 2007)*
- *Miller v. Midland Credit Mgmt., 2009 U.S. Dist. LEXIS 18518 (N.D. Ill. 2009)*
- *American Family Mutual Ins. Co. V. CMA Mortgage, Inc., 2008 U.S. Dist. LEXIS 30233 (S.D. Ind. 2008)*
- *Herkert v. MRC Receivables Corp., 254 F.R.D. 344 (N.D. Ill. 2008)*
- *Walker v. Calusa Investments, LLC, 244 F.R.D. 502 (S.D. Ind. 2007)*
- *Frydman v. Portfolio Recovery Associates, LLC, 2011 U.S. Dist. LEXIS 69502 (N.D. Ill. 2011)*
- *Webb v. Midland Credit Mgmt., 2012 U.S. Dist. LEXIS 80006 (N.D. Ill. May 31,*

*2012)*
- *Tabiti v. LVNV Funding, LLC, 2017 U.S. Dist. LEXIS 5932 (N.D. Ill. Jan. 17, 2017), reconsideration denied, 2017 U.S. Dist. LEXIS 238583 (N.D. Ill., May 16, 2017)*
- *Wheeler v. Midland Funding LLC, 2020 U.S. Dist. LEXIS 52409 (N.D. Ill. July 31, 2017),*
- *Magee v. Portfolio Recovery Assocs., 2016 U.S. Dist. LEXIS 61389 (N.D. Ill. May 9, 2016), reconsideration denied, 2016 U.S. Dist. LEXIS 123573 (N.D. Ill. Sept. 13, 2016)*

# BRITTANY RESCH

Brittany Resch is a partner at Strauss Borrelli PLLC. Ms. Resch's practice focuses on complex class action litigation, including data breach, privacy, Telephone Consumer Protection Act ("TCPA"), false advertising, and consumer protection cases in both state and federal courts around the country. Since 2022, Ms. Resch has served as an adjunct professor at the University of Minnesota Law School teaching a seminar on e-Discovery.

Ms. Resch received her J.D. from the University of Minnesota Law School in 2015, after which she clerked for the Honorable Richard H. Kyle, Senior United States District Judge for the District of Minnesota. Prior to joining Strauss Borrelli PLLC, Ms. Resch was an associate at Gustafson Gluek, where she prosecuted complex antitrust, consumer protection, and civil rights class actions in federal and state courts. Ms. Resch was named one of the Attorneys of the Year in 2019 by Minnesota Lawyer for her work representing a pro se litigant in federal court through the *Pro Se* Project. Ms. Resch was also named a Rising Star in 2020 and 2021 and a 2021 Up & Coming Attorney by Minnesota Lawyer.

Ms. Resch has been an active member in the Federal Bar Association for a decade, holding various leadership and committee positions. Ms. Resch also assists in the representation of pro se litigants through the District of Minnesota Federal Bar Association's Pro Se Project. Ms. Resch is also an active member of Minnesota Women Lawyers. Ms. Resch has also been certified as a North Star Lawyer by the Minnesota State Bar Association for providing a minimum of 50 hours of pro bono legal services (2023, 2021, 2020, 2019).

Ms. Resch is a member of the Minnesota State Bar Association and has been admitted to practice in the United States District Court for the District of Minnesota and the United States District Court for the Northern District of Illinois.

Ms. Resch recently has significant experience in data privacy litigation and is currently litigating more than fifty data breach cases in courts around the country as counsel on behalf of millions of data breach victims, including *McKittrick v. Allwell Behavioral Health Services*, Case No. CH-2022-0174 (Muskingum County, Ohio) (appointed class counsel for settlement purposes); *Hall v. Centerspace, LP*, Case No. 22-cv-2028 (D. Minn.); *Morrison v. Entrust Corp., et al.*, Case No. 23-cv-415 (D. Minn.); *Batchelor v. MacMillan, et al.*, Case No. 157072/2023 (New York County, NY); *Tribbia, et al., v. Hanchett Paper Company*, Case No. 2022 CH 3677 (Cook County, IL); *Benedetto v. Southeastern Pennsylvania Transportation*

*Authority*, No. 210201425 (C.C.P. Phila.); *Corra, et al. v. ACTS Retirement Services, Inc.*, No. 2:22-cv-02917 (E.D. Pa.); *Lamie, et al. v. LendingTree, LLC*, No. 3:22-cv-00307 (W.D.N.C); and *In re Lincare Holdings Inc. Data Breach Litigation*, No. 8:22-cv-01472 (M.D. Fl.). Additionally, in recent years, Ms. Resch has been substantially involved in a number of complex class action matters in state and federal courts including:

- *Emmrich v. General Motors LLC*, No. 21-cv-05990 (N.D. Ill.)
- *Spindler v. General Motors LLC*, No. 21-cv-09311 (N.D. Cal.)
- *DeBose v. Dun & Bradstreet Holdings, Inc.*, No. 2:22-cv-00209 (D.N.J.)
- *Gbeintor, et al. v. DemandBase, Inc., et al.*, No. 3:21-cv-09470 (N.D. Cal.)
- *Kellman, et al. v. Spokeo, Inc.*, No. 3:21-cv-08976 (N.D. Cal.)
- *Kis v. Cognism Inc.*, No. 4:22-cv-05322 (N.D. Cal.)
- *Benanav, et al. v. Healthy Paws Pet Insurance, LLC*, No. 2:20-cv-00421-RSM (W.D. Wash.)
- *Martinez v. ZoomInfo Technologies Inc.*, No. 21-cv-05725 (W.D. Wash.)
- *Abraham, et al. v. PeopleConnect, Inc.*, No. 3:20-cv-09203 (N.D. Cal.)
- *Boshears v. PeopleConnect, Inc.*, No. 21-cv-01222 (W.D. Wash.)
- *Mackey v. PeopleConnect, Inc.*, No. 1:22-cv-00342 (N.D. Ill.)
- *Sessa v. Ancestry.com Operations Inc., et al.*, No. 2:20-cv-02292 (D. Nev.)
- *Braundmeier v. Ancestry.com Operations, Inc.*, No. 1:20-cv-07390 (N.D. Ill.)
- *Spindler v. Seamless Contacts Inc.*, No. 4:22-cv-00787 (N.D. Cal.)
- *Uhhariet v. MyLife.com, Inc.*, No. 21-cv-08229 (N.D. Cal.)
- *Patterson v. Respondus University, et al.*, No. 1:20-cv-07692 (N.D. Ill.)
- *Bridges v. Respondus University, et al.*, No. 1:21-cv-01785 (N.D. Ill.)
- *In re Broiler Chicken Antitrust Litigation*, No. 16-cv-08637 (N.D. Ill.)
- *In re Pork Antitrust Litigation*, No. 21-md-02998 (D. Minn.)
- *Hudock v. LG Electronics USA, Inc.*, No. 16-cv-1220 (JRT/KMM) (D. Minn.)
- *In re Asacol Antitrust Litigation*, No. 15-cv-12730 (D. Mass.)

# ALEX S. PHILLIPS

Alex Phillips is a partner at Strauss Borrelli PLLC. Mr. Phillips concentrates his practice in complex class action litigation and commercial litigation. He has represented both plaintiffs and defendants in high stakes litigation. Mr. Phillips has successfully obtained trial verdicts on behalf of his clients as well as negotiated numerous high-value settlements.

Mr. Phillips received his J.D. from the University of Wisconsin School of Law in 2017 and has been an active member of the Wisconsin State Bar as well as the Dane, Jefferson, and Dodge County Bar Associations.

In recent years, Mr. Phillips has been involved in a number of complex class action matters in state and federal courts including:

- *Benedetto v. Southeastern Pennsylvania Transportation Authority*, No. 210201425 (C.C.P. Phila.)
- *Grogan v. McGrath RentCorp*, No. 3:22-cv-00490 (N.D. Cal.)
- *Koeller, et al. v. Numrich Gun Parts Corporation*, No. 1:22-cv-00675 (S.D.N.Y.)
- *Mayhood v. Wilkins Recreational Vehicles, Inc.*, No. E2022-0701 (N.Y. Sup. Ct., Steuben Cty.)
- *Perkins v. WelldyneRx, LLC*, No. 8:22-cv-02051 (M.D. Fla.)
- *Batis v. Dun & Bradstreet Holdings, Inc.*, No. 3:22-cv-09124 (N.D. Cal.)
- *Sessa v. Ancestry.com Operations Inc., et al.*, No. 2:20-cv-02292 (D. Nev.)
- *Ambramson v. First American Home Warranty Corporation*, No. 2:22-cv-01003 (W.D. Pa.)
- *DeVivo v. Sovereign Lending Group Incorporated*, No. 3:22-cv-05254 (W.D. Wash.)
- *Murray, et al. v. Grocery Delivery E-Services USA Inc. d/b/a Hello Fresh*, No. 1:19-cv-12608 (D. Mass.)
- *Spindler v. General Motors LLC*, No. 21-cv-09311 (N.D. Cal.)
- *Kellman v. Spokeo, Inc.*, No. 21-cv-08976 (N.D. Cal.)
- *Reetz v. Advocate Aurora Health, Inc.*, No. 20CV2361 (Wis. Cir. Ct., Branch 22, Milwaukee Cty.)
- *Goetz v. Benefit Recovery Specialists, Inc.*, No. 2020CV000550 (Wis. Cir. Ct., Walworth Cty.)
- *Hudock v. LG Electronics USA, Inc.*, No. 16-cv-1220 (D. Minn.)
- *Dickson v. Direct Energy, LP, et al.*, No. 18-cv-00182 (N.D. Ohio)
- *Benanav. v. Healthy Paws Pet Insurance, LLC*, No. 20-cv-00421 (W.D. Wash.)
- *Klaehn, et al. v. Cali Bamboo, LLC, et al.*, No. 19-cv-01498 (S.D. Cal.)

# CARLY ROMAN

Carly Roman is an attorney at Strauss Borrelli PLLC. Ms. Roman's practice focuses on complex class action litigation, including consumer protection, data breach, privacy, and Telephone Consumer Protection Act ("TCPA") cases in state and federal courts. Additionally, Ms. Roman has substantial experience advocating for consumers under California's Unfair Competition Law, the Consumers Legal Remedies Act, and the Song-Beverly Warranty Act.

Ms. Roman received her J.D. from the University of New Hampshire School of Law with High Honors. Prior to joining Strauss Borrelli, Ms. Roman honed her skills at a prominent consumer protection firm in California as well as in Chicago at one of the leading firms specializing in class actions and consumer rights. There, Ms. Roman litigated a variety of state and federal claims, including claims brought under the Fair Credit Reporting Act (FCRA), Magnuson-Moss Warranty Act, Telephone Consumer Protection Act (TCPA), and Truth in Lending Act (TILA), as well as the Illinois Consumer Fraud and Deceptive Practices Act (ICFA).

Ms. Roman is a member of the Illinois State Bar Association and The State Bar of California. Recently, Ms. Roman was appointed interim co-lead class counsel in *Orrantia, et al. v. S.V.D.P. Management, Inc.*, No. 25CU048774C (Cal. Sup. Ct., San Diego Cty.).Her recent experience also involves substantial responsibility in a number of complex class action matters in state and federal courts including:

- *Doe v. SSK Plastic Surgery,* 30-2025-01467755 (Cal. Sup. Ct., Orange Cty.)
- *Doe v. Jaime S. Schwartz MD PC,* 25STCV07155 (Cal. Sup. Ct., Los Angeles Cty.), *removed,* No. 2:25-cv-03393 (C.D. Cal.)
- *Cole v. Solairus Aviation LLC,* No. 3:25-cv-03035 (N.D. Cal.)
- *Dean, et al., v. New York Blood Center, Inc., et al.* No. 25-cv-01051 (S.D.N.Y.)
- *In re: DISA Global Data Breach Litigation,* No. 4:25-cv-00821 (S.D. Tex.)
- *Kelly v. Insomniac Games,* No. 24-CIV-05793 (Cal. Sup. Ct., San Mateo Cty.)
- *Palanti v. Lawble Inc., et al.,* No. 2023CH02120 (Ill. Cir. Ct., Cook Cty.), *removed,* No. 1:23-cv-02365 (N.D. Ill.)
- *Tamburo v. Hyundai Motor America (Corporation), et al.,* No. 1:23-cv-282 (N.D. Ill.)
- *Mirabile v. Bank of America, N.A.,* No. 1:23-cv-01719 (N.D. Ill.)
- *Fleury v. General Motors, LLC,* No. 1:22-cv-03862 (N.D. Ill.)
- *Rocio v. Mod Super Fast Pizza, LLC,* No 1:21-cv-00507 (N.D. Ill.)
- *Abruscato, et al. v. Wells Fargo, et al.,* No. 1:21-cv-00012 (N.D. Ill.)
- *Avery v. Cvi Sgp-Co Acquisition Trust, et al.,* No. 1:20-cv-06965 (N.D. Ill.)

# ANDREW G. GUNEM

Andrew Gunem is an attorney at Strauss Borrelli PLLC. He focuses on complex class action litigation—including consumer protection, data breach, privacy, and Telephone Consumer Protection Act ("TCPA")—in federal and state courts across the country.

Mr. Gunem graduated *cum laude* from the University of Wisconsin Law School—where he was a Managing Editor of the Wisconsin Law Review, earned a full-tuition "Law-in-Action" scholarship, and was awarded "Best Performance" in Complex Litigation. He received his bachelor's degree from the University of California, Berkeley. Mr. Gunem has written articles about developing areas of law—which have been published by Law360.com (as "Expert Analysis") and by the Litigation Section of the State Bar of Wisconsin.

Mr. Gunem is admitted to practice in California and Wisconsin. He is also admitted to the United States District Courts for the Northern District of California, Eastern District of California, Central District of California, Southern District of California, Eastern District of Wisconsin, Western District of Wisconsin, and the District of Colorado.

Recently, Mr. Gunem was appointed co-lead class counsel in *Gregerson v. Toshiba America Business Solutions, Inc.*, No. 8:24-cv-01201-FWS-ADS (C.D. Cal. April 17, 2025). His recent experience also includes substantial responsibility in the following cases:

- *Anderson v. STS Aviation Group, LLC*, No. 2:24-cv-14201-SMM (S.D. Fla.)
- *Dribben, et al., v. Homefix Custom Remodeling Corp.*, No. 1:22-cv-01143-SAG (D. Md.)
- *Koeller v. Diamanti, Inc.*, No. 22SL-CC04040 (Mo. Cir. Ct., St. Louis Cty.)
- *Pan v. Atlas Real Estate Group, LLC*, No. 1:23-cv-00910-DDD-KAS  (D. Colo.)
- *Harvey v. National Amusements Inc.*, No. 1:24-cv-10027-GAO (D. Mass.)
- *Stern v. Academy Mortgage Corporation*, No. 2:24-cv-00015-DBB-DAO (D. Utah)
- *Ansar v. The Gill Corporation*, No. 2:24-cv-08875-MEMF-PD (C.D. Cal.)
- *Jimenez v. OE Federal Credit Union*, No. 4:24-cv-02746-JST (N.D. Cal.)
- *Viviali v. One Point HR Solutions, LLC*, No. 2:24-cv-00185-DCR (E.D. Ky.)
- *Parihar v. MIPS Holding, Inc.*, No. 24CV448267 (Cal. Sup. Ct., Santa Clara Cty.)

- *Davenport v. LA Financial Federal Credit Union*, No. 24STCV24021 (Cal. Sup. Ct., Los Angeles Cty.)
- *Leavitt v. International Brotherhood of Electrical Workers Local No. 1*, No. 4:24-cv-01148-HEA (E.D. Mo.)
- *Hasanat v. Mana Products Inc.*, No. 710156/2024 (Queens County, New York)
- *Bolanos v. Crossroads Equipment Lease & Finance, LLC*, No. 5:24-cv-00552-JGB-SP (C.D. Cal.)
- *Doe v. Conceptions Reproductive Associates, Inc.*, No. 1:25-cv-00009-NYW-CYC (D. Colo.)
- *Hulewat v. Medical Management Resource Group LLC, et al.*, No. 2:24-cv-00377-DJH (D. Ariz.)
- *Currie v. Joy Cone Co.*, No. 2:23-cv-00764-CCW (W.D. Pa.)
- *In re: Mondelēz Data Breach Litigation*, No. 1:23-cv-03999 (N.D. Ill.)
- *Byrd v. True World Holdings, LLC*, No. 2:24-cv-10927-JKA-JSA (D.N.J.)
- *Hollis v. eXp Realty, LLC, et al.*, No. 2:25-cv-00822-JLR (W.D. Wash.)

Exhibit D

# SJG

## STRANCH, JENNINGS & GARVEY
PLLC

# Class Action

Our firm has a long record of success representing plaintiffs in a substantial number of class action and mass tort cases in state and federal courts throughout the U.S. These cases include some of the most complicated litigation the courts have seen against some of the largest multinational companies. Through these cases, we defend the rights of clients harmed by defective products, pharmaceuticals, industry negligence or illegal practices.

Our attorneys have served as class counsel and as lead, co-lead and liaison counsel in landmark cases and national class actions involving data breach, wage and hour violations, anti-competitive practices, illegal generic drug suppression and bid rigging, defective products and violations of the Telephone Consumer Protection act.

- **In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2672 CRB** (N.D. California) (J. Breyer). Founding and Managing Member J. Gerard Stranch IV served on the plaintiffs' steering committee in a coordinated action consisting of nationwide cases of consumer and car dealerships. This action alleged that Volkswagen AG, Volkswagen Group of America and other defendants illegally installed so-called "defeat devices" in their vehicles, which allowed the cars to pass emissions testing but enabled them to emit nearly 40 times the allowable pollution during normal driving conditions. In October 2016, the court granted final approval to a settlement fund worth more than $10 billion to consumers with two-liter diesel engines, and in May 2017, the court granted final approval to a $1.2 billion settlement for consumers with three-liter diesel engines, and a $357 million settlement with co-defendant Bosch.

- **In re: Davidson v. Bridgestone/Firestone, Inc. and Ford Motor Co. No. 00-C2298** (Davidson Circuit, Tennessee) (Soloman/Brothers). The firm served as lead counsel in a nationwide class action against Bridgestone/Firestone, Inc. and Ford Motor Co. concerning defective tires. A settlement valued at $34.4 million was reached in conjunction with a companion case in Texas.

- **In re: Cox v. Shell Oil et al., Civ. No. 18844** (Weakley Chancery, Tennessee) (Judge Malon). The firm intervened in a consumer class action composed of all persons throughout the United States who owned or purchased defective polybutylene piping systems used in residential constructions or mobile homes. A global settlement was reached that was valued at $1 billion.

- **In re: Heilman et al. v. Perfection Corporation, et al., Civ. No. 99-0679-CD-W-6** (W.D. Missouri). The firm served on the executive committee in a nationwide consumer class action composed of all owners or purchasers of a defective hot water heater. A settlement was reached that provided 100% recovery of damages for a possible 14.2 million hot water heaters and any other property damages.

- **In re: Alpha Corp. Securities litigation.** Founding and Managing Member J. Gerard Stranch IV was appointed as co-lead counsel. The case resulted in a $161 million recovery for the class.

## ATTORNEYS IN THIS PRACTICE AREA


**Darrius D. Dixon**


**Samuel W. Douthit**


**Elizabeth Fischer**


**Colleen Garvey**


**Hon. John (Jack) Garvey**


**Kyle C. Mallinak**


**Janna Maples**


**Nathan Martin**


**Andrew E. Mize**


**Andrew Murray**


**John C. Roberts**


**Emily E. Schiller**


**Miles M. Schiller**


**Marty Schubert**


**Michael G. Stewart**


**J. Gerard Stranch IV**


**James G. Stranch III**


**K. Grace Stranch**

**Michael Tackeff**


SJG
STRANCH, JENNINGS & GARVEY
PLLC


**Grayson Wells**

# SJG

## STRANCH, JENNINGS & GARVEY
### PLLC

# Privacy & Cybersecurity Litigation

**Security breach notification laws require entities to notify their customers or citizens when they have experienced a data breach and to take certain steps to deal with the situation. This gives these individuals the opportunity to mitigate personal risks resulting from the breach and minimize potential harm, such as fraud or identity theft. Currently, all 50 states, along with the District of Columbia and three U.S. territories, have adopted notification laws requiring notification when a breach has occurred.**

- **In re: Anthem, Inc. Data Breach Litig., MDL 2617 LHK** (N.D. California, 2016). The firm served as counsel for plaintiffs in a coordinated action consisting of nationwide cases of consumers harmed by the 2015 criminal hacking of servers of Anthem, Inc. containing more than 37.5 million records on approximately 79 million people receiving insurance and other coverage from Anthem's health plans. The case settled in 2017 for $115 million, the largest healthcare data breach in U.S. history, and has received final approval.

- **In re: MGM International Resorts Data Breach Litigation** (D. Nevada). Two separate data breaches by cybercriminals against MGM Resorts International (MGM) in 2019 and 2023 resulted in the exposure of private information of tens of millions of MGM guests. Following both incidents, multiple lawsuits were filed. In July 2024, plaintiffs in the lawsuits agreed to participate in joint mediation — In re: MGM International Resorts Data Breach Litigation. In October 2024, the plaintiffs filed a notice of settlement, notifying the court that all parties were able to resolve the cases. On. Jan. 22, 2025, Nevada District Judge Gloria M. Navarro issued an order granting plaintiffs' unopposed motion for preliminary approval of a $45 million class action settlement in the case. The final approval hearing is scheduled for June 18, 2025. J. Gerard Stranch, founding and managing member, served as a co-lead for the 2023 case leadership team.

- **Monegato v. Fertility Centers of Illinois, PLLC, Case No. 2022 CH 00810** (Cook County Circuit Court). The firm served as class counsel in a case brought on behalf of approximately 80,000 individuals whose personal information was involved in a February 2021 data breach. A settlement with a total estimated value of $14.5 million was negotiated. Final approval was granted by the Cook County, Illinois Circuit Court in April 2023.

- **In re: Evolve Bank & Trust Customer Data Security Breach Litigation, MDL 2:24-md-03127** (W.D. Tennessee) (J. Lipman). Serving as lead counsel for the class, SJ&G's Founding and Managing Member J. Gerard Stranch secured an $11.8 million settlement for the plaintiffs. This multidistrict litigation followed a data breach by cybercriminals against Evolve Bank & Trust that resulted in the theft of personal banking data of bank customers as well as Evolve fintechs' customers. Following the breach, multiple class action lawsuits were filed against the defendant and Evolve fintechs. The cases were consolidated in October 2024.

- **In re: CorrectCare Data Breach Litigation, 5:22-319-DCR** (E.D. Kentucky). J. Gerard Stranch, founding and managing member, served as class counsel in this class action lawsuit that resulted in a $6.49 million settlement, providing affected individuals up to $10,000 in reimbursement for documented losses related to the breach. The suit was the result of a 2022 data breach that exposed sensitive health data of more than 391,000 individuals.

- **In re: Owens, et al. v. U.S. Radiology Specialists, et al., Case No. 22 CVS 17797** (Mecklenburg, North Carolina, Supreme Court). The firm served as plaintiffs' counsel in action brought on behalf of approximately 1.3 million individuals whose sensitive, personal information was potentially compromised in defendants' December 2021 data security incident. Along with co-counsel, the firm negotiated a $5,050,000 non-reversionary common fund settlement including pro rata cash payments, reimbursement of up to $5,000 for out-of-pocket expenses traceable to the data breach per person, compensation for lost time and verified fraud reimbursement. Preliminary approval pending.

- **Weigand, et al. v. Group 1001 Insurance Holdings LLC, et al.,** 1:23-cv-01452 (S.D. Indiana). The firm helped achieve a $4.76 million settlement resulting from a February 2023 data breach allegedly caused by Group 1001 failing to provide reasonable cybersecurity practices.

- **McKenzie et al. v. Allconnect, Inc., 5:18-cv-00359** (E.D. Kentucky) (J. Hood). The firm served as class counsel in an action brought on behalf of more than 1,800 current and former employees of Allconnect, Inc., whose sensitive information contained in W-2 statements was disclosed to an unauthorized third party who sought the information through an email phishing scheme. The firm negotiated a settlement providing for direct cash payments to all class members, credit monitoring and identity theft protection plan at no cost, capped reimbursement of documented economic losses incurred per class member and other remedial measures. The approximately $2.2 million settlement value is one of the largest per capita recoveries in a W-2 phishing litigation.

- **Winsouth Credit Union v. Mapco Express Inc., and Phillips v. Mapco Express, Inc. Case Nos. 3:14-cv-1573 and 1710** (M.D. Tennessee) (J. Crenshaw). The firm served as liaison counsel in consumer and financial institution action stemming from the 2013 hacking of computer systems maintained by Mapco Express, Inc. The cases settled in 2017 for approximately $2 million.

- **Joyner v. Behavioral Health Network, Inc., No. 2017CV00629** (Massachusetts Supreme Court). A non-reversionary common fund of $1,200,000 was established to provide credit monitoring, and cover claims of economic loss up to $10,000 and non-economic loss up to $1,000 for lost time for each of the approximately 133,237 class members.

- **Larson v. Aditi Consulting, LLC, Case No. 22-2-03572-2 SEA** (King County, Washington, Supreme Court). Final approval was granted July 14, 2023.

- **Carr v. South Country Health Alliance, Case No. 74-CV-21-632** (Steele County, Minnesota District Court). Final approval was granted Nov. 6, 2023.

- **Reese v. Teen Challenge Training Center, Inc., Case No. 210400093** (Philadelphia County, Pennsylvania Court of Common Pleas). **Final approval pending.**

## ATTORNEYS IN THIS PRACTICE AREA


**Darrius D. Dixon**


**Samuel W. Douthit**


**Colleen Garvey**


**Andrew E. Mize**


**John C. Roberts**


**Emily E. Schiller**


**Miles M. Schiller**


**J. Gerard Stranch IV**


**Grayson Wells**



# J. Gerard Stranch IV

## FOUNDING AND MANAGING MEMBER

Gerard Stranch is the managing member at Stranch, Jennings & Garvey, PLLC (SJ&G). A third-generation trial lawyer, he leads the firm's class action and mass tort practice groups. His additional areas of practice include bank fees, privacy litigation, wage and hour disputes, worker adjustment and retraining notification, personal injury and trucking wrecks.

Mr. Stranch has served as lead or co-lead counsel for the firm in numerous cases, including:

- lead trial attorney in the Sullivan Baby Doe case (originally filed as Staubus v. Purdue) against U.S. opioid producers Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., resulting in a $35 million settlement agreement, the largest per capita settlement achieved by any prosecution with Endo to date;
- personally appointed to the steering committee of the In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation, resulting in approximately $17 billion in settlements, the largest consumer auto settlement and one of the largest settlements in any matter ever;
- the executive committee In re: Dahl v. Bain Capital Partners (anti-trust), resulting in a $590.5 million settlement;
- personally appointed to the steering committee In re: New England Compounding Pharmacy, Inc., resulting in more than $230 million in settlements; and
- appointed as co-lead counsel In re: Alpha Corp. Securities litigation, resulting in a $161 million recovery for the class.

**PHONE**
615.254.8801

**EMAIL**
gstranch@stranchlaw.com

**LOCATION**
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

A 2000 graduate of Emory University, Mr. Stranch received his J.D. in 2003 from Vanderbilt University Law School, where he teaches as an adjunct professor about the practice of civil litigation. He led the opioid litigation team in the Sullivan Baby Doe suit, for which the team won the 2022 Tennessee Trial Lawyer of the Year award. Mr. Stranch has been listed as one of the Top 40 Under 40 by the National Trial Lawyers Association and as a Mid-South Rising Star by Super Lawyers magazine.

## PRACTICE AREAS

- Bank Fees
- Car Crashes
- Class Action
- Labor Unions
- Mass Torts
- Necrotizing Enterocolitis (NEC)
- Opioid Litigation
- Personal Injury
- Privacy Litigation
- Product Liability
- Trucking Wrecks
- Wage & Hour Disputes
- Worker Adjustment & Retraining Notification

## EDUCATION

- Vanderbilt University Law School (J.D., 2003)
- Emory University (B.A., 2000)

## BAR ADMISSIONS

- Tennessee
- U.S. District Court – District of Colorado
- U.S. District Court Eastern – District of Tennessee
- U.S. District Court Middle – District of Tennessee
- U.S. District Court Western – District of Tennessee
- U.S. 6th Circuit Court of Appeals
- U.S. 8th Circuit Court of Appeals
- U.S. 9th Circuit Court of Appeals

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- 2024 Steven J. Sharp Public Service Award (American Association for Justice)
- 2024 Leonard Weinglass in Defense of Civil Liberties Award (American Association for Justice)
- Super Lawyers Mid-South Rising Star
- Tennessee Trial Lawyer of the Year
- Top 40 Under 40, National Trial Lawyers Association

*Memberships*

- Public Justice
- Nashville Bar Association
- Tennessee Bar Association
- American Association for Justice
- Tennessee Association for Justice
- Lawyer's Coordinating Committee of the AFL-CIO
- General Counsel Tennessee AFL-CIO and Federal Appointment, Coordinator
- General Counsel Tennessee Democratic Party
- National Trial Lawyer
- Board of Directors, Cumberland River Compact
- Class Action Trial Lawyers Association, Board Member
- Tennessee Trial Lawyers Association

## PRESENTATIONS

- Mr. Stranch regularly speaks at conferences on issues ranging from in-depth reviews of specific cases to developments in the law, including in mass torts, class actions and voting rights.
- Mr. Stranch is one of the founding members of the Cambridge Forum on Plaintiff's Mass Tort Litigation and regularly presents at the forum.

## LANGUAGES

- English
- German



SJG
STRANCH,
JENNINGS
& GARVEY
PLLC



# Grayson Wells

MEMBER

Grayson Wells joined Stranch, Jennings & Garvey in early 2024. He specializes in complex civil litigation, including data breach and privacy class actions in both state and federal court.

Prior to joining the firm, Mr. Wells served as a litigation associate at the Nashville office of Bradley Arant Boult Cummings LLP. After earning his law degree from Indiana University Maurer School of Law in 2020, Mr. Wells served for two years as a law clerk to the Honorable Iain D. Johnston, U.S. District Judge for the Northern District of Illinois.

Before becoming a lawyer, Mr. Wells spent more than a decade as a network infrastructure engineer, both in the military and the private sector. In addition to his law degree, he received a master of science degree in cybersecurity risk management from Indiana University and a bachelor of science in computer science from Park University.

**PHONE**
615.254.8801

**EMAIL**
gwells@stranchlaw.com

**LOCATION**
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

**PRACTICE AREAS**
- Civil Litigation
- Class Action
- Privacy & Cybersecurity Litigation

**EDUCATION**
- Indiana University Maurer School of Law (J.D., magna cum laude, 2020)
  – Executive Articles Editor, Indiana Law Journal
  – President and Founder, Cybersecurity and Privacy Law Association
  – Dean's Writing Fellow
  – Community Legal Clinic
- Indiana University (M.S. in Cybersecurity Risk Management, 2020)
- Park University (B.S. in Computer Science, summa cum laude, 2010)

**CLERKSHIPS**
- Hon. Iain D. Johnston, U.S. District Court, Northern District to Illinois, Western Division

**BAR ADMISSIONS**
- Missouri
- Tennessee
- U.S. District Court – District of Colorado
- U.S. District Court – Central District of Illinois
- U.S. District Court – Eastern District of Missouri
- U.S. District Court – Eastern District of Tennessee
- U.S. District Court – Middle District of Tennessee
- U.S. District Court – Western District of Tennessee
- U.S. District Court – Eastern District of Wisconsin
- U.S. District Court – Western District of Wisconsin
- U.S. 6th Circuit Court of Appeals

**MEMBERSHIPS**
- American Bar Association
- Tennessee Bar Association
- Nashville Bar Association

**PRESENTATIONS & PUBLISHED WORKS**
- "What's the Harm? Federalism, the Separation of Powers, and Standing in Data Breach Litigation," Comment, 96 Ind. L.J. 937, (Spring 2021)
- "Data Security, Professional Perspective – Complying with the FTC's Amended Safeguards Rule," Bloomberg Law (Robert Maddox, Erin Illman, Courtney Achee and Grayson Wells), (June 2023)



STRANCH, JENNINGS & GARVEY
PLLC



# Andrew E. Mize

ATTORNEY

**Andrew Mize is an attorney in the Class Action and Privacy & Cybersecurity groups. With more than a decade of experience in complex civil litigation in his home state of Kentucky and across the country, he regularly litigates class actions in state and federal courts on behalf of consumers, patients and others.**

Mr. Mize has represented plaintiffs and class members in numerous class actions involving cybersecurity breaches and unauthorized disclosures of personal information through online tracking technologies, as well as in consumer injury and industrial explosion cases.

He has proudly represented numerous individuals, including minors, in cases involving personal injury, medical malpractice, education law, sexual abuse and civil rights — obtaining highly-favorable results.

Mr. Mize graduated *cum laude* from the University of Louisville, Louis D. Brandeis School of Law in 2011, where he was a member of the University of Louisville Law Review. During law school, he was a member of Phi Alpha Delta Law Fraternity and the National Lawyers Guild, and spent his summers interning with the Kentucky Department of Public Advocacy. He earned a Bachelor of Arts from Centre College in 2008 with double majors in government and history and double minors in international studies and political economy. While in college, he was a member of Beta Theta Pi.

Mr. Mize lives in Louisville, Kentucky, with his wife, who is an accountant. His interests include history, shooting sports, art, the outdoors and travel.

## PHONE
615.254.8801

## EMAIL
amize@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Civil Rights
- Class Action
- Complex Litigation
- Consumer Protection
- Medical Malpractice
- Privacy & Cybersecurity Litigation
- Personal Injury

## EDUCATION

- Louis D. Brandeis School of Law, University of Louisville (J.D., *cum laude*, 2011)
- Centre College, B.A. (2008)
- Culver Military Academy (2004)

## BAR ADMISSIONS

- Kentucky
- U.S. District Court – Central District of Illinois
- U.S. District Court – Eastern District of Kentucky
- U.S. District Court – Western District of Kentucky
- U.S. District Court – Eastern District of Michigan
- U.S. 6th Circuit Court of Appeals

## EXPERIENCE

Representative cases:

- Successfully litigated numerous data breach class action cases.
- Appointed co-lead interim class counsel in consolidated data breach class action, *In re: Seven Counties Services, Inc. Data Breach Litigation,* 24-CI-007516 (Jeff. Co. Ky. Cir. Ct) (Jan. 14, 2025).
- Obtained reversal of District Court grant of summary judgment to defendant school board and employees in case involving disability discrimination of a child from the U.S. Court of Appeals for the Sixth Circuit, *Clemons v. Shelby Cty. Bd. of Educ.,* 19-5846, 818 Fed.Appx. 453 (6th Cir. 2020).
- Favorable resolution of medical malpractice action involving plaintiff injured during gynecological surgery, resulting in significant damages.
- Highly favorable resolutions in numerous cases involving minor students injured at school due to negligence supervision, including bullying and discrimination.

## PROFESSIONAL HONORS & ACTIVITIES

*Memberships*

- American Association of Justice
- American Bar Association
- Kentucky Bar Association
- Kentucky Justice Association
- Phi Alpha Delta Law Fraternity

## PRESENTATIONS, SEMINARS & PUBLISHED WORKS

- *When Lady Justice Sought Her Sight: Judicial Selection in Kentucky in Light of Recent Trends and Carey v. Wolnitzek,* 50 U. LOU. L. REV. 383 (2011).



# Colleen Garvey

ATTORNEY

St. Louis native Colleen Garvey joined Stranch, Jennings & Garvey in 2022. Ms. Garvey previously worked at a top insurance defense firm in St. Louis, where she primarily practiced in premises liability, personal injury and catastrophic loss claims. She brings a unique perspective and desire to strongly advocate for those who have experienced injustice or harm.

Ms. Garvey earned her J.D. in 2020 from Saint Louis University School of Law. While attending law school, she worked as a law clerk at a plaintiff's firm for two years; served as a teaching fellow mentor for first-year law students; clerked for Judge Colleen Dolan on the Missouri Court of Appeals in the Eastern District; and, by invitation, served as a member of the prominent Theodore McMillian American Inn of Court. She also practiced as a Rule 13 certified law student for Saint Louis University's Criminal Law Clinic, representing indigent clients in criminal matters before state and federal judges.

Ms. Garvey graduated *magna cum laude* in 2016 from Rockhurst University in Kansas City, Missouri, with a B.A. in Psychology and a B.A. in English, and competed as a collegiate scholar athlete on the Rockhurst women's golf team.

Ms. Garvey resides in the City of St. Louis with her pet axolotl, Jerry. In her free time, she enjoys traveling and playing pickleball with her friends and family.

**PHONE**
314.390.6750

**EMAIL**
cgarvey@stranchlaw.com

**LOCATION**
Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101

## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- Mass Torts
- Necrotizing Enterocolitis (NEC)
- Personal Injury
- Privacy & Cybersecurity Litigation

## EDUCATION

- Saint Louis University School of Law (J.D., 2020)
- Rockhurst University (B.A., *magna cum laude*, 2016)

## CLERKSHIP

- Hon. Colleen Dolan on the Missouri Court of Appeals in the Eastern District

## BAR ADMISSIONS

- Missouri
- Illinois
- U.S. District Court – Eastern District of Missouri

## EXPERIENCE

*Representative Case*

- In re: Gill v. Abbott Laboratories, No. 2322-CC01251 (22nd Judicial Circuit Court of Missouri). A closely watched necrotizing enterocolitis (NEC) baby formula bellwether trial culminated in a $495 million judgment against Abbott Laboratories, a verdict that could affect many other lawsuits awaiting litigation in state and federal courts throughout the U.S.

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- 2023 Missouri & Kansas Super Lawyers® Class Action/Mass Torts Rising Stars
- 2023 National Trial Lawyers Civil Plaintiff Top 40 Under 40 Trial Lawyers in the state of Missouri

## COMMUNITY INVOLVEMENT

- Missouri State Public Defender System's Coalition for the Right to Counsel Program (*pro bono* representative, 2020 – present)



STRANCH, JENNINGS & GARVEY
PLLC



# Emily E. Schiller

**ATTORNEY**

Before joining Stranch, Jennings & Garvey, Emily Schiller served as a federal clerk for the Hon. Rebecca Grady Jennings in the Western District of Kentucky. Prior to her two-year clerkship, she worked with her lawyer-father, where she assisted with women's civil rights litigation.

Ms. Schiller graduated from Tennessee Technological University in 2016 with two STEM degrees and a minor in history. Her first degree is in chemistry with a concentration in biochemistry, and her second is in biology with a concentration in health sciences. She earned her J.D. degree in 2021 from Washington University in St. Louis, where she served as the online content editor for the *Washington University Law Review*.

## PHONE
615.903.4041

## EMAIL
eschiller@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Business Litigation
  - Intellectual Property
- Civil Rights
- Class Action
- Privacy & Cybersecurity Litigation

## EDUCATION

- Washington University in St. Louis School of Law (J.D., 2021)
  - Online Content Editor, *Washington University Law Review*
  - Scholar in Law Scholarship Award
  - Washington Scholarship Award
  - Dean's Scholar Award
  - Dean's Leadership Award
- Tennessee Technological University (Dual Degrees: B.S. in Chemistry, *summa cum laude, in cursu honorum* | B.S. in Biology, *summa cum laude, in cursu honorum*, 2016)
  - Captain William Lafayette Anderson Scholarship
  - Joseph B. Hix Memorial Scholarship
  - Winchester History Scholarship
  - Minor in History

## BAR ADMISSIONS

- Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

*Membership*

- Tennessee Bar Association

## COMMUNITY INVOLVEMENT

- tnAchieves Mentor
- Washington University in St. Louis School of Law Pro Bono Pledge Award
- STEM Outreach events
- Senior citizen technology outreach

## PRESENTATIONS, SEMINARS & PUBLISHED WORKS

*Presentations*

- "Law School and Judicial Clerking: An Overview," Tennessee Technological University (2023)
- "Investigation of the Shape of Atrope Isomers using Dipolar Couplings," Poster session presented at the 251st American Chemical Society National Meeting & Exposition, San Diego, California (2016)
- "The Organic Molecule Synthesis for Use in the Investigation of Atrope Isomer Shapes," Poster session presented at 2015 SERMACS – SWRM, ACS Regional Meeting, Memphis, Tennessee (2015)
- "Differences in Proton NMR Spectra of Methane and Ethane in Varying Solution," Poster session presented at the 249th ACS National Meeting & Exposition, Denver, Colorado (2015)

*Published Works*

- Donald Walker, Emily E. Schiller et al., *Methodological Considerations for Detection of Terrestrial Small-Body Salamander eDNA and Implications for Biodiversity Conservation*, Molecular Ecology Resources, Nov. 2017, at 1223. doi: 10.1111/1755-0998.12667



STRANCH, JENNINGS & GARVEY
PLLC



# Darrius D. Dixon

ATTORNEY

**Darrius Dixon joined Stranch, Jennings & Garvey in 2025. He specializes in complex civil litigation, including data breach and privacy class actions in both state and federal court.**

Mr. Dixon is a 2017 graduate of Middle Tennessee State University (MTSU) with a Bachelor of Science in criminal justice and homeland security, and a double minor in political science and psychology. While obtaining his degree, he also studied abroad in London, England.

He earned his J.D. in 2022 from the University of Tennessee's Winston College of Law, where he served as vice president of the Student Bar Association and held roles in the Health Law Society and Student Wellness Committee.

While in law school, Mr. Dixon worked as a student attorney in the University of Tennessee Law Wills Clinic, representing clients in estate planning and uncontested conservatorship cases. He also served as a legal intern at the Tennessee Valley Authority (TVA) in areas including administrative law, environmental law, civil defense litigation and state/federal regulatory compliance.

Following law school, Mr. Dixon practiced as an associate with the Knoxville-based Lewis Thomason P.C. law firm in the areas of insurance defense, commercial litigation and data privacy breach response. He also served as a healthcare litigation associate with Starnes Davis Florie LLP, representing hospitals, skilled nursing facilities and individual medical providers.

After graduating from MTSU, Mr. Dixon attended the Regional Law Enforcement Training Academy in Greeneville, Tennessee, and served as a police officer for two years before attending law school.

He resides in the Nashville area and teaches as an adjunct professor at MTSU. In his personal time, he enjoys drumming, cooking, traveling and volunteering with local community organizations.

## PHONE
615.913.4135

## EMAIL
ddixon@stranchlaw.com

## LOCATION
The Freedom Center
Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

---

### PRACTICE AREAS
- Class Action
- Complex Litigation
- Privacy & Cybersecurity Litigation

### EDUCATION
- University of Tennessee College of Law (J.D., 2022)
  - Vice President, Student Bar Association
  - Julian Blackshear Scholarship Award
  - Napier Looby Scholarship Award
  - William W. Hawkins Scholarship Award
  - Leadership Development Programming Assistant, UT Haslam College of Business
- Middle Tennessee State University (B.S. in Criminal Justice and Homeland Security, 2017)
  - Double minor in Political Science and Psychology

### BAR ADMISSIONS
- Tennessee
- U.S. District Court – Middle District of Tennessee

### PROFESSIONAL HONORS & ACTIVITIES

Memberships
- Tennessee Bar Association
- Nashville Bar Association
- American Bar Association
- Napier-Looby Bar Association
- International Association of Privacy Professionals

### PRESENTATIONS
- Presentation speaker for the Tennessee School Resource Officer Association Conference (June 2023)
- Guest speaker for the Mt. Zion Missionary Baptist Church of Asheville, North Carolina (June 2023)



STRANCH, JENNINGS & GARVEY
PLLC



# Miles M. Schiller

ATTORNEY

Before joining Stranch, Jennings & Garvey in 2024, Miles Schiller served as a federal clerk for the Hon. Rebecca Grady Jennings in the Western District of Kentucky. Prior to his clerkship, he worked with his lawyer-father, where he assisted with women's civil rights litigation. He also worked with a prominent medical malpractice plaintiff's firm in Knoxville, Tennessee.

Mr. Schiller graduated from Tennessee Technological University in 2019 with a STEM degree in Psychology and a minor in Biology. He earned his J.D. degree in 2023 from the University of Tennessee, where he served as a member of UT's National Moot Court team and was named the Outstanding Oral Advocate two years consecutively in the National Moot Court Region Seven Championship Round. For his oral advocacy and brief writing on the National Moot Court Team, Mr. Schiller was awarded the American College of Trial Lawyers Medal of Excellence twice, the Center for Advocacy Brief Writing Award twice, and the University of Tennessee College of Law's highest moot court award, the Susan Devitt Moot Court Award.

While in law school, Mr. Schiller received the CALI Award for Excellence for earning the highest grade in both his Trial Practice and Criminal Pretrial Litigation classes, and was inducted into the Order of Barristers honor society for demonstrating excellence in the preparation and presentation of moot appellate argument.

He also worked as a student attorney in the University of Tennessee Law Advocacy Clinic, where he represented low-income individuals in juvenile criminal proceedings and worked to restore disenfranchised voters' rights.

Mr. Schiller resides in the Nashville area with his family. In his personal time, he enjoys photography and rebuilding antique tractors.

## PHONE
615.254.8801

## EMAIL
mschiller@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

---

## PRACTICE AREAS

- Civil Rights
- Class Action
- Privacy & Cybersecurity Litigation

## EDUCATION

- University of Tennessee College of Law (J.D., *cum laude*, 2023)
  - University of Tennessee Law National Moot Court Team (2021-2022)
  - CALI Award for Excellence in Trial Practice
  - CALI Award for Excellence in Criminal Pretrial Litigation
  - University of Tennessee Law Scholarship Award
- Tennessee Technological University (B.S. in Psychology, *magna cum laude*, 2019)
  - University Academic Service Scholarship
  - Minor in Biology

## BAR ADMISSIONS

- Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Order of Barristers (2023)
- Susan Devitt Moot Court Award (2023)
- American College of Trial Lawyers Lewis F. Powell Jr. Medal of Excellence (2022, 2023)
- University of Tennessee College of Law's Center for Advocacy Brief Writing Award (2022, 2023)
- Outstanding Oral Advocate, National Moot Court Region 7 Championship (2021, 2022)
- Best Oralist, Ray H. Jenkins Trial Competition Championship (2021)

*Membership*

- Tennessee Bar Association

## PRESENTATIONS, SEMINARS & PUBLISHED WORKS

*Presentations*

- Schiller, M.M., & Kazanas, S.A. (2019, November). *Social Anxiety and False Memory: New Insights for the Mood Induction Literature.* Poster presented at the 60th Psychonomic Society Annual Meeting, Quebec, Canada.
- Hazleton, S.G., Reeder, A.M., Schiller, M.M., Treece, C.A., Bethke, L.M., Bullion, M.T., & Kazanas, S.A. (2019, May) *Addressing Psychology's Replication Crisis in the Classroom: Students' Quantitative and Qualitative Changes across the Semester.* Poster presented at the 31st Annual Convention of the Association for Psychological Science, Washington, D.C.

*Published Works*

- Schiller, M.M., & Kazanas S.A. (2019) Selective Attending. In: *Shackelford T., Weekes-Shackelford V. (eds) Encyclopedia of Evolutionary Psychological Science.* Springer, Cham.



STRANCH, JENNINGS & GARVEY PLLC



# John C. Roberts

ATTORNEY

**John C. Roberts joined Stranch, Jennings & Garvey in 2025 after completing his clerkship with Judge Lynne Ingram of the Eighth Circuit Court for Davidson County, Tennessee. He specializes in complex civil litigation and class actions in both state and federal courts.**

A third-generation trial lawyer, Dr. Roberts is a 2024 graduate of Vanderbilt University, where he obtained both his J.D. and Ph.D. in Law & Economics. While in law school, he spent his summers working for judges in Nashville — first for Magistrate Judge Jeffery S. "Chip" Frensley of the U.S. District Court for the Middle District of Tennessee, and later for Judge Sheila D.J. Calloway of the Davidson County Juvenile Court. In addition, he worked as a law student attorney for a small law firm in Texas, where he represented small businesses in commercial disputes.

Dr. Roberts' work for the Davidson County Juvenile Court led to his dissertation, titled "The Efficacy of Risk Assessment Instruments in Juvenile Pretrial Detention," in which he analyzed a risk assessment tool used by local officials in determining whether to detain juvenile arrestees pending trial. His research was supervised by leading economists and juvenile justice experts, including Christopher Slobogin, one of the nation's foremost scholars on risk assessment algorithms.

Prior to law school, Dr. Roberts received his master's and bachelor's degrees in economics from the University of Texas at Austin. During college, he interned for the Antitrust Division of the Texas Attorney General's Office, working with attorneys and staff economists on consumer protection investigations. After graduating with his master's degree at age 21, he was hired as one of the youngest adjunct assistant professors of economics at his local community college, where he taught introductory macroeconomics.

A native Texan, Dr. Roberts now calls Nashville home. In his spare time, he is an aspiring farmer, raising pigs, improving his cattle-handling skills and, most importantly, driving his tractor. He also enjoys camping, off-roading, carpentry, and playing piano and guitar.

## PHONE
615.254.8801

## EMAIL
jroberts@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

· Civil Litigation
· Class Action
· Complex Litigation
· Consumer Protection
· ERISA Trust Funds
· Privacy & Cybersecurity Litigation

## EDUCATION

· Vanderbilt University Law School (J.D., 2024)
  – Branstetter Litigation & Dispute Resolution Program
· Vanderbilt University (Ph.D., Law & Economics, 2024)
  – Behavioral Law & Economics; Criminal & Juvenile Justice Policy
  – Russell G. Hamilton Scholar
  – University Graduate Fellow
· University of Texas in Austin (M.A., Economics, 2018)
· University of Texas in Austin (B.A. with High Honors, Economics, 2017)
  – Minors in Mathematics and Business Administration
  – Special Honors in Economics

## CLERKSHIP

· Hon. Lynne T. Ingram, Eighth Circuit Court for Davidson County, Twentieth Judicial District, State of Tennessee (2024-2025)

## BAR ADMISSIONS

· Tennessee
· U.S. District Court – Middle District of Tennessee
· U.S. District Court – Western District of Tennessee
· U.S. District Court – Southern District of Texas



SJG
STRANCH,
JENNINGS
& GARVEY
PLLC



# Samuel W. Douthit

ASSOCIATE ATTORNEY

**Samuel Douthit is an associate attorney specializing in complex civil litigation, including data breach and privacy class actions, in both state and federal courts.**

He graduated summa cum laude in 2022 with a Bachelor of Science in finance and a minor in mathematics from the University of Tennessee-Knoxville. He served as president of the Men's Club Soccer Team and was a Haslam College of Business Global Leadership Scholar.

Mr. Douthit earned his J.D. degree cum laude in 2025 from Indiana University's Maurer School of Law, where he worked with the Intellectual Property Clinic, served as an online editor for the Indiana Law Journal and participated in the Sherman Minton Moot Court competition. During his summers off from law school, he worked as a law student attorney for a firm in Indiana and a small firm in Nashville, where he represented individuals in a wide variety of legal needs.

Mr. Douthit resides in the Nashville area with his wife and two cats. In his spare time, he enjoys running, watching his beloved Borussia Dortmund football club and Nashville Soccer Club, and eating at restaurants up and down Nolensville Road.

### PHONE
615.254.8801

### EMAIL
sdouthit@stranchlaw.com

### LOCATION
The Freedom Center
Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

### PRACTICE AREAS
- Class Action
- Privacy & Cybersecurity Litigation

### EDUCATION
- Indiana University, Maurer School of Law (J.D., cum laude, 2025)
  – Online Editor, Indiana Law Journal
  – Participant, Sherman Minton Moot Court
  – Associate, Intellectual Property Law Clinic
- University of Tennessee (B.S., Finance, summa cum laude, 2022)
  – Global Leadership Scholar
  – Men's Soccer Club President

### BAR ADMISSIONS
- Tennessee

### PROFESSIONAL HONORS & ACTIVITIES

Memberships
- Tennessee Bar Association
- Nashville Bar Association



STRANCH, JENNINGS & GARVEY
PLLC