UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY HARTER and KEVIN HAYS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>M. A. FORD MFG. CO., INC. dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation,<br><br>*Defendant*. | Case No.: 3:24-cv-00056-SMR-SBJ |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' SERVICE AWARDS**

Before this Honorable Court is Plaintiffs Timothy Harter and Kevin Hays' Motion for Attorneys' Fees and Expenses and Plaintiffs' Service Award in the Class Action. Having reviewed the Motion and record, the Court grants the Motion as follows:

1. The Court awards Plaintiffs' attorneys' fees and expenses in the amount of $141,666.67 because this amount is no more than one-third the value of the Settlement. *In re NuvaRing Prod. Liab. Litig.*, No. 4:08-md-1964, 2014 WL 7271959, *2 (E.D. Mo. Dec. 18, 2014) ("In the Eighth Circuit, use of the percentage of the fund method when awarding attorneys' fees in a common fund case is not only approved, but also 'well-established.'"). The Court finds this award is appropriate because the Class Action concerns a highly complex area of law and the Defendant does not to object to an award of attorney's fees, costs, and expenses in this amount.

2. The Court awards Plaintiffs' Service Awards for their service to the Settlement Class Members as their Class Representatives in the amount of $2,500 for each Class Representative. The Court finds this award is appropriate, and in line with similar cases in the 8th

Circuit, because absent the Class Representatives Service, the Settlement Class member would have been able to obtain the relief presented. *Caligiuri*, 855 F.3d at 867 (quoting *Yarrington v. Solvay Pharms., Inc.*, 697 F. Supp. 2d 1057, 1086 (D. Minn. 2010)) (finding most people could not afford to spend the time and effort to pursue what would provide only a modest individual recovery for the effort involved but would also benefit thousands of other people who do not have time to expend any time or resources.).

**IT IS SO ORDERED**

Dated: _____

                                                STEPHANIE M. ROSE, CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT