**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| **TIMOTHY HARTER and KEVIN HAYS,** on behalf of themselves and all others similarly situated, **Plaintiffs** | **CIVIL NO. 3:24-CV-00056-SMR-SBJ** **CHIEF DISTRICT JUDGE:** **STEPHANIE M. ROSE** |
| **VERSUS** | **CHIEF MAGISTRATE JUDGE:** **STEPHEN B. JACKSON, JR.** |
| **M.A. FORD MFG. CO., INC. d/b/a M.A. FORD MANUFACTURING COMPANY,** an Iowa Corporation **Defendant** | **CLASS ACTION** |

**JOINT MOTION TO APPEAR REMOTELY**

**COMES NOW**, through undersigned counsel, Defendant M.A. Ford Mfg. Co., Inc. d/b/a M.A. Ford Manufacturing Company, Inc. ("Defendant") and Plaintiffs Timothy Harter and Kevin Hays, on behalf of themselves and all others similarly situated ("Plaintiffs"), who respectfully request that this Honorable Court permit counsel for Defendant, H. Nellie Fitzpatrick, and counsel for Plaintiffs to appear for the Class Settlement Evidentiary Hearing scheduled on Tuesday June 30, 2026, at 11:00 am CST via video conference.

In support of this motion, Defendant and Plaintiffs state the following:

1. A hearing is currently scheduled for Tuesday June 30, 2026, at 11:00 am CST.

2. The Applicants request permission to appear virtually due to significant distance for counsel for Defendant and Plaintiffs.

4. Allowing this remote appearance will serve the interests of justice and will not prejudice any party.

- 1 -

WHEREFORE, Defendant M.A. Ford Mfg. Co., Inc. d/b/a M.A. Ford Manufacturing Company, Inc. and Plaintiffs Timothy Harter and Kevin Hays, on behalf of themselves and all others similarly situated request that the Court enter an order allowing counsel for Defendant, H. Nellie Fitzpatrick, and counsel for Plaintiffs to appear remotely at the scheduled hearing.

Respectfully submitted,

*/s/ H. Nellie Fitzpatrick*
H. Nellie Fitzpatrick (*Pro Hac Vice*)
**CIPRIANI & WERNER, P.C.**
512 E. Township Line Road, Suite 305
Blue Bell, PA 19422
Phone: (610) 567-0700
Email: nfitzpatrick@c-wlaw.com

**-AND-**

Rupina S. Khaleel (No. AT0010806)
**HENNESSY & ROACH, P.C.**
14301 FNB Pkwy, Suite 308
Omaha, NE 68154
Phone: (402) 933-8859
Email: rkhaleel@hennessyroach.com

**COUNSEL FOR DEFENDANT M.A. FORD MANUFACTURING COMPANY, INC.**

*/s/ Lynn A. Toops*
/s/Amina A. Thomas
Amina A. Thomas**
Lynn A. Toops*
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Phone: (317) 636-6481
Email: athomas@cohenmalad.com
ltoops@cohenmalad.com

J. Barton Goplerud
Brian O. Marty
**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Phone: (515) 223-4567
Email: goplerud@sagwlaw.com
marty@sagwlaw.com

Leigh S. Montgomery** TX Bar No. 24052214
**EKSM, LLP**
4200 Montrose Blvd., Suite 200
Houston, TX 77006
Phone: (888) 350-3931
Email: lmontgomery@eksm.com

J. Gerard Stranch, IV**
Andrew E. Mize*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Phone: (615) 254-8801
Email: gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel J. Strauss**
Raina C. Borrelli**
**STRAUSS BORRELLI, PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Phone: (872) 263-1100
Email: sam@straussborrelli.com
raina@straussborrelli.com

**COUNSEL FOR PLAINTIFFS**

* Pro Hac Vice forthcoming
**Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, I electronically filed the foregoing pleading with the Clerk of Court through the CM/ECF system.  I further certify that a copy will be automatically circulated by the CM/ECF system to all counsel of record in this action.

_/s/ H. Nellie Fitzpatrick_
H. Nellie Fitzpatrick