**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| **TIMOTHY HARTER and KEVIN HAYS,** on behalf of themselves and all others similarly situated, <br>     **Plaintiffs** <br><br> **VERSUS** <br><br> **M.A. FORD MFG. CO., INC. d/b/a M.A. FORD MANUFACTURING COMPANY,** an Iowa Corporation <br>     **Defendant** | **CIVIL NO.  3:24-CV-00056-SMR-SBJ** <br><br> **CHIEF DISTRICT JUDGE:** <br> **STEPHANIE M. ROSE** <br><br> **CHIEF MAGISTRATE JUDGE:** <br> **STEPHEN B. JACKSON, JR.** <br><br> **CLASS ACTION** |

## ORDER GRANTING JOINT MOTION TO APPEAR REMOTELY

Considering the foregoing Joint Motion to Appear Remotely:

**IT IS HEREBY ORDERED** that H. Nellie Fitzpatrick, Counsel for Defendant M.A. Ford Mfg. Co., Inc. d/b/a M.A. Ford Manufacturing Company, Inc., and Amina A. Thomas and Lynn A. Toops, counsel for Plaintiffs Timothy Harter and Kevin Hays, on behalf of themselves and all others similarly situated, be permitted to appear via video conference in the parties' hearing on Tuesday June 30, 2026, at 11:00 am CST.

**SO ORDERED** in Des Moines, Iowa, this _____ day of _____, 2026.

_____
**UNITED STATES DISTRICT JUDGE**

- 1 -