# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TIMOTHY HARTER, and KEVIN HAYS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>M.A. FORD MFG. CO. dba M.A. FORD MANUFACTURING COMPANY INC., an Iowa Corporation,<br><br>Defendant. | Case No. 3:24-cv-00056-SMR-SBJ |

## NOTICE OF WITHDRAWAL OF ATTORNEY PRO HAC VICE

PLEASE TAKE NOTICE that Jonathan Tobin, admitted pro hac vice to represent M.A. FORD MANUFACTURING COMPANY, INC. ("M.A. Ford") in the above-referenced matter, hereby withdraws as counsel of record for M.A. Ford in this case. This withdrawal is effective as of April 17, 2026, and Jonathan Tobin will no longer be representing M.A. Ford in this matter.

Jonathan Tobin requests permission to withdraw as counsel pro hac vice due to separation from his current law firm. H. Nellie Fitzpatrick will continue to represent M.A. Ford.

1

Respectfully submitted,

/s/ *Jonathan D. Tobin*
Jonathan D. Tobin
Admitted Pro Hac Vice
CIPRIANI &WERNER
Three Valley Square
512 E. Township Line Rd., Suite 305
Blue Bell, PA 19422
P: (610) 567-0700
E: jtobin@c-wlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the Notice of Withdrawal with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record via the Court's CM/EMF filing system.

This 15th day of April 2026.

 */s/ Jonathan D. Tobin*
Jonathan D. Tobin

2

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TIMOTHY HARTER, and KEVIN HAYS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>M.A. FORD MFG. CO. dba M.A. FORD MANUFACTURING COMPANY INC., an Iowa Corporation,<br><br>Defendant. | Case No. 3:24-cv-00056-SMR-SBJ |

## [PROPOSED] ORDER GRANTING WITHDRAWAL OF ATTORNEY PRO HAC VICE

The Court has reviewed the Notice of Withdrawal filed by Jonathan Tobin, pro hac vice attorney for M.A. FORD MANUFACTURING COMPANY, INC in the above-captioned case.

Upon consideration of the Notice of Withdrawal, the Court finds that the withdrawal is appropriate. Accordingly, it is hereby ORDERED that Jonathan Tobin's pro hac vice admission is WITHDRAWN, and Jonathan Tobin shall no longer be considered counsel of record in this case.

_____

J.