**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| TIMOTHY HARTER, and KEVIN HAYS, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>             v.<br><br>M.A. FORD MFG. CO. dba M.A. FORD MANUFACTURING COMPANY INC., an Iowa Corporation,<br>       Defendant. | Case No. 3:24-cv-00056-SMR-SBJ |

**[PROPOSED] ORDER GRANTING WITHDRAWAL OF ATTORNEY**

**PRO HAC VICE**

The Court has reviewed the Notice of Withdrawal filed by Jonathan Tobin, pro hac vice attorney for M.A. FORD MANUFACTURING COMPANY, INC in the above-captioned case.

Upon consideration of the Notice of Withdrawal, the Court finds that the withdrawal is appropriate. Accordingly, it is hereby ORDERED that Jonathan Tobin's pro hac vice admission is WITHDRAWN, and Jonathan Tobin shall no longer be considered counsel of record in this case.

_____

                                                                                    J.

3