**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| TIMOTHY HARTER and KEVIN HAYS, on behalf of themselves and all others similarly situated; <br><br> *Plaintiffs*, <br><br> v. <br><br> M. A. FORD MFG. CO., INC. dba M.A. FORD MANUFACTURING COMPANY, INC., an Iowa Corporation, <br><br> *Defendant*. | Case No.: 3:24-cv-00056-SMR-SBJ |

**PLAINTIFFS' UNOPPOSED MOTION**
**FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Timothy Harter and Kevin Hays, individually and on behalf of the conditionally certified Settlement Class, by counsel and under Federal Rule of Civil Procedure 23(e)(2), respectfully move this Court at the final approval hearing scheduled for June 30, 2026 at 11:00 am, to grant final approval to the proposed class action Settlement Agreement and Release (the "Settlement"), Dkt. No. 51-2, which the Court preliminarily approved on January 23, 2026, Dkt. No. 52, and to certify the Settlement Class for purposes of entering judgment upon the Settlement.

Defendant does not oppose the relief sought in this motion.

No member of the Settlement Class has objected to, or opted out of, the Settlement.

A proposed, agreed Final Approval Order is being submitted with this motion, along with a memorandum in support and the Declaration of Christopher Leung of Settlement Administrator Simpluris, Inc. in Support of Final Approval of Settlement.

Dated: June 16, 2026

Respectfully submitted,

/s/ Amina A. Thomas
Lynn A. Toops*
Amina A. Thomas**
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenmalad.com
athomas@cohenmalad.com

Jarrett L. Ellzey*
Leigh S. Montgomery*
**ELLZEY KHERKHER SANFORD
MONTGOMERY, LLP**
4200 Montrose Blvd., Ste. 200
Houston, TX 77006
Tel: (888) 350-3931
Fax: (888) 276-3455
Email: jellzey@eksm.com
Email: lmontgomery@eksm.com

J. Barton Goplerud
Brian O. Marty
**SHINDLER, ANDERSON, GOPLERUD
& WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

J. Gerard Stranch, IV**
Grayson Wells**
**STRANCH, JENNINGS & GARVEY
PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
gwells@stranchlaw.com

Samuel J. Strauss**
Raina C. Borrelli**
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile : (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

*Attorneys for Plaintiffs*
* Admitted *pro hac vice*
* *Pro hac vice* motion pending

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing was served on all counsel of record via the Court's CM/ECF electronic filing system this 16th day of June 2026.

*/s/ Amina A. Thomas*
Amina A. Thomas