# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### DAVENPORT DIVISION

| | |
|---|---|
| TIMOTHY HARTER and KEVIN HAYS, individually and on behalf of all others similarly situated, | ) Case No. 3:24-cv-00056-SMR-SBJ ) ) |
| Plaintiffs, | ) DECLARATION OF CHRISTOPHER ) LEUNG OF SETTLEMENT ) ADMINISTRATOR SIMPLURIS, INC. |
| v. | ) IN SUPPORT OF FINAL APPROVAL ) OF SETTLEMENT |
| M.A. FORD MFG. CO. INC., doing business as M.A. Ford Manufacturing Company, Inc. | ) ) ) |
| Defendant. | |

I, Christopher Leung, declare as follows:

1. I am employed as a Senior Project Manager by Simpluris, Inc. ("Simpluris"), the claims and Settlement Administrator in the above-entitled Action. Our corporate office address is 3194-C Airport Loop Dr., Costa Mesa, CA 92626. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself. I have personal knowledge of the information set forth herein.

2. Simpluris is a class action administrator located in Costa Mesa, California. Established in 2007, Simpluris has administered over 9,000 cases nationwide, with class sizes ranging from a few hundred to over one million class members. Representative cases include: *Myart v. AutoZone, Inc.* and *Aceves v. Autozone, Inc.* (US District Court, CA Central Division) (208,050 class members), *Diaz v. SeaWorld* (Superior Court of the State of California) (1,281,123 class members), and *Woods v. Vector Marketing* (US District Court, Northern District of California) (194,500 class members).

3.　　I submit this declaration to inform the Parties and the Court of the Settlement Administration activities completed to date. This declaration describes the (1) intake of Settlement Class List data and dissemination of direct notice, (2) the Settlement Website, (3) the toll-free hotline, (4) the receipt and processing of Claim Forms, (5) and the receipt and processing of opt-outs and objections.

## CAFA NOTICE

4.　　On January 28, 2026, Simpluris sent notice of the proposed settlement to all relevant state and federal officials pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA Notice").  The CAFA Notice was sent via United States Postal Service ("USPS") Certified Mail or emailed, based on preference, to the Attorneys General of every U.S. state and territory and to the U.S. federal attorney general.  The CAFA Notice included a cover letter containing a Secure File Transfer link that contained the complaint, Settlement Agreement, Preliminary Approval Order, Class Notices, and a count of Class Members by state of last known address.  A true and correct copy of the CAFA Notice is attached hereto as **Exhibit A**.

## CLASS DATA

5.　　On January 12, 2026, Defendant provided Simpluris with a data file containing 4,150 records of known Settlement Class Member names and mailing addresses. After performing standard data hygiene, deduplication analysis and skip-tracing, the final class list was confirmed to contain 4,136 unique records of Settlement Class Members, of whom 4,125 had valid mailing addresses.

## DIRECT NOTICE

6.　　On February 20, 2026, Simpluris disseminated Notice via postcard to the 4,125 Settlement Class Members with valid mailing addresses. The Notice advised Settlement Class

Members of their rights to submit a Claim, request exclusion from the Settlement, object to the Settlement, or do nothing, and the implications of each such action. Attached hereto as **Exhibit B** is a true and correct copy of the postcard Notice.

7.     As of June 5, 2026, of the 4,125 postcard Notices mailed, USPS has returned 1,827 postcard Notices. For the mailings returned without a forwarding address, Simpluris performed an advanced address search (i.e., skip trace) on these addresses by using Accurint, a reputable research tool owned by Lexis-Nexis. Simpluris used the Class Member's name and previous address to locate a more current address. Of the 1,827 returned postcard Notices, 1,317 were re-mailed to either a newfound address or with forwarding addresses provided by USPS, and 510 postcard Notices were determined to be undeliverable because no updated address was available.

8.     Based on the foregoing, following all notice re-mailings, Simpluris has reason to believe the postcard Notices likely reached 3,615 of the 4,125 to whom the Notice was disseminated, which equates to a reach rate of the direct mail notice of approximately 87.6%.

### WEBSITE AND TELEPHONE NUMBER

9.     On or about February 20, 2026, Simpluris published and continues to maintain a dedicated Settlement Website at www.MAFordSettlement.com. The Settlement Website contains a summary of the Settlement; important dates and deadlines, answers to frequently asked questions, information on how to contact the Settlement Administrator, and downloadable versions of the Settlement documents, including the long-form Notice and Claim Form.

10.     As of June 5, 2026, there have been 1,544 total pages views and 626 unique visitors to the Settlement Website.

11.     A Settlement-specific toll-free telephone number was included in the Notice and on the Settlement Website. The system is accessible 24 hours a day, seven days a week, and will

remain in operation throughout the Settlement administration. The toll-free telephone number included in the Notice and on the Website is 1- (833) 647-9009. This telephone number is active and has been available to the public since February 20, 2026.

## CLAIM FORM SUBMISSIONS

12.     The deadline to submit a Claim Form was May 25, 2026. As of June 5, 2026, Simpluris has received 152 Claim Form submissions. Of these submissions, 108 are postcard Claim Forms, 14 are full paper Claim Forms, and 30 are online Claim Forms. Of the 152 Claim Form submissions, 146 are considered a Valid Claim, and 6 are invalid duplicate submissions. These Claim Forms are still subject to final audits, including the full assessment of each Claim's validity and additional review for duplicate submissions.

13.     Claims Processing. As of June 5, 2026, the following are the valid and timely claims figures:

   a. *Credit Monitoring*. Of the 146 valid Claim Form submissions, 62 submitted a Valid Claim for Credit Monitoring.

   b. *Out-of-Pocket Losses*. Of the 146 valid Claim Form submissions, zero (0) have claimed for Reimbursement for Out-of-Pocket Losses.

   c. *Extraordinary Out-of-Pocket Losses*. Of the 146 valid Claim Form submissions, zero (0) have claimed for Extraordinary Out-of-Pocket Losses.

   d. Attested Time. Of the 146 valid Claim Form submissions, 25 Claims are approved for Attested Time totaling $2,175.00.

   e. *Pro Rata Cash Payment*. The estimated Pro Rata Cash Payment for each of the 4,136 Settlement Class Member is approximately $62.19.

## REQUESTS FOR EXCLUSION AND OBJECTIONS

14.    The postmark deadline for Settlement Class Members to submit a request for exclusion from the proposed Settlement was March 23, 2026.

15.    As of the date of this Declaration, Simpluris has received zero (0) requests for exclusion from the proposed Settlement.

16.    The postmark deadline for Settlement Class Members to submit an objection to the proposed Settlement was March 23, 2026.

17.    As of the date of this Declaration, Simpluris has received zero (0) objections to the proposed Settlement.

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 15th day of June 2026 in Los Angeles, CA.

CHRISTOPHER LEUNG

# EXHIBIT A



Date: January 26, 2026


**Re:    Timothy Harter v. M.A. Ford Mfg. Co., Inc. d/b/a M.A. Ford Manufacturing Company, Inc.,
Case No. 3:24-cv-00056-SMR-SBJ
Court: United States District Court Southern District of Iowa Eastern Division**

**Notice of Proposed Settlement**


Dear Mr./Madam Attorney General:

Defendant M.A. Ford Manufacturing Company, Inc. provides this notice pursuant to the Class Action Fairness Act of 2005 and 28 U.S.C. § 1715. A Settlement has been reached with M.A. Ford Mfg. Co., Inc., d/b/a M.A. Ford Manufacturing in a class action lawsuit. This case is about the targeted cyberattack on M.A. Ford's computer systems that occurred in December 2023 (the "Data Security Incident"). Certain files that contained private information were accessed. These files may have contained Personally Identifiable Information or "PII".

Pursuant to 28 U.S.C. § 1715(b), please visit the website link listed below to view documents which contain of all the necessary information regarding the proposed Settlement. The documents available on the website are listed below.

| | |
|---|---|
| **Document Site:** | **https://transfer.simpluris.com/link/voOfB5QDvXLyQDz5GQVKB8**<br>This link expires on July 21, 2026 |
| **Available Documents:** | Exhibit A – Consolidated Class Action Complaint<br>Exhibit B – Plaintiff's Unopposed Motion for Preliminary Approval<br>Exhibit C – Settlement Agreement<br>Exhibit D – Proposed Preliminary Approval Order<br>Exhibit E – Short Form Notice<br>Exhibit F – Long Form Notice<br>Exhibit G – Claim Form<br>Exhibit H - Summary of Estimated Class Members Based on State |



For additional information about this Settlement, please contact:

| Settlement Administrator: | Class Counsel: | Defense Counsel: |
|---|---|---|
| Simpluris, Inc.<br>3194 Airport Loop Dr., Ste. C<br>Costa Mesa, CA 92663 | Lynn A. Toops<br>Cohen & Malad, LLP<br>One Indiana Square<br>Suite l400<br>Indianapolis, TN 46204<br>ltoops@cohenmalad.com<br><br>Raina C. Borrelli<br>Strauss Borrelli PLLC<br>980 North Michigan Avenue,<br>Suite 1610<br>Chicago, IL 60611<br>raina@straussborrelli.com<br><br>Leigh S. Montgomery<br>EKSM,LLP<br>4200 Montrose Blvd., Ste. 200<br>Houston, Texas 77006<br>lmontgomery@eksm.com<br><br>J. Gerard Stranch, IV<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37211<br>gstranch@stranchlaw.com | H. Nellie Fitzpatrick<br>Jonathan Tobin<br>Ciprani & Wener, P.C.<br>450 Sentry Parkway<br>Suite 200<br>Blue Bell, Pennsylvania 19422<br>nfitzpatrick@c-wlaw.com<br>jtobin@c-wlaw.com |

Materials filed in this action can be obtained through PACER, which is accessible at https://www.pacer.uscourts.gov/file-case/court-cmecf-lookup.

Regards,

Christopher Leung
Project Manager
Christopher.leung@simpluris.com
(714) 824-8606

# EXHIBIT B

**Why am I receiving this notice?**
A Settlement has been reached with M.A. Ford Mfg. Co., Inc., d/b/a M.A. Ford Manufacturing Company, Inc. ("M.A. Ford") in a class action lawsuit ("Settlement"). The case is about the December 2023 cyberattack on M.A. Ford's computers (the "Data Security Incident"). Files containing private information were accessed. M.A. Ford denies that it did anything wrong, and the Court has not decided who is right. The parties have agreed to settle the lawsuit to avoid the risks, disruption, and uncertainties of continued litigation. A copy of the Settlement is available online.

**Who is included in the Settlement?**
The Court has defined the class as: "All individuals who received notice from M.A. Ford that their information may have been compromised as a result of the December 2023 Data Security Incident at M.A. Ford."
The Court has appointed experienced attorneys, called "Class Counsel," to represent the Class.

**What are the Settlement benefits?**
You can claim three years of **Credit Monitoring** by the three credit bureaus and one or more of the **Cash Payment** options.

If you have documented losses you can get back up to **$500** for out-of-pocket expenses and up to **$5,000** for fraud or identity theft losses. If you spent time fixing problems caused by this incident, you can get back $25/hour for up to five hours (up to **$125**).

All Settlement Class Members are also eligible to claim a Pro Rata Cash Payment. There is $6,000 individual cap on Class Member payments.

Full details and instructions are available online.

**How do I receive a benefit?**

If you are claiming out-of-pocket expenses or losses for identity theft/fraud, file all of your claims online. Otherwise, you may fill out the Claim Form below. Tear at perforation, and return by U.S. Mail. Postage is already paid. **Claims must be submitted online or postmarked by May 25, 2026.**

**What if I don't want to participate in the Settlement?**
If you do not want to be part of the Settlement, you must exclude yourself by **March 23, 2026** or you will not be able to sue M.A. Ford for the claims made in this lawsuit. If you exclude yourself, you cannot get benefits from this Settlement. If you want to object to the Settlement, you may file an objection by **March 23, 2026**. The Settlement Agreement, available online, explains how to exclude yourself or object.

**When will the Court decide whether to approve the Settlement?**
The Court will hold a hearing in this case on J**une 30, 2026** at **11:00 a.m.** at 1**23 E Walnut St, Des Moines, IA 50309**, to consider whether to approve the Settlement. The Court will also consider Class Counsel's request for attorneys' fees and costs of up to $141,666.67, and $2,500 for each of the Plaintiffs. You may attend the hearing at your own cost, but you do not have to.

www.MAFordSettlement.com



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL  PERMIT NO. 47  COSTA MESA  CA

POSTAGE WILL BE PAID BY ADDRESSEE

**M.A. Ford Data Security Incident Settlement**
**c/o Settlement Administrator**
**PO Box 25226**
**Santa Ana, CA 92799**

M.A. Ford Data Security Incident Settlement
c/o Settlement Administrator
PO Box 25226
Santa Ana, CA 92799

First-Class
Mail
US Postage
Paid
Permit#__

*Timothy Harter and Kevin Hays v.*
*M.A. Ford Mfg. Co., Inc., d/b/a M.A. Ford*
*Manufacturing Company, Inc.*
Case No. 3:24-cv-00056-SMR-SBJ

**«Barcode»**

Postal Service: Please do not mark barcode

Claim #: XXX- «LoginID» - «MailRec»
«First1» «Last1»
«Addr1» «Addr2»
«City», «St» «Zip»
«Country»

**IF YOUR PRIVATE INFORMATION WAS COMPROMISED IN THE DECEMBER 2023 M.A. FORD MANUFACTURING COMPANY DATA SECURITY INCIDENT, A PROPOSED CLASS ACTION SETTLEMENT MAY AFFECT YOUR RIGHTS AND ENTITLE YOU TO BENEFITS AND A CASH PAYMENT.**

*A court has authorized this Notice.*

*This is not a solicitation from a lawyer.*
*You are not being sued.*

**THIS NOTICE IS ONLY A SUMMARY. VISIT www.MAFordSettlement.com OR SCAN THIS QR CODE FOR ADDITIONAL INFORMATION.**



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

《First1》《Last1》
《Addr1》《Addr2》
《City》, 《St》《Zip》

**M.A. Ford Data Security Incident Settlement**
*Complete this Claim Form, tear at perforation, and return by U.S. Mail no later than **May 25, 2026.***

*Only one Claim Form per Class Member.*

**Unique ID:** 《Claim Login ID》
**PIN:** 《PIN》

**IINSTRUCTIONS: Use this card to submit your claim for three years of Credit Monitoring, and/or a Reimbursement for Attested Time, and/or a Pro Rata Cash Payment.**

**To claim cash payments for out-of-pocket losses, visit the settlement website at www.MAFordSettlement.com. To request a full paper Claim Form, call 1-(833) 647-9009**

☐ Check this box to enroll in three years of **Credit Monitoring**.

☐ Check this box to claim a **Reimbursement for Attested Time**.

I spent (select only **one**): ☐ 1 hour ($25)   ☐ 2 hours ($50)   ☐ 3 hours ($75)   ☐ 4 hours ($100)   ☐ 5 hour ($125)

☐ Check this box to claim a one-time **Pro Rata Cash Payment**.

How would you like to be paid:
Check **_one_**: ☐ PayPal ☐ Venmo ☐ Zelle ☐ Virtual Prepaid Card ☐ Check (sent to above address)

For digital payment options, please **PRINT** your email address **LEGIBLY** and doublecheck that it is correct: _____

Notify us if your contact information is different from what is shown above, or changes after submitting this form.

**SIMID:** 《SIMID》