# Exhibit A

Courts Lynn A. Toops' is Admitted To

| Court Name | Date Admitted | Bar Number | In Good Standing |
|---|---|---|---|
| State of Indiana | 10/20/2006 | 26386-49 | Yes |
| U.S. District Court Northern District of Indiana | 10/20/2006 | 26386-49 | Yes |
| U.S. District Court Southern District of Indiana | 10/20/2006 | 26386-49 | Yes |
| U.S. Court of Appeals for the Seventh Circuit | 12/23/2010 | N/A | Yes |
| U.S. Court of Appeals for the Ninth Circuit | 2/17/2012 | N/A | Yes |
| U.S. District Court Northern District of Illinois | 2/7/2018 | 63337-43 | Yes |
| U.S. District Court Southern District of Illinois | 1/10/2018 | 63337-43 | Yes |
| U.S. District Court Eastern District of Michigan | 3/22/2018 | N/A | Yes |
| U.S. District Court Central District of Illinois | 3/4/2019 | 63337-43 | Yes |
| U.S. District Court of Northern District of New York | 3/8/2021 | 701457 | Yes |
| U.S. Court of Appeals for the Third Circuit | 10/06/2023 | N/A | Yes |
| U.S. Court of Appeals for the Tenth Circuit | 12/21/2023 | N/A | Yes |
| U.S. Court of Appeals for the Eleventh Circuit | 2/20/2024 | N/A | Yes |
| U.S. District Court Western District of Wisconsin | 9/30/2024 | N/A | Yes |
| U.S. District Court Eastern District of Wisconsin | 5/1/2025 | N/A | Yes |
| U.S. District Court District of Colorado | 5/16/2025 | N/A | Yes |