# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### DAVENPORT DIVISION

| | |
|---|---|
| TIMOTHY HARTER and KEVIN HAYS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>M.A. FORD MFG. CO. INC., doing business as M.A. Ford Manufacturing Company, Inc.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:24-cv-00056-SMR-SBJ<br><br>SUPPLEMENTAL DECLARATION OF CHRISTOPHER LEUNG OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC. REGARDING CLAIMS |

I, Christopher Leung, declare as follows:

1. I am employed as a Senior Project Manager by Simpluris, Inc. ("Simpluris"), the claims and Settlement Administrator in the above-entitled Action. Our corporate office address is 3194-C Airport Loop Dr., Costa Mesa, CA 92626. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself. I have personal knowledge of the information set forth herein.

2. Simpluris is a class action administrator located in Costa Mesa, California. Established in 2007, Simpluris has administered over 9,000 cases nationwide, with class sizes ranging from a few hundred to over one million class members. Representative cases include: *Myart v. AutoZone, Inc.* and *Aceves v. Autozone, Inc.* (US District Court, CA Central Division) (208,050 class members), *Diaz v. SeaWorld* (Superior Court of the State of California) (1,281,123 class members), and *Woods v. Vector Marketing* (US District Court, Northern District of California) (194,500 class members).

3.      I submit this declaration to inform the Parties and the Court of the Settlement Administration activities completed to date. This declaration describes the breakdown of processed Valid Claim Forms.

## CLAIM FORM SUBMISSIONS

4.      The deadline to submit a Claim Form was May 25, 2026. As of July 14, 2026, Simpluris has received 154 Claim Form submissions. Of these submissions, 108 are postcard Claim Forms, 16 are full paper Claim Forms, and 30 are online Claim Forms. Of the 154 Claim Form submissions, 146 are considered a Valid Claim, 6 are invalid duplicate submissions, and 2 are invalid late submissions.

5.      As of July 14, 2026, the following is the breakdown of the 146 Valid Claim Forms:

| Benefits Claimed | Count |
| --- | --- |
| Pro Rata Cash Payment | 68 |
| Credit Monitoring | 18 |
| Attested Time | 6 |
| Credit Monitoring and Attested Time | 2 |
| Attested Time and Pro Rata | 10 |
| Credit Monitoring and Pro Rata | 35 |
| Pro Rata, Credit Monitoring and Attested Time | 7 |
| Total | 146 |

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 14th day of July 2026 in Los Angeles, CA.

CHRISTOPHER LEUNG