# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

Timothy Harter, et. al.

**CIVIL NUMBER:  3:24-cv-00056-SMR-SBJ**

Plaintiff(s),

v.                                                **JUDGMENT IN A CIVIL CASE**

M.A. Ford Mfg. Co, Inc.

Defendant(s),

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED:

Pursuant to the Court's Order entered July 31, 2026 Court's docket 64, granting final approval of the class action settlement, this action is DISMISSED WITH PREJUDICE and without costs, except as the Settlement Agreement provides. The Court retains continuing and exclusive jurisdiction to implement, administer, and enforce the settlement.

Date: July 31, 2026

CLERK, U.S. DISTRICT COURT


/s/  M. Engelstad
_____

By: Deputy Clerk